**EXHIBIT B**

EXCERPT OF TRANSFERS FROM BOTANICAL

I. Transfers into SSB Joint acct 00-06 owned by Christopher and Richard Cahill

| Date | Amount | Source/Description |
|---|---|---|
| 11/29/21 | $3955.63 | Botanical Decorators Quickbooks |
| 12/13/21 | $3955.62 | Botanical Decorators Quickbooks |
| 12/24/21 | $4233.61 | Botanical Decorators Quickbooks |
| 01/07/22 | $3803.50 | Botanical Decorators Quickbooks |
| 01/21/22 | $3803.49 | Botanical Decorators Quickbooks |
| 02/04/22 | $3803.50 | Botanical Decorators Quickbooks |
| 02/18/22 | $3803.50 | Botanical Decorators Quickbooks |
| 03/04/22 | $3803.49 | Botanical Decorators Quickbooks |
| 03/18/22 | $3803.50 | Botanical Decorators Quickbooks |
| 04/04/22 | $3803.50 | Botanical Decorators Quickbooks |
| 04/18/22 | $3803.49 | Botanical Decorators Quickbooks |
| 04/29/22 | $3803.54 | Botanical Decorators Quickbooks |
| 05/18/22 | $3803.55 | Botanical Decorators Quickbooks |
| 5/16/22 | $4,000 | In Person Transfer from Botanical Acct XX8201 |
| 05/31/22 | $3803.54 | Botanical Decorators Quickbooks |
| 06/10/22 | $3803.54 | Botanical Decorators Quickbooks |
| 6/14/22 | $6,000 | In Person Transfer from Botanical Acct XX8201 |
| 6/23/22 | $3,000 | In Person Transfer from Botanical Acct XX8201 |
| 06/27/22 | $3803.54 | Botanical Decorators Quickbooks |
| 07/11/22 | $3803.54 | Botanical Decorators Quickbooks |
| 07/27/22 | $3803.54 | Botanical Decorators Quickbooks |
| 08/23/22 | $5350.00 | Wire In Chris Cahill[1] |

---

[1] Defendant Christopher received this wire into his personal bank account but cannot recall the source of this payment or the reason the payment was made. Christopher Cahill Transcript, Page 27, Line 7-14.

II.   Transfers Into SSB joint acct 81-06 owned by Christopher and Richard Cahill

| Date | Amount | Source/Description |
|---|---|---|
| 11/29/21 | $988.91 | Botanical Decorators Quickbooks |
| 12/13/21 | $988.91 | Botanical Decorators Quickbooks |
| 12/24/21 | $1058.40 | Botanical Decorators Quickbooks |
| 01/07/22 | $950.87 | Botanical Decorators Quickbooks |
| 01/21/22 | $950.87 | Botanical Decorators Quickbooks |
| 02/04/22 | $950.87 | Botanical Decorators Quickbooks |
| 02/18/22 | $950.88 | Botanical Decorators Quickbooks |
| 03/04/22 | $950.87 | Botanical Decorators Quickbooks |
| 03/18/22 | $950.87 | Botanical Decorators Quickbooks |
| 04/04/22 | $950.87 | Botanical Decorators Quickbooks |
| 04/18/22 | $950.87 | Botanical Decorators Quickbooks |
| 04/29/22 | $950.89 | Botanical Decorators Quickbooks |
| 05/18/22 | $950.89 | Botanical Decorators Quickbooks |
| 05/31/22 | $950.88 | Botanical Decorators Quickbooks |
| 06/10/22 | $950.89 | Botanical Decorators Quickbooks |
| 06/27/22 | $950.89 | Botanical Decorators Quickbooks |
| 07/11/22 | $950.88 | Botanical Decorators Quickbooks |
| 07/27/22 | $950.89 | Botanical Decorators Quickbooks |

4887-3765-4418, v. 1