# EXHIBIT C

2307

Sandy Spring Bank
sandyspringbank.com

65-109/550

**BOTANICAL DECORATORS INC**
5011 OLNEY LAYTONSVILLE RD SUITE B
OLNEY, MD 20832-1903

CHECK ARMOR
FRAUD PROTECTION

9-26-22

PAY TO THE
ORDER OF _CASH_

$ 4,500.00

_FOURTY FIVE HUNDRED_ _____ DOLLARS

MEMO

AUTHORIZED SIGNATURE

⑈002307⑈ ⑆055001096⑆ 8401⑈



0462 0020 9/26/2022 29 168 1

0462 0020 9/26/2022 29 168 00001

Sandy Spring Bank
sandyspringbank.com

2025

65-109/550

CHECK ARMOR
FRAUD PROTECTION

**BOTANICAL DECORATORS INC**
5011 OLNEY LAYTONSVILLE RD SUITE B
OLNEY, MD 20832-1903

9-28-22

PAY TO THE
ORDER OF_____ CASH _____    $ 5,000 00/100

FIVE THOUSAND 00/100 _____  DOLLARS

MEMO _____          AUTHORIZED SIGNATURE

⑈00 20 25⑈  ⑆05500 1096⑈           8 20 ⑈

Photo Safe Deposit®
Details on Back.

0462 0020 9/28/2022 28 56 00001
0462 0020 9/28/2022 28 56 1




2043

Sandy Spring Bank
sandyspringbank.com

65-109/550

CHECK ARMOR
FRAUD PROTECTION

**BOTANICAL DECORATORS INC**
5011 OLNEY LAYTONSVILLE RD SUITE B
OLNEY, MD 20832-1903

11-4-22

PAY TO THE
ORDER OF    Richard Cahill                                     $ 10,000

TEN THOUSAND NO 00/100 ——————————— DOLLARS

MEMO    RE-EMBERSE LEGAL RETAINGR

AUTHORIZED SIGNATURE

⑈002043⑈ ⑆055001096⑆    ⑈ 20 ⑈

0462 0020 11/7/2022 20 120 3

**BOTANICAL DECORATORS INC**
5011 OLNEY LAYTONSVILLE RD SUITE B
OLNEY, MD 20832-1903

Sandy Spring Bank
sandyspringbank.com

2045

65-109/550

CHECK ARMOR
FRAUD PROTECTION

11-5-2022

PAY TO THE
ORDER OF _CHRISTOPHER GAHILL_                                    $ 18,691.00

_Eighteen Thousand Six Hundred Hinty One_ DOLLARS

MEMO _CC RE-EMBURSMENT_

AUTHORIZED SIGNATURE

⑈002045⑈  ⑆055001096⑆            6 20 1⑈

Photo Safe Deposit

Details on Back.

MP



CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
IN ACCORDANCE WITH PAYEES INSTR...
ABSENCE OF ENDORSEMENT GUARANTEED
Sandy Spring Bank

**1983**

65-109/550

Sandy Spring Bank
sandyspringbank.com

CHECK
FRAUD PROTECTION

**BOTANICAL DECORATORS INC**
5011 OLNEY LAYTONSVILLE RD SUITE B
OLNEY, MD 20832-1903

8/11/2022

PAY TO THE
ORDER OF  Christopher J Cahill                                    $ **8,461.54

Eight Thousand Four Hundred Sixty-One and 54/100************************************************************* DOLLARS

Christopher J Cahill
13312 Drews Lane
Potomac, MD 20854

MEMO _____

AUTHORIZED SIGNATURE

⑆001983⑆ ⑆055001096⑆           8 20 1⑆



SANDY JPERY

X

0462 0046 8/16/2022 463 128 2

2296

**BOTANICAL DECORATORS INC**
5011 OLNEY LAYTONSVILLE RD SUITE B
OLNEY, MD 20832-1903

8/25/2022

PAY TO THE
ORDER OF     Christopher J Cahill                                    $  **8,461.54

Eight Thousand Four Hundred Sixty-One and 54/100 ****************************************************  DOLLARS

Christopher J Cahill
13312 Drews Lane
Potomac, MD 20854

MEMO

AUTHORIZED SIGNATURE

⑆002296⑆ ⑆055001096⑆



0462 0020 9/1/2022 29 5 1

2024

Sandy Spring Bank
sandyspringbank.com

65-109/550

CHECK ARMOR

**BOTANICAL DECORATORS INC**
5011 OLNEY LAYTONSVILLE RD SUITE B
OLNEY, MD 20832-1903

9/26

PAY TO THE
ORDER OF _Chris Cahill_

$ 3000,00

_Thirteend and 00/100_ DOLLARS

MEMO _School Tuition_

AUTHORIZED SIGNATURE

⑆002024⑆ ⑆055001096⑆ 8 20 ⑆



0462 0020 9/26/2022 29 165 0000 2

0462 0020 9/26/2022 29 165 2