# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# (Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| BOTANICAL DECORATORS, INC. | * | Case No. 22-16223 MCR |
| | | (Chapter 7) |
| Debtor | * | |

## NOTICE

James M. Hoffman, Esq. of Offit Kurman, P.A., Special Counsel to Laura J. Margulies, Chapter 7 Trustee for the Bankruptcy Estate of Botanical Decorators, Inc., hereby notifies this Court that effective January 1, 2024, his hourly rate shall increase to $590.00.

Respectfully Submitted,

Dated: January 5, 2024

*/s/ James M. Hoffman*
James M. Hoffman (Bar #04914)
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814
Telephone: (240) 507-1710
JHoffman@offitkurman.com
*Attorney for Laura J. Margulies, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 5th day of January 2024, a copy of the foregoing Notice was served electronically via this Court's CM/ECF system to the following parties:

- **Justin Philip Fasano**   jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;dmoorehead@mhlawyers.com;tmackey@mhlawyers.com;hleaphart@mhlawyers.com;mtaylor@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- **James M. Hoffman**   jhoffman@offitkurman.com, mmargulies@offitkurman.com
- **Lynn A. Kohen**   lynn.a.kohen@usdoj.gov
- **Laura J. Margulies**   trustee@law-margulies.com, lmargulies@ecf.axosfs.com
- **John McKenna**   jackmckenna@asm-law.com
- **Kevin M. O'Donnell**   kmo@henrylaw.com, mbp@henrylaw.com;jtm@henrylaw.com
- **Daniel J. Pesachowitz**   dpesacho@siwpc.com, rjones@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com
- **US Trustee - Greenbelt**   USTPRegion04.GB.ECF@USDOJ.GOV

1

- **Maurice Belmont VerStandig     mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com**

And via regular U.S. Mail, postage prepaid to:

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

                                           */s/ James M. Hoffman*
                                           James M. Hoffman

4866-1067-2794, v. 1