Label Matrix for local noticing
0416-0
Case 22-16223
District of Maryland
Greenbelt
Thu Apr  4 10:49:02 EDT 2024

Botanical Decorators, Inc.
P.O. Box 60833
Potomac, MD 20859-0833

Johnson Family Enterprises, LLC
c/o Catherine Keller Hopkin, Esquire
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, MD 21401-7582

Sandy Spring Bank
Henry & O'Donnell, P.C.
c/o Kevin M.O'Donnell
300 N. Washington St., Ste. 204
Alexandria, VA 22314-2530

US Trustee - Greenbelt 11
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770-6305

AFS Geo Consultants, LLC
7820 Lakeland Valley Drive
Springfield, VA 22153-4105

Acme Biomass Reduction Inc. d/b/a Pogo T
17328 Georgia Avenue
Olney, MD 20832-2432

Alan Kirschenbaum
3211 Rowland Pl., NW
Washington, DC 20008-3224

Amwins Connect Administrators
P.O. Box 64802
Baltimore, Maryland 21264-4802

Anil Nathan
407 Deer Meadow Lane
Rockville, MD 20850-5824

Anne and Michael Donohoe
6106 Edgewood Terrace
Alexandria, VA 22307-1125

Arturo Esquivel
Michael K. Amster, Esq.
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910-3738

Autumn and Jim Vandehei
418 West Braddock Road
Alexandria, VA 22302-4209

Bank of America
Attn: Bankruptcy Department
475 Cross Point Parkway P.O. Box 9000
Getzville, NY 14068-9000

Banner Life Insurance Company
3275 Bennett Creek Avenue
Frederick, Maryland 21704-7608

Barbara Sable
9601 Hall Road
Potomac, MD 20854-4344

Barbara Silverstein
3211 Rowland Place NW
Washington, DC 20008-3224

Barclays
P.O. Box 70378
Philadelphia, PA 19176-0378

Bellwether Insurance Partners LLP
50 Citizens Way
Suite 204
Frederick, MD 21701-6024

Bill and Lisa McGlone
4521 32nd Road N.
Arlington, VA 22207-4466

Bob and Jessica Cronin
3205 Woodbine Street
Chevy Chase, MD 20815-3929

Brian Hahn
18515 Yarnbrooke Place
Olney, MD 20832-1878

Brian Seigle
519 Canterbury Land
Alexandria, VA 22314-4747

Bruce McCulloch
206 Lloyds Lane
Alexandria, VA 22302-3707

CJC and Assoc. T/A  Botanical Decor 401(k) P
1335 East- West Highway, Suite 200
Silver Spring, MD 20910-6253

Caren Glassman
10300 Crown Point Court
Potomac, MD 20854-3901

Carlos Cardona
5826 Humblebee Road
Columbia, MD 21045-3505

Carlos Roberto Cardona Palencia
c/o Michael K. Amster, Esq.
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910-3738

Carolyn and Jamie Butler
5053 Glenbrook Terrace NW
Washington, DC 20016-2602

Catherine and Richard Singleton
7109 44th Street
Chevy Chase, MD 20815-6038

Chad and Murrell
9524 Mount Vernon Landing
Alexandria, VA 22309-3223

Charles and Kristin Gorelik
1900 Pimmit Drive
Falls Church, VA 22043-1111

Chris and Katie Grasso
407 Virginia Avenue
Alexandria, VA 22302-2910

Christopher Cahill
13312 Drews Lane
Potomac, MD 20854-1033

Christopher and Richard Cahill
13312 Drews Lane
Potomac, MD 20854-1033

Claire and David Patenaude
1505 North Gate Road
Washington, DC 20012-1219

Colleen Broulette
7724 Lee Avenue
Alexandria, VA 22308-1003

Comcast
PO Box 70219
Philadelphia, PA 19176-0219

Comcast Corporation
1701 JFK Boulevard
Philadelphia, PA 19103-2899

Commonwealth of Virginia
Virginia Workers Compensation Commission
333 E. Franklin Street
Richmond, VA 23219-2213

(p)COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
301 W PRESTON ST ROOM 409
BALTIMORE MD 21201-2383

Dana and Tom Lawson
14008 Triadelphia Road
Glenelg, MD 21737-9731

Daniels, Newman & Armstrong
2729 Eva Court
Bethlehem, GA 30620-7639

Danine and Brian Gray
2076 Maidstone Farm Road
Annapolis, MD 21409-6053

David Schwarz
1732 Willard Street NW
Washington, DC 20009-1719

David and Jacqui Weisman-Michel
212 S. Fairfax Street
Alexandria, VA 22314-3304

Dede and Jim Schumacher
9113 Potomac Station Lane
Potomac, MD 20854-3906

Don and Debbie Milder
18606 Reliant Drive
Gaithersburg, MD 20879-5422

Duman H. Gonzalez Hernandez
2105 Guilford Road, Apt. 301
Hyattsville, MD 20783-4114

Duman H. Gonzalez Hernandez
c/o Michael K. Amster, Esq.
8757 Georgia Avenue, Ste. 400
Silver Spring, MD 20910-3738

Edwin F. Salam Chub
2204 Phelps Road, Apt. 203
Hyattsville, MD 20783-4449

Edwin F. Salam Chub
c/o Michael K. Amster, Esq.
8757 Georgia Avenue, Ste. 400
Silver Spring, MD 20910-3738

Emily Goetzman
10300 Crown Point Court
Potomac, MD 20854-3901

Erie Indemnity Co. d/b/a Erie Insurance
100 Erie Place
Erie, PA 16530-0001

Ernest Maier, Inc.
4700 Annapolis Road
Bladensburg, MD 20710-1292

Express Lanes
P.O. Box 23530
Alexandria, VA 22304-0531

Express Lanes
c/o JP Morgan Chase Bank, N.A.
P.O. Box 28148
New York, NY 10087-8148

Exterior Design, Inc. d/b/a The Perennia
12017 Glen Arm Road
Glen Arm, MD 21057-9454

Fabricio and Paola Longhin
2962 Chain Bridge Road
Washington, DC 20016-3408

False Alarm Reduction Section
Department of Police
PO Box 83399
Gaithersburg, Maryland 20883-3399

Fidel A. Bruno
Michael K. Amster, Esq.
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910-3738

Group Benefits Services, Inc. d/b/a Amwi
6 North Park Drive, Suite 310
Cockeysville, MD 21030-1821

Hanover Farms Inc.
13262 Spring Road
Rockville, VA 23146-1502


Hershell Kleinberg-Lisa Cohen
4555 Magnolia Manor Way
Alexandria, VA 22312-1400

Hugo Antonio Melgar
c/o Michael K. Amster, Esq.
8757 Georgia Avenue, Ste. 400
Silver Spring, MD 20910-3738

Hugo Melgar
3942 Bel Pre Road, Apartment #3
Silver Spring, MD 20906-2835


Incorp
3773 Howard Hughes Parkway
Suite 500S
Las Vegas, Nevada 89169-6014

Isai Vargas Castello
382 North Summit Avenue Apt. 101
Gaithersburg, MD 20877-3112

Isai Vargas Castello
c/o Michael K. Amster, Esq.
8757 Georgia Avenue, Ste. 400
Silver Spring, MD 20910-3738


JK Enterprise Landscape Supply, LLC
15900 Lee Highway
Centreville, VA 20120-2137

JK Enterprise Landscape Supply, LLC
PO Box 80
Clifton, VA 20124-0080

JP and Bird Bishop
11222 Kinsale Court
Ellicott City, MD 21042-6132


Jack T. Irwin Supply Inc.
601 East Gude Drive
Rockville, MD 20850-1327

Jacob Vogelstein
4317 Murdock Mill Road NW
Washington, DC 20016-4533

James Rutledge
6104 Landon Lane
Bethesda, MD 20817-6620


Jason and Shelly Stoneman
4404 20th Road N
Arlington, VA 22207-2345

Jay Hess
2300 N. Nottingham Street
Arlington, VA 22205-3343

Jennifer and Tim Adams
7001 Benjamin Street
Mc Lean, VA 22101-1550


Jessica and Bob Einhorn
2861 Brandywine Street NW
Washington, DC 20008-2164

Jin and Jen Shank
10819 Avonlea Ridge Place
Damascus, MD 20872-1840

Joe Williams
7404 Meadow Lane
Chevy Chase, MD 20815-5008


Joe and Corry Rodgers
4111 Stanford Street
Chevy Chase, MD 20815-5213

Joe and Mary Alexandre
502 Lloyds Lane
Alexandria, VA 22302-3713

John and Elizabeth Siegle
214 W. Alexandria Avenue
Alexandria, VA 22302-4201


John and Liza Marshall
2304 N. Nottingham Street
Arlington, VA 22205-3343

Johnson Family Enterprises LLC
PO Box 341207
Bethesda, MD 20827-1207

Joseph and Julie Markoski
210 Woodland Terrace
Alexandria, VA 22302-2913


Juan Antonio Gonzalez-Hernandez
c/o Michael K. Amster, Esq.
8757 Georgia Avenue, Ste. 400
Silver Spring, MD 20910-3738

Juan Enrique Choc Max
c/o Michael K. Amster, Esq.
8757 Georgia Avenue, Ste. 400
Silver Spring, MD 20910-3738

Juan Gonzalez-Hernandez
2105 Guilford Road, Apt. 301
Hyattsville, MD 20783-4114

Juan Salam Rax
2204 Phelps Road, Apt. 203
Hyattsville, MD 20783-4449

Juan Salam Rax
c/o Michael K. Amster, Esq.
8757 Georgia Avenue, Ste. 400
Silver Spring, MD 20910-3738

Judith and Richard Morrissey
2723 N Street NW
Washington, VA 20007-3324

Julia and Jacob Vogelstein
4317 Murdock Mill Road NW
Washington, DC 20016-4533

Julia and Joe Markoski
210 Woodland Terrace
Alexandria, VA 22302-2913

Julio Cesar Portillo Hernadez
c/o Michael K. Amster, Esq.
8757 Georgia Avenue, Ste. 400
Silver Spring, MD 20910-3738

Julio Portillo Hernadez
5826 Humblebee Rd
Columbia, MD 21045-3505

Karen and John Walker
1101 Finley Lane
Alexandria, VA 22304-1953

Kelly and Ed Donovan
911 Vicar Lane
Alexandria, VA 22302-3422

Kelly and Edward Donovan
911 Vicar Lane
Alexandria, VA 22302-3422

Kendall Day
5420 Sherier Place NW
Washington, DC 20016-2562

Kendall Day & Danielle Baussan
5420 Sherier Place NW
Washington, DC 20016-2562

Kevin and Tracy Durkin
3908 Seminary Road
Alexandria, VA 22304-1735

Key Sanitation Incorporated
PO Box 163
Dickerson, Maryland 20842-0163

Kristen and Peter Chadwick
601 President Ford Lane
Alexandria, VA 22302-3033

Kurk and Kristen Blaylock
609 West Braddock Road
Alexandria, VA 22302-4104

Lauren Maddox
913 St Stephens Road
Alexandria, VA 22304-1724

Lucy Tschetter
3708 South 8th Street
Arlington, VA 22204-1528

Malicia and John Kromer
2600 Russell Road
Alexandria, VA 22301-1540

Maryland Department of Labor
Div. of Labor & Industry
10946 Golden West Drive
Suite 160
Hunt Valley, Maryland 21031-1308

Maryland Department of Labor
Division of Occupational
and Professional Licensing
1100 N Eutaw Street
Room 300
Baltimore, Maryland 21201-2226

Maryland Department of Labor
Division of Unemployment Insurance
1100 N. Eutaw Street
Room 404
Baltimore, Maryland 21201-2226

Maryland Department of Transportation
6601 Ritchie Highway, N.E.
Glen Burnie, Maryland 21062-1000

(p)MARYLAND TRANSPORTATION AUTHORITY
2310 BROENING HIGHWAY
BALTIMORE MD 21224-6673

Menda Fife
4910 Loughboro Road
Washington, DC 20016-3457

Meredith and Andrew Reinsdorf
7613 Woodridge Circle
Alexandria, VA 22308-1060

Missy and Marc Isakowitz
3198 Pond Mist Way
Herndon, VA 20171-1905

Montgomery County Sanitation
P.O. Box 115
Dickerson, MD 20842-0115

Morgan Washburn
168 West Hall Street
Bel Air, MD 21014-2834

Nancy O'Connor
4004 Rosemary Street
Chevy Chase, MD 20815-5222

Nancy and Steven Smith
701 South Royal Street
Alexandria, VA 22314-4309

Nazia Karimi
5817 Doyle Road
Clifton, VA 20124-1308

Nick and Stephanie Nucci
16032 Fields End Court
Woodbine, MD 21797-7542

Oscar Orlando Martinez Ortiz
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910-3738

Oscar Orlando Martinez Ortiz
c/o Michael K. Amster, Esq.
8757 Georgia Avenue, Ste. 400
Silver Spring, MD 20910-3738

Otto Rene Esquivel Perez
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910-3738

Otto Rene Esquivel Perez
c/o Michael K. Amster, Esq.
8757 Georgia Avenue, Ste. 400
Silver Spring, MD 20910-3738

PAM  VA DOT
PO Box 500
Horseheads, NY 14845-0500

Patrick and Amber Tofilon
4841 Langdrum Lane
Chevy Chase, MD 20815-5412

Patrick and Stacia Collins
c/o Bean, Kinney & Korman, P.C.
Attn: Andrea C. Davison
2311 Wilson Boulevard, 5th Floor
Arlington, VA 22201-5422

Phil and Dawn Garrett
1416 Janneys Lane
Alexandria, VA 22302-3807

Potomac Pure Water Inc. d/b/a Endless Wa
7901 Beechcraft Avenue, Suite 5
Gaithersburg, MD 20879-1582

Potters Potties LLC
2329 Hoffman Circle
Warrenton, VA 20187-7808

Ramirez Fence, LLC
41141 John Mosby Highway
Aldie, VA 20105-2303

Rentals Unlimited, Inc.
14925 Southlawn Lane
Rockville, MD 20850-1322

Robert and Michelle LaBelle
9893 Windy Hollow Road
Great Falls, VA 22066-3552

Sams Creek Construction
2810 Sams Creek Road
New Windsor, MD 21776-8009

Sandy Spring Bank
17801 Georgia Avenue
Olney, MD 20832-2267

Sandy Spring Bank
Attn: Diana Wigginton, VP
6831 Benjamin Franklin Drive
Columbia, MD 21046-2633

Sebastian Marvin Salam Chub
2204 Phelps Road, Apt. 203
Hyattsville, MD 20783-4449

Sebastian Marvin Salam Chub
c/o Michael K. Amster, Esq.
8757 Georgia Avenue, Ste. 400
Silver Spring, MD 20910-3738

Servio Urrea Ochoa
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910-3738

Servio Urrea Ochoa
c/o Michael K. Amster, Esq.
8757 Georgia Avenue, Ste. 400
Silver Spring, MD 20910-3738

Shannon and Mike Dubke
7707 Ridgecrest Drive
Alexandria, VA 22308-1052

Shannon and Scott Forchheimer
6808 Millwood Road
Bethesda, MD 20817-6060

Site One Supply LLC
7913 Cessna Ave F
Gaithersburg, MD 20879-4139

Stadler Garden Centers, Inc.
5504 Mt. Zion Road
Frederick, MD 21703-4500

Stadler Garden Centers, Inc.
P.O. Box 11
Braddock Heights, Maryland 21714-0011

Stadler Nursery
6815 Olney Laytonsville Road
Gaithersburg, MD 20882

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2226

Stephen LaMontagne
888 17th Street, NW, Suite 1200
Washington, DC 20006-3320

Steve Lamontagne
1000 Murphy Drive
Great Falls, VA 22066-1935

Sussan Corcoran-Early
616 S Fairfax Street
Alexandria, VA 22314-3834

(p)T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

TNT Environmental, Inc.
4455 Brookfield Corporate Drive,
Suite 100
Chantilly, VA 20151-1670

Taxing Authority of Montgomery County
Division of Treasury
255 Rockville Pike, Ste.  L-15
Rockville, MD 20850-4188

Taylor and Charlotte Chess
5111 Brookridge Place
Fairfax, VA 22030-4506

Teri A. Manolio
6004 Melvern Drive
Bethesda, MD 20817-2512

Teri Manolio
6004 Melvern Drive
Bethesda, MD 20817-2512

The Perennial Farm
12017 Glen Arm Road
Glen Arm, Maryland 21057-9454

The Retirement Advantage, Inc.
11408 Cronridge Drive, Suite 1
Owings Mills, MD 21117-2237

Thomas and Dana Lawson
14008 Triadelphia Rd
Glenelg MD 21737-9731

Thu and Attticus Weller
1216 Morningside Lane
Alexandria, VA 22308-1041

Timur Tunador
6426 79th Street
Cabin John, MD 20818-1613

Tom and Carla Crawford
601 Lloyds Lane
Alexandria, VA 22302-3716

Tom and Kerri Morey
11724 Wood Thrush Lane
Potomac, MD 20854-1442

TriStar Electric, Inc.
2979 Jessup Road
Jessup, MD 20794-9724

Tropical Treehouse Inc.
501 Courthouse Road
Richmond, VA 23236-3114

U.S. Bank NA dba Elan Financial Services
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108

U.S. Small Business Administration
200 West Santa Ana Blvd., Ste 740
Santa Ana, CA 92701-7534

U.S. Small Business Administration
409 3rd Street SW
Washington, DC 20416-0002

United States Department of Labor EBSA WDO
1335 East-West Highway, Suite 200
Silver Spring, MD 20910-6253

Universal Consulting Services, Inc. d/b/
3975 Fair Ridge Drive
Fairfax, VA 22033-2951

VA Dept. of Transportation (EZPass VA)
1401 E. Broad Street
Richmond, VA 23219-2000

Vicki Star
9805 Woodford Road
Potomac, MD 20854-5033

Volvo Financial Services
P.O. Box 91300
Mobil, AL 36691-1300

Vonage America, LLC
23 Main Street
Holmdel, NJ 07733-2136

WM. E. Babikow Sons, Inc.
7838?Babikow?Road
Rosedale, MD 21237

Walnut Spring Nursery, Inc.
14812 Burntwoods Road
Glenwood, MD 21738-9605

Walter Alexander Granados Rodriguez
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910-3738

Walter Alexander Granados Rodriguez
c/o Michael K. Amster, Esq.
8757 Georgia Avenue, Ste. 400
Silver Spring, MD 20910-3738

William P. McGrath, Jr.
888 17th Street, NW, Suite 1200
Washington, DC 20006-3320

James Hoffman
4800 Montgomery Lane
Bethesda, MD 20814-3429


Larry Strauss Esq.
CPA & Associates, Inc.
2310 Smith Avenue
Baltimore, MD 21209-2611

Laura J. Margulies
Laura Margulies, Trustee
401 North Washington Street
Suite 500
Rockville, MD 20850-1789

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854-3976


Nick Arrington
N. T. Arrington
P.O. Box 738
Gainesville, VA 20156-0738

Scott and Shannon Forchheimer
6808 Millwood Road
Bethesda, MD 20817-6060


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street
Baltimore, MD 21201

Maryland Transportation Authority
PO Box 12853
Philadelphia, PA 19176

T-Mobile
P.O. Box 53410
Bellevue, WA 98015


(d)T-Mobile
PO Box 629025
El Dorado Hills, CA 95762


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Volvo Car Financial Services US, LLC

(u)Beau and Carrie Schuyler
   INVALID ADDRESS PROVIDED

(u)Land Engineering, PLC
   INVALID ADDRESS PROVIDED


End of Label Matrix
Mailable recipients   187
Bypassed recipients     3
Total                 190