**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| In re: | * | |
| BOTANICAL DECORATORS, INC. | * | Case No:  22-16223 MCR |
| Debtor | * | (Chapter 7) |

| | | |
|---|---|---|
| In re: | * | |
| LAURA J. MARGULIES, CHAPTER 7 TRUSTEE FOR CJ CAHILL DESIGN BUILD, INC., et al. | * * | |
| Plaintiffs | * | Adv. Proc. No.  23-00287 MCR |
| v. | * | |
| CHRISTOPHER JOHN CAHILL, et al. | * | |
| Defendants | * | |

| | | |
|---|---|---|
| In re: | * | |
| CHRISTOPHER JOHN CAHILL | * | Case No: 22-16740 MCR |
| Debtor | * | |

**REVISED ORDER GRANTING TRUSTEE'S
MOTION TO COMPEL TURNOVER OF PROPERTY OF THE ESTATE**

Upon consideration of the Motion (the "Motion") to Revise Order to Compel Turnover of Property of the Estate to the Trustee entered on July 8, 2024 (DE 144) ("Turnover Order") filed by Laura J. Margulies, Chapter 7 Trustee (the "Trustee") to compel Christopher John Cahill, as Plan Administrator of the CJC & Associates, Inc. T/A Botanical Decorators 401(k) Plan, Group Annuity Contract No. 25850, to turnover non-exempt assets to the Trustee, and any opposition thereto, it is by the United States Bankruptcy Court for the District of Maryland

ORDERED, that the Motion be and is hereby GRANTED, and it is further

ORDERED, that the Turnover Order is hereby revised so that the following language is substituted in place of the existing language within such Turnover Order:

"ORDERED that, within ten (10) days following the entry of this Order, Christopher John Cahill, as Plan Administrator of the CJC & Associates, Inc. T/A Botanical Decorators 401(k) Plan, Group Annuity Contract No. 25850 ("Plan"), shall cooperate with John Hancock Financial Insurance ("John Hancock") by completing, executing and returning any and all forms he receives from John Hancock within ten (10) days of receipt to cause turnover to the Trustee of Cahill the sum of Seventy-Five Thousand Five Hundred ($75,500.00) of non-exempt funds from the Plan and to deliver the said funds to Laura J. Margulies, Chapter 7 Trustee of Christopher J. Cahill, at 401 N. Washington, Street, Suite 500, Rockville, MD 20850;

ORDERED that upon the Plan's failure to timely comply with the terms of this Order, the Trustee may seek appropriate sanctions in the form of a Motion to Show Cause and seeking appropriate relief."

2

cc:

Laura J. Margulies, Trustee
trustee@law-margulies.com

James M. Hoffman, Esq.
Jhoffman@offitkurman.com

**Maurice Belmont VerStandig**
mac@mbvesq.com

United States Trustee
USTPRegion04.GB.ECF@USDOJ.GOV

Christopher John Cahill
13312 Drew Lane
Potomac, MD 20854

Botanical Decorators, Inc.
P.O. Box 60833
Potomac, MD 20859

## **END OF ORDER**

4894-8482-2740, v. 4