**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| In re: | * | |
| BOTANICAL DECORATORS, INC. | * | Case No. 22-16223-MCR |
| Debtor | * | (Chapter 7) |

_____

| | | |
|---|---|---|
| LAURA J. MARGULIES, CHAPTER 7 TRUSTEE FOR BOTANICAL DECORATORS, INC. | * | |
| | * | |
| Plaintiff. | * | Adv. Proc. No. 24-00017-MCR |
| v. | * | |
| SUNSET GROUP, LLC et al. | * | |
| Defendant. | * | |

_____

**NOTICE OF MOTION BY CHAPTER 7 TRUSTEE**
**FOR APPROVAL OF COMPROMISE OF CLAIMS**

NOTICE IS HEREBY GIVEN THAT Laura J. Margulies, Chapter 7 Trustee (the "Trustee"), has filed a Motion for Approval of Settlement and Compromise of Claims Against Defendants Sunset Group, LLC and Sunset Pool Contractors, LLC (the "Defendants") in the adversary proceeding filed under Case No. 24-00017 pursuant to Bankruptcy Rules 9019 and 2002(a)(3) (the "Motion"). The Motion has been filed with the Clerk, United States Bankruptcy Court for the District of Maryland, 6500 Cherrywood Lane, Suite 300, Greenbelt, MD 20770.

The Trustee, as Plaintiff, filed a Complaint alleging that Debtor made avoidable and preferential transfers of various equipment including a skid loader and related tractor equipment to or for the benefit of the Defendants during the ninety (90) days prior to the Petition Date ("Preference Period") which transfers were preferential transfers and/or fraudulent conveyances. The Debtor also paid the Defendants the sum of $24,850 during the Preference Period (said payment and the above-mentioned equipment transfers are collectively referred to as the "Transfers"). The Defendants assert that the equipment had a lower value than the amount alleged at the time of the transfers, and that some of the equipment was not operable.

1

To avoid the significant cost of further investigation into the facts of this case, the costs of litigation and the risk of loss, the Parties have reached an agreement to settle the claims regarding the Transfers. The Defendants will cause the sum of $39,000.00 to be paid to the Trustee in one lump sum (the "Settlement Amount").  Counsel for the Defendant is holding the Settlement Amount in escrow prior to the filing of the Motion and until the Court enters the Order granting the Motion, upon which the Settlement Amount will be made payable to the Trustee. The Plaintiff and the Defendant will exchange mutual releases of the opposing parties which will include releases by, and of, C.J. Cahill Design Build, LLC and the owners of the Defendants.

NOTICE IS FURTHER GIVEN that objections, if any, to the Motion must be filed within twenty-one (21) days from the date of this Notice.  Objections must be filed with the Clerk, United States Bankruptcy Court for the District of Maryland, U.S. Courthouse, 6500 Cherrywood Lane, Suite 300, Greenbelt, MD 20770.  Any objections must also be served on Laura J. Margulies, Trustee, 401 N. Washington Street, Suite 500, Rockville, MD 20850, and James M. Hoffman, Esq., Offit Kurman, P.A., 7501 Wisconsin Ave, Suite 1000W, Bethesda, MD 20814, counsel for the Chapter 7 Trustee.

Objections must set forth in detail the legal and factual grounds upon which they are based. The Court, in its discretion, may conduct a hearing or determine this matter without a hearing regardless of whether an objection is filed.  The Motion may be granted without further order or notice if no timely objection is filed.  Creditors or other interested parties desiring further information are encouraged to contact the undersigned Trustee.

Date:   October 1, 2024                          */s/ James M. Hoffman*
                                                 James M. Hoffman (Bar #04914)
                                                 Offit Kurman, P.A.
                                                 7501 Wisconsin Ave, Suite 1000W
                                                 Bethesda, MD 20814
                                                 Telephone: (240) 507-1710
                                                 JHoffman@offitkurman.com
                                                 *Attorney for Laura J. Margulies, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 1st day of October 2024, a copy of the foregoing Notice of Motion to Approve Compromise was served via this Court's CM/ECF system upon the following parties:

- Douglas Robert Gorius    dgorius.esq@comcast.net, douglasgorius@gmail.com;jaworskilaw@comcast.net;r44444@notify.bestcase.com
- James M. Hoffman    jhoffman@offitkurman.com, mmargulies@offitkurman.com
- Justin Philip Fasano    jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; dmoorehead@mhlawyers.com;tmackey@mhlawyers.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- Lynn A. Kohen    lynn.a.kohen@usdoj.gov

- Laura J. Margulies     trustee@law-margulies.com, lmargulies@ecf.axosfs.com;bkadmin@axosbank.com
- John McKenna     jackmckenna@asm-law.com
- Kevin M. O'Donnell     kmo@henrylaw.com, mbp@henrylaw.com;jtm@henrylaw.com;odonnell.kevinb@notify.bestcase.com
- Craig Palik     cpalik@mhlawyers.com, dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;Palik.CraigR92003@notify.bestcase.com;hleaphart@mhlawyers.com;mtaylor@mhlawyers.com
- Daniel J. Pesachowitz     dpesacho@siwpc.com, rjones@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com
- US Trustee - Greenbelt     USTPRegion04.GB.ECF@USDOJ.GOV
- Diana Carolina Valle     diana.valle@vallelawfirm.com, 3517448420@filings.docketbird.com
- Maurice Belmont VerStandig     mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

I FURTHER CERTIFY, that on this 1st day of October 2024, a copy of the foregoing Notice of Motion to Approve Compromise was served via regular U.S. Mail, postage prepaid upon the following parties:

Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

Sunset Pool Contractors, LLC
C/o Julie Styers, Resident Agent
at 3789 Boteler Road
Mount Airy, MD 21771

Sunset Group, LLC
C/O Steve Kemp, Resident Agent
6404 Heathcliff Lane
Tracey's Landing, MD 20779

All parties on the attached creditor matrix

                                                              /s/ James M. Hoffman
                                                               James M. Hoffman

4890-6045-5899, v. 2