**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| In re: | * | |
| BOTANICAL DECORATORS, INC. | * | Case No. 22-16223 MCR |
|    Debtor | * | (Chapter 7) |

_____

| | | |
|---|---|---|
| LAURA J. MARGULIES, CHAPTER 7 TRUSTEE FOR BOTANICAL DECORATORS, INC., et al. | * * | |
|    Plaintiffs. | * | Adv. Proc. No.  24-00016 MCR |
| v. | * | |
| WILLIAM RODAS aka WILLIAM RHODUS | * | |
|    Defendant. | * | |

_____

**NOTICE OF MOTION BY CHAPTER 7 TRUSTEE**
**FOR APPROVAL OF COMPROMISE OF CLAIMS**
**AGAINST DEFENDANT WILLIAM RODAS**

     NOTICE IS HEREBY GIVEN THAT Laura J. Margulies, Chapter 7 Trustee (the "Trustee"), has filed a Motion for Approval of Settlement and Compromise of Claims Against Defendant William Rodas aka William Rhodus (the "Defendant") in the adversary proceeding filed under Case No. 24-00016 pursuant to Bankruptcy Rules 9019 and 2002(a)(3) (the "Motion"). The Motion has been filed with the Clerk, United States Bankruptcy Court for the District of Maryland, 6500 Cherrywood Lane, Suite 300, Greenbelt, MD 20770.

     The Trustee, as Plaintiff, filed a Complaint alleging that Botanical Decorators, Inc. and Design Build, Inc. made avoidable and preferential transfers, specifically a 2012 Nissan Van and payments totaling $17,500 to or for the benefit of the Defendant during the ninety (90) days prior to the Petition Date which transfers were preferential transfers and/or fraudulent conveyances (the "Transfers"). The Defendant asserts that the vehicle had a lower value than the amount alleged at the time of the transfers and that the payments were in the ordinary course.

     To avoid the significant cost of further investigation into the facts of this case, the costs of litigation and the risk of loss, the Parties have reached an agreement to settle the claims regarding the Transfers. The Defendant will cause the sum of $15,000.00 to be paid to the Trustee in one

lump sum (the "Settlement Amount").  Counsel for the Defendant is holding the Settlement Amount in escrow prior to the filing of the Motion and until the Court enters the Order granting the Motion, upon which the Settlement Amount will be made payable to the Trustee. The Plaintiffs and the Defendant will exchange mutual releases of the opposing parties which will include releases by, and of, CJ Cahill Design Build, Inc.

NOTICE IS FURTHER GIVEN that objections, if any, to the Motion must be filed within twenty-one (21) days from the date of this Notice.  Objections must be filed with the Clerk, United States Bankruptcy Court for the District of Maryland, U.S. Courthouse, 6500 Cherrywood Lane, Suite 300, Greenbelt, MD 20770.  Any objections must also be served on Laura J. Margulies, Trustee, 401 N. Washington Street, Suite 500, Rockville, MD 20850, and James M. Hoffman, Esq., Offit Kurman, P.A., 7501 Wisconsin Ave, Suite 1000W, Bethesda, MD 20814, counsel for the Chapter 7 Trustee.

Objections must set forth in detail the legal and factual grounds upon which they are based. The Court, in its discretion, may conduct a hearing or determine this matter without a hearing regardless of whether an objection is filed.  The Motion may be granted without further order or notice if no timely objection is filed.  Creditors or other interested parties desiring further information are encouraged to contact the undersigned Trustee.

Date: October 11, 2024            */s/ James M. Hoffman*
James M. Hoffman (Bar #04914)
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814
Telephone: (240) 507-1710
JHoffman@offitkurman.com
*Attorney for Laura J. Margulies, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 11th day of October 2024, a copy of the foregoing Notice of Motion to Approve Compromise was served via this Court's CM/ECF system upon the following parties:

- **Justin Philip Fasano**    jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; dmoorehead@mhlawyers.com;tmackey@mhlawyers.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- **Douglas Robert Gorius**    dgorius.esq@comcast.net, douglasgorius@gmail.com; jaworskilaw@comcast.net;r44444@notify.bestcase.com
- **James M. Hoffman**    jhoffman@offitkurman.com, mmargulies@offitkurman.com
- **Lynn A. Kohen**    lynn.a.kohen@usdoj.gov
- **Laura J. Margulies**    trustee@law-margulies.com, lmargulies@ecf.axosfs.com; bkadmin@axosbank.com
- **John McKenna**    jackmckenna@asm-law.com

2

- **Kevin M. O'Donnell**   kmo@henrylaw.com, mbp@henrylaw.com;jtm@henrylaw.com;odonnell.kevinb@notify.bestcase.com
- **Craig Palik**   cpalik@mhlawyers.com, dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;Palik.CraigR92003@notify.bestcase.com;hleaphart@mhlawyers.com;mtaylor@mhlawyers.com
- **Daniel J. Pesachowitz**   dpesacho@siwpc.com, rjones@siwpc.com; bkreferrals@siwpc.com; siwbkecf@siwpc.com; siwpc@ecf.courtdrive.com; siwattecf@siwpc.com
- **US Trustee - Greenbelt**   USTPRegion04.GB.ECF@USDOJ.GOV
- **Diana Carolina Valle**   diana.valle@vallelawfirm.com, 3517448420@filings.docketbird.com
- **Maurice Belmont VerStandig**   mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

I FURTHER CERTIFY, that on this 11th day of October 2024, a copy of the foregoing Notice of Motion to Approve Compromise was served via regular U.S. Mail, postage prepaid upon the following parties:

Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

William Rodas
14151 Renegade Court
Woodbridge, VA 22193

All parties on the attached creditor matrix

/s/ James M. Hoffman
James M. Hoffman

4895-6500-1188, v. 2

3