# EXHIBIT 1



| Department of the Treasury<br>Internal Revenue Service<br>Ogden, UT 84201-0038 | Notice | CP138 |
|---|---|---|
| | Tax period | March 31, 2021 |
| | Notice date | January 2, 2023 |
| | Employer ID number | 45-3806831 |
| | To contact us | Phone 800-829-0115 |
| | Page 1 of 1 | |



050770.487056.297209.6493 1 AB 0.491 372

BOTANICAL DECORATORS INC
5011 OLNEY-LAYTONSVILLE ROAD
OLNEY  MD  20832-1902

050770

## We applied your Form 941 overpayment to other tax you owe
# Refund due: $131,248.02

You overpaid $131,742.00 on your Form 941, Federal Employment Tax, for the tax period ending March 31, 2021.

The table below explains where we applied your overpayment.

### Summary

| | |
|---|---:|
| Overpayment | $131,742.00 |
| Amount applied to other taxes | 493.98 |
| **Refund due** | **$131,248.02** |

### What you need to do

You don't need to do anything.

### Where we applied your overpayment

| Form | Tax period ending | Taxpayer ID number | Overpayment applied |
|---|---|---|---:|
| Form 941 | September 30, 2022 | 45-3806831 | 493.98 |

### Next steps

If you indicated on your return that you want us to refund an overpayment or apply it to the next tax period, we will follow those instructions.

If you didn't indicate on your return what you want us to do with an overpayment, we will send you a refund.

If you haven't already received a refund for $131,248.02, you should receive it within 4-6 weeks as long as you don't owe any other federal debts we're required to collect.

### Additional information

- Visit www.irs.gov/cp138.
- For tax forms, instructions, and publications, visit www.irs.gov/forms-pubs or call 800-TAX-FORM (800-829-3676).
- You can contact us by mail at the address at the top of the first page of this notice. Be sure to include your employer ID number and the tax year and form number you are writing about.
- Keep this notice for your records.

If you need assistance, please don't hesitate to contact us.