IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **BOTANICAL DECORATORS, INC.** | * | Case No. 22-16223 MCR<br>Chapter 7 |
| **Debtor** | * | |

## ORDER GRANTING MOTION TO COMPEL
## TURNOVER OF 2021 FEDERAL TAX REFUND

Upon consideration of the Chapter 7 Trustee's Motion to Compel the Internal Revenue Service and the Department of the Treasury to Turnover Federal Tax Refund (the "Motion"), it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED,** that pursuant to 11 U.S.C. 542(a) of the Bankruptcy Code the Motion be, and the same is hereby **GRANTED**; and it is further

**ORDERED**, that the Federal Tax Refund in the amount of $131,248.02 and all accumulated interest thereon ("Refund") are property of this Bankruptcy Estate; and it is further

**ORDERED,** that the Internal Revenue Service and the Department of the Treasury are directed to turnover to the Trustee, Laura J. Margulies, the sum of $131,248.02 plus accrued interest, within fourteen (14) days after the date of entry hereof; and it is further

1

**ORDERED**, that the Refund shall be made payable to "Laura Margulies, Trustee for the Estate of Botanical Decorators, Inc." and delivered to Laura Margulies, Trustee, 7050 W. Palmetto Park Road, Suite 15-390, Boca Raton, FL 33434; and it is further

**ORDERED,** that if the United States of America fails to timely comply with this Order, the Estate may seek sanctions and/or damages against the United States of America in the form of costs and expenses, including reasonable attorneys' fees for disobeying this Court's order and for violating the automatic stay (upon proper motion).

C:

Laura Margulies, Trustee
7050 W. Palmetto Park Road
Suite 15-390
Boca Raton, FL 33434

James M. Hoffman, Esq.
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814

Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland 20770

Internal Revenue Service
Attn: Douglas O'Donnell, (acting) Commissioner
1111 Constitution Avenue, NW
Washington, DC 20224

Internal Revenue Service
c/o United States Attorney – District of Maryland
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201

U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
1111 Constitution Ave, NW
Washington, DC 20224

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

United States of America
c/o Erek L. Barron, Attorney General of the United States
United States Attorney's Office
District of Maryland
36 S. Charles Street 4th Fl.
Baltimore, MD 21201

**END OF ORDER**

4905-9138-8183, v. 2