United States Bankruptcy Court
District of Maryland

In re:   Case No. 22-16223-MCR

Botanical Decorators, Inc.   Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0     User: admin     Page 1 of 2
Date Rcvd: Feb 28, 2025     Form ID: pdfparty     Total Noticed: 6

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | #+ | Botanical Decorators, Inc., P.O. Box 60833, Potomac, MD 20859-0833 |
| | + | USA, c/o Erek L. Barron, US Attorney's Office, 36 S. Charles Street 4th Fl., Baltimore, MD 21201-3020 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 28 2025 19:30:00 | Internal Revenue Service, c/o Douglas ODonnell, 1111 Constitution Avenue, NW, Washington, DC 20224 |
| | + | Email/Text: usamd.bankruptcy@usdoj.gov | Feb 28 2025 19:29:00 | Internal Revenue Service, c/o US Attorney District of MD, 36 South Charles Street, 4th Floor, Baltimore, MD 21201-3020 |
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Feb 28 2025 19:30:00 | US Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |
| | ^ | MEBN | Feb 28 2025 19:23:01 | United States Attorney General, US Depart of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| | * | Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 1111 Constitution Ave, NW, Washington, DC 20224 |
| | *+ | US Dept of the Treasury, 1500 Pennsylvania Avenue, NW, Washington, DC 20220-0001 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 28, 2025 | Form ID: pdfparty | Total Noticed: 6 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2025          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2025 at the address(es) listed below:**

**Name** **Email Address**

Craig Palik
cpalik@mhlawyers.com
cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,mevans@mhlawyers.com,cmartin@mhlawyers.com

Daniel J. Pesachowitz
dpesacho@siwpc.com
rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com

Diana Carolina Valle
diana.valle@vallelawfirm.com  3517448420@filings.docketbird.com

Douglas Robert Gorius
dgorius.esq@comcast.net  douglasgorius@gmail.com,jaworskilaw@comcast.net,r44444@notify.bestcase.com

James M. Hoffman
jhoffman@offitkurman.com  mmargulies@offitkurman.com

John McKenna
jackmckenna@asm-law.com

Justin Philip Fasano
jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,hleaphart@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com

Kevin M. O'Donnell
kmo@henrylaw.com  mbp@henrylaw.com,jtm@henrylaw.com,odonnell.kevinb@notify.bestcase.com

Laura J. Margulies
trustee@law-margulies.com  lmargulies@ecf.axosfs.com,bkadmin@axosbank.com

Lynn A. Kohen
lynn.a.kohen@usdoj.gov

Maurice Belmont VerStandig
mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

US Trustee - Greenbelt
USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 12



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **BOTANICAL DECORATORS, INC.** | * | Case No. 22-16223 MCR |
| | | Chapter 7 |
| **Debtor** | * | |

_____

### ORDER GRANTING MOTION TO COMPEL
### TURNOVER OF 2021 FEDERAL TAX REFUND

Upon consideration of the Chapter 7 Trustee's Motion to Compel the Internal Revenue Service and the Department of the Treasury to Turnover Federal Tax Refund (the "Motion"), it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED,** that pursuant to 11 U.S.C. 542(a) of the Bankruptcy Code the Motion be, and the same is hereby **GRANTED**; and it is further

**ORDERED**, that the Federal Tax Refund in the amount of $131,248.02 and all accumulated interest thereon ("Refund") are property of this Bankruptcy Estate; and it is further

**ORDERED,** that the Internal Revenue Service and the Department of the Treasury are directed to turnover to the Trustee, Laura J. Margulies, the sum of $131,248.02 plus accrued interest, within fourteen (14) days after the date of entry hereof; and it is further

1

**ORDERED**, that the Refund shall be made payable to "Laura Margulies, Trustee for the Estate of Botanical Decorators, Inc." and delivered to Laura Margulies, Trustee, 7050 W. Palmetto Park Road, Suite 15-390, Boca Raton, FL 33434; and it is further

**ORDERED,** that if the United States of America fails to timely comply with this Order, the Estate may seek sanctions and/or damages against the United States of America in the form of costs and expenses, including reasonable attorneys' fees for disobeying this Court's order and for violating the automatic stay (upon proper motion).

C:

Laura Margulies, Trustee
7050 W. Palmetto Park Road
Suite 15-390
Boca Raton, FL 33434

James M. Hoffman, Esq.
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814

Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland 20770

Internal Revenue Service
Attn: Douglas O'Donnell, (acting) Commissioner
1111 Constitution Avenue, NW
Washington, DC 20224

Internal Revenue Service
c/o United States Attorney – District of Maryland
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201

U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
1111 Constitution Ave, NW
Washington, DC 20224

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

United States of America
c/o Erek L. Barron, Attorney General of the United States
United States Attorney's Office
District of Maryland
36 S. Charles Street 4th Fl.
Baltimore, MD 21201

**END OF ORDER**

4905-9138-8183, v. 2