IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **BOTANICAL DECORATORS, INC.** | * | **Case No. 22-16223 MCR** <br> **Chapter 7** |
| **Debtor** | * | |

___

## ORDER GRANTING MOTION FOR SHOW CAUSE

UPON CONSIDERATION of the Motion ("Motion") For Show Cause Order Why The United States of America, specifically, the Internal Revenue Service ("IRS") and the Department of the Treasury ("DoT") Should Not Be Held In Contempt and For Punitive Damages For Violation of Turnover Order ("Turnover Order") [Docket No. 76] entered on February 28, 2025, (the "Show Cause Motion") by Laura J. Margulies, Chapter 7 Trustee (the "Trustee") requesting entry of an order pursuant to U.S.C. §§ 105(a) and 542(e) to compel the IRS and DoT to comply with the Turnover Order, as defined in the Motion; it appearing that all required notice of the Show Cause Motion has been given; it appearing that the IRS and DoT have failed to comply with the Turnover Order and has failed to cooperate which has hindered the Trustee's administration of this Estate; and it appearing that the relief requested in the Show Cause Motion is in the best interests of the Debtor's estate and its creditors; it is, by the United States Bankruptcy Court for the District

of Maryland, hereby,

ORDERED, that the Motion is GRANTED, as set forth herein; and it is further

ORDERED, the IRS and the DoT are in contempt for failing to comply with the Turnover Order; and it is further

ORDERED, that the IRS and DoT shall turnover to the Trustee, the sum of $131,248.02 ("Refund") within ten (10) days of the entry of this Order; and it is further

ORDERED, that the IRS and the DoT shall comply with the Turnover Order and turn over the Refund with all accrued interest through March 14, 2025, within ten (10) days after the entry of an order; and it is further

ORDERED, in the event the IRS and the DoT do not turn over the entire Refund with interest to the Trustee within ten (10) days after the entry of the Order, the IRS and the DoT must pay to the Trustee:

(i) Attorneys' fees in the reasonable amount of Six Thousand Dollars ($6,000.00);

(ii) One Hundred Dollars ($100.00) per day for each day after the entry of the contempt order that the Refund, interest at the rate of six percent (6%) and attorneys' fees are not all in the custody of the Trustee;

ORDERED, that the imposition of these sanctions is subject only to the granting of an Order Imposing Stay of the enforcement of this Order by the U.S. District Court; and it is further

ORDERED, that the enforcement of this Order shall not be altered by conversion of this case to another Chapter of the Bankruptcy Code.

Copies:

Laura J. Margulies, Trustee via CM/ECF
Office of United States Trustee via CM/ECF

James M. Hoffman, Esq. via CM/ECF

Internal Revenue Service
c/o United States Attorney – District of Maryland
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201

Scott Bessent, Secretary of the Treasury
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
1111 Constitution Ave, NW
Washington, DC 20224

Pamela Bondi, United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

United States of America
c/o Erek L. Barron, Attorney General of the United States
United States Attorney's Office
District of Maryland
36 S. Charles Street 4th Fl.
Baltimore, MD 21201

## ** END OF ORDER **

4931-0433-3100, v. 1