IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| **BOTANICAL DECORATORS, INC.** | * | Case No. 22-16223 MCR<br>Chapter 7 |
| Debtor | * | |

## WITHDRAWAL OF DOCUMENT

Laura J. Margulies, Chapter 7 Trustee (hereinafter the "Trustee") for the above-captioned bankruptcy estate, by and through her counsel, hereby withdraws her Motion For Show Cause Order Why the United States of America, specifically, the Internal Revenue Service and the Department of the Treasury Should Not Be Held In Contempt and For Sanctions for Violation of this Court's Turnover Order, DE 78.  The United States of America has cured its contemptuous conduct.

Date: April 1, 2025                          Respectfully submitted,

                                                            */s/ James M. Hoffman*
James M. Hoffman, Esq., 04914
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD  20814
Tel.: (240) 507-1710
jhoffman@offitkurman.com
*Counsel to Laura J. Margulies, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of April, 2025, an electronic copy of the foregoing will be served electronically by the Court's CM/ECF system on the following:

- Justin Philip Fasano  jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; tmackey@mhlawyers.com; hleaphart@mhlawyers.com; cmartin@mhlawyers.com; Fasano.JustinR92003@notify.bestcase.com
- Douglas Robert Gorius    dgorius.esq@comcast.net, douglasgorius@gmail.com; jaworskilaw@comcast.net;r44444@notify.bestcase.com
- James M. Hoffman    jhoffman@offitkurman.com,mmargulies@offitkurman.com

- Lynn A. Kohen    lynn.a.kohen@usdoj.gov
- Laura J. Margulies    trustee@law-margulies.com, lmargulies@ecf.axosfs.com; bkadmin@axosbank.com
- John McKenna    jackmckenna@asm-law.com
- Kevin M. O'Donnell    kmo@henrylaw.com, mbp@henrylaw.com; jtm@henrylaw.com; odonnell.kevinb@notify.bestcase.com
- Craig Palik    cpalik@mhlawyers.com, cpalik@ecf.inforuptcy.com; Palik.CraigR92003@notify.bestcase.com; mevans@mhlawyers.com; cmartin@mhlawyers.com
- Daniel J. Pesachowitz    dpesacho@siwpc.com, rjones@siwpc.com; bkreferrals@siwpc.com; siwbkecf@siwpc.com; siwpc@ecf.courtdrive.com; siwattecf@siwpc.com
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Diana Carolina Valle    diana.valle@vallelawfirm.com, 3517448420@filings.docketbird.com
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com; mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

       I HEREBY FURTHER CERTIFY that on this 1st day of April 2025 a copy of the foregoing was also mailed via first class mail, postage prepaid to:

Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland 20770

Internal Revenue Service
1111 Constitution Ave, NW
Washington, DC 20224

Internal Revenue Service
c/o United States Attorney – District of Maryland
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201

Pamela Bondi, United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Scott Bessent, Secretary of the Treasury
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

United States of America
c/o Erek L. Barron, Attorney General of the United States
United States Attorney's Office
District of Maryland
36 S. Charles Street 4th Fl.
Baltimore, MD 21201

Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

                                        */s/ James M. Hoffman*
                                         James M. Hoffman

4896-5953-0544, v. 2