UNITED STATES BANKRUPTCY COURT
**DISTRICT OF** MARYLAND
GREENBELT **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Botanical Decorators, Inc. | § | Case No. 22-16223 |
| | § | |
| Debtor | § | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/07/2022.   The undersigned trustee was appointed on 11/08/2022.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4.  The trustee realized gross receipts of | $ | 323,414.00 |

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 2,350.00 |
| Bank service fees | 3,672.83 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

| | | |
|---|---|---|
| Leaving a balance on hand of[1] | $ | 317,391.17 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was 02/14/2023 and the deadline for filing governmental claims was 05/08/2023. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $19,420.70.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $19,420.70, for a total compensation of $19,420.70[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $563.91, for total expenses of $563.91[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:05/21/2025_____    By:/s/Laura J. Margulies_____
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 22-16223 | MCR | Judge: | Maria Ellena Chavez-Ruark | Trustee Name: | Laura J. Margulies |
|---|---|---|---|---|---|---|
| Case Name: | Botanical Decorators, Inc. | | | | Date Filed (f) or Converted (c): | 11/07/2022 (f) |
| | | | | | 341(a) Meeting Date: | 12/13/2022 |
| For Period Ending: | 05/21/2025 | | | | Claims Bar Date: | 02/14/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Sandy Spring Bank Checking 8201<br><br>lien on account exceeds value | 37,164.13 | 5,000.00 | | 0.00 | FA |
| 2.  Sandy Spring Bank Checking 8401<br><br>No value to estate, lien on account exceeds value | 7,885.46 | 5,000.00 | | 0.00 | FA |
| 3.  90 days old or less: Contract balance: Jay Hess 2,001.30 - 0.00 =<br><br>No value to estate | 2,001.30 | 2,001.30 | | 0.00 | FA |
| 4.  Over 90 days old: Completed design contract for Emily Goetzman. Contract price $3,750. Payment to petition date: $1,875. 1,875.00 - 0.00 =<br><br>No value to estate | 1,875.00 | 1,875.00 | | 0.00 | FA |
| 5.  Over 90 days old: Completed design contract for Julia and Jacob Vogelstein. Contract price: $3,000. Payment to petition date: $2,500. 500.00 - 0.00 =<br><br>No value to estate | 500.00 | 500.00 | | 0.00 | FA |
| 6.  Over 90 days old: Maintenance contract balance: Karen & John Walker 5,892.15 - 0.00 =<br><br>No value to estate | 5,892.15 | 5,892.15 | | 0.00 | FA |
| 7.  Non-designated plant material | 12,800.00 | 0.00 | OA | 0.00 | FA |
| 8.  16 Pallets of paving bluestone; 6 pallets of cobblestone pavers; 5 pallets of oversized boulders; 4 pallets of cinderblocks; 6 pallets of limestone pavers; 5 pallets of '3x3' bluestone; Misc. masonry supplies | 24,000.00 | 0.00 | OA | 0.00 | FA |
| 9.  Sand, gravel, stone dust, mulch, topsoil, ComPro | 12,200.00 | 0.00 | OA | 0.00 | FA |
| 10.  Fertilizers, seed, and other yard treatment supplies | 2,500.00 | 0.00 | OA | 0.00 | FA |
| 11.  Drainage pipe, conduit, and other fittings | 1,000.00 | 0.00 | OA | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 22-16223 | MCR | Judge: | Maria Ellena Chavez-Ruark | Trustee Name: | Laura J. Margulies |
|---|---|---|---|---|---|---|
| Case Name: | Botanical Decorators, Inc. | | | | Date Filed (f) or Converted (c): | 11/07/2022 (f) |
| | | | | | 341(a) Meeting Date: | 12/13/2022 |
| For Period Ending: | 05/21/2025 | | | | Claims Bar Date: | 02/14/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 12. Design studio: 6 L-shaped desks; 6 desk chairs; 6 desk lights; 3 bookshelves; 3 closed cabinets; 6 credenza stackable cabinets; 3 side chairs | 1,800.00 | 0.00 | OA | 0.00 | FA |
| 13. Officers' suite: 2 L-shaped desks; 2 rectangular desks; 6 bookshelves; 2 horizontal cabinets; 3 roller cabinets; 3 metal wall shelves | 2,450.00 | 0.00 | OA | 0.00 | FA |
| 14. Conference room: Nine-foot conference table; 8 black roller chairs; 3 bookcase cabinets | 1,550.00 | 0.00 | OA | 0.00 | FA |
| 15. Production office and print room: 2 rectangular desks; 2 horizontal cabinets; 2 drafting copy cabinets; 2 desk chairs | 1,650.00 | 0.00 | OA | 0.00 | FA |
| 16. Front entrance: Antique teak bench; 2 chairs | 1,200.00 | 0.00 | OA | 0.00 | FA |
| 17. Office Equipment: Cisco phone system with 10 designated phones; 17" HP laptop; Apple desktop, monitor, keyboard, and mouse; Intel desktop, monitor, keyboard, and mouse; HP desktop, monitor, and mouse; Ricoh printer; 36" blueprint machine; Brother desktop p | 12,600.00 | 0.00 | OA | 0.00 | FA |
| 18. Misc. Office staples, tape holders, and other deminimis equipment | 100.00 | 0.00 | OA | 0.00 | FA |
| 19. iPhone 3; 3 iPhone 8's; iPhone 10 | 232.00 | 0.00 | OA | 0.00 | FA |
| 20. Financed phones: iPhone 13 Pro Max; iPhone SE; iPhone 12 Pro; 2 iPad's 8th gen; 3 iPhone 11's | 1,430.00 | 0.00 | OA | 0.00 | FA |
| 21. 2019 Ford F-150 (62,000 miles) [Debtor and Chris Cahill on title; Debtor bears all costs] | 30,192.00 | 0.00 | | 0.00 | FA |
| 22. 2021 Volvo XC60 (21,00 miles) [Debtor and Christopher Cahill on title; Debtor bears all costs] | 38,992.00 | 0.00 | | 0.00 | FA |
| 23. Small tools and equipment

Cost to sell exceeds value to estate | 5,200.00 | 0.00 | OA | 0.00 | FA |
| 24. District of Columbia Class A Basic Business License [Exp. Oct. 31, 2023]

Has no value to estate | 0.00 | 1.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 22-16223 | MCR | Judge: | Maria Ellena Chavez-Ruark | Trustee Name: | Laura J. Margulies |

Case Name:   Botanical Decorators, Inc.

Date Filed (f) or Converted (c):   11/07/2022 (f)

341(a) Meeting Date:   12/13/2022

For Period Ending:   05/21/2025

Claims Bar Date:   02/14/2023

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 25.  Maryland Contract/Salesman License [Exp. Feb. 24, 2023]<br><br>Has no value to estate | 0.00 | 1.00 | | 0.00 | FA |
| 26.  Estimated goodwill<br><br>Good will has no value | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 27.  Claim against Patrick Gazarian ($21,730.80 in inflated salary overpayments for May 23 - Sept. 9, 2022 and $18,993.10 in improperly issued checks nos. 1984, 1994, 2004, 2017, 2019)<br><br>Gazarian has no assets, therefore claim has no value | 40,723.90 | 40,723.90 | | 0.00 | FA |
| 28.  Unscheduled unanticipated IRS funds from overpayment of tax period Dec. 31, 2020 (u) | 0.00 | 103,254.97 | | 103,254.97 | FA |
| 29.  Unscheduled, unanticipated credit balance refund from Bank of America Credit card xxx-8743 (u) | 1,835.45 | 1,835.45 | | 1,835.45 | FA |
| 30.  Unanticipated, unscheduled proceeds from the bank sale of the 2019 Ford F150 Truck (u) | 0.00 | 1,424.87 | | 1,424.87 | FA |
| 31.  Unanticipated, unscheduled insurance refund for 2019 Ford F150 Truck (u) | 0.00 | 1,868.00 | | 1,868.00 | FA |
| 32.  Interest in: http://www.cahillcompanies.com/ (Partial interest indicated, with Christopher Cahill, CJ Cahill Design Build Inc., and one other entity each having an at least colorable claim to ownership). (u)<br><br>No value to estate | 0.25 | 1.00 | | 0.00 | FA |
| 33.  Unscheduled: Preference claim against Sunset Group, LLC (u)<br><br>Litigation settled against Sunset Group, LLC, motion to approve settlement filed with the Court | 0.00 | 39,000.00 | | 39,000.00 | FA |
| 34.  Unscheduled: Claim against B&C Diesel Services, LLC (u)<br><br>Court entered settlement on case and defendant sent payment in full. | 0.00 | 10,000.00 | | 10,000.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 22-16223 | MCR | Judge: | Maria Ellena Chavez-Ruark | Trustee Name: | Laura J. Margulies |
|---|---|---|---|---|---|---|
| Case Name: | Botanical Decorators, Inc. | | | | Date Filed (f) or Converted (c): | 11/07/2022 (f) |
| | | | | | 341(a) Meeting Date: | 12/13/2022 |
| For Period Ending: | 05/21/2025 | | | | Claims Bar Date: | 02/14/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 35.  Unscheduled:  Claim against William Rhodus (u)<br><br>Claim against William Rhodus | 0.00 | 15,000.00 | | 15,000.00 | FA |
| 36.  refund 941 overpayment (u)<br><br>$131,000 due the debtor since 2023, check for $151,030.71, which includes interest is being deposited today. | 0.00 | 131,000.00 | | 151,030.71 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $297,773.64 | $414,378.64 | | $323,414.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

5/16/25 - Adversary pro # 25-00127 filed.
3/26/25 - Order entered compelling turnover by March 14, 2025, no check received, filed a motion why the IRS should not be held in contempt.
3/10/25 - Still waiting for the IRS check, if not received by tomorrow it will be in default of the court order compelling turnover and I will seek sanctions.
11/28/24 - Funds deposited from The Valle Law Firm.
11/21/24 - Funds deposited from B&C Diesel.
10/08/24 - Received and deposited check for preference claim against Sunset Group.
9/19/24 - Mailed checks to DC Government for taxes due.
7/16/24- Postage for mailing tax return to MD and to K-1 members, $4.91.
6/18/24- Settlement reached in suit ag. Cahill, but motion to compel turnover of funds filed; Adv. ag. L Henriquez- default jmt entered, others have trias in November, December 2024 and Jan. 2025.
1/19/24 - Adv. Pro. filed against Cahill and spouse and 4 others filed.
12/18/23 - Mediation with Jeff Orenstein scheduled for January 8, 2023.
9/4/23-  JHoffman drafted complaints for preferences and is expected to file them shortly.
8/21/23 - Received funds from Sandy Spring Bank for sale of truck and insurance refund.
6/5/23-IRS sent refund for overpayment of 941 taxes, negotiations with debtor for preferences with spouse, investigation by J Hoffman, Esq. of other preferences and fraudulent conveyances.
5/22/23 - Filed notice of abandonment of asset no. 7 through 20, and asset no. 23.
3/27/23 - 341 meeting held on 3/15/23. Waiting for bank records from Sandy Spring Bank.
1/11/23 - Meeting held and continued to Mar. 15.
12/13/22 - Meeting held and continued to Jan. 11.
11/16/22 - Designation as asset case. Debtor is expecting A/R income.

Initial Projected Date of Final Report (TFR): 05/15/2026          Current Projected Date of Final Report (TFR): 07/08/2025

Exhibit A

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  22-16223

Case Name:  Botanical Decorators, Inc.

Taxpayer ID No:  XX-XXX6831

For Period Ending:  05/21/2025

Trustee Name:  Laura J. Margulies

Bank Name:  Axos Bank

Account Number/CD#:  XXXXXX1050

Checking

Blanket Bond (per case limit):  $3,000,000.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/25/23 | 28 | U.S. Dept. of the Treasury PO Box 51320 Philadelphia, PA 19115 | Unscheduled, unanticipated refund of tax period Dec. 31, 2020 | 1224-000 | $103,254.97 | | $103,254.97 |
| 02/01/23 | 29 | Bank of America NA 1825 E Buckeye Rd Phoenix AZ 85034 | Unscheduled, unanticipated credit balance refund from Bank of America credit card xxx-8743 | 1229-000 | $1,835.45 | | $105,090.42 |
| 02/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $25.74 | $105,064.68 |
| 03/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $104.78 | $104,959.90 |
| 04/03/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $115.89 | $104,844.01 |
| 05/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $112.03 | $104,731.98 |
| 06/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $115.64 | $104,616.34 |
| 07/03/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $111.78 | $104,504.56 |
| 07/24/23 | 101 | Veritext PO Box 71303 Chicago, IL 60694 | Payment of Job Number 5936015 Christopher Cahill; and Payment of Job Number 5935990 Botanical Decorators, Inc.; and Payment of Job Number 5936032 CJ Cahill Design Build, Inc. for transcripts of §341 meetings | 2690-000 | | $1,480.00 | $103,024.56 |
| 08/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $115.39 | $102,909.17 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 22-16223
Case Name: Botanical Decorators, Inc.

Taxpayer ID No: XX-XXX6831
For Period Ending: 05/21/2025

Trustee Name: Laura J. Margulies
Bank Name: Axos Bank
Account Number/CD#: XXXXXX1050
Checking
Blanket Bond (per case limit): $3,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/23 | 31 | Sandy Spring Bank 17801 Georgia Avenue Olney, MD 20832 | Unanticipated, unscheduled insurance refund for 2019 Ford F150 Truck | 1229-000 | $1,868.00 | | $104,777.17 |
| 08/21/23 | 30 | Sandy Spring Bank 17801 Georgia Avenue Olney, MD 20832 | Unanticipated, unscheduled proceeds from the bank sale of the 2019 Ford F150 Truck | 1229-000 | $1,424.87 | | $106,202.04 |
| 09/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $115.02 | $106,087.02 |
| 10/02/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $113.35 | $105,973.67 |
| 11/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $117.01 | $105,856.66 |
| 12/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $113.11 | $105,743.55 |
| 01/02/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $116.75 | $105,626.80 |
| 02/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $116.63 | $105,510.17 |
| 03/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $108.98 | $105,401.19 |
| 04/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $116.37 | $105,284.82 |
| 05/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $112.50 | $105,172.32 |
| 06/03/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $116.12 | $105,056.20 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Page Subtotals:                $3,292.87        $1,145.84

Page:    **3**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  22-16223

Case Name:  Botanical Decorators, Inc.

Taxpayer ID No:  XX-XXX6831

For Period Ending:  05/21/2025

Trustee Name:  Laura J. Margulies

Bank Name:  Axos Bank

Account Number/CD#:  XXXXXX1050

Checking

Blanket Bond (per case limit):  $3,000,000.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $112.26 | $104,943.94 |
| 08/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $115.87 | $104,828.07 |
| 09/03/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $115.74 | $104,712.33 |
| 09/18/24 | 102 | DC Treasurer Office of Tax and Revenue PO Box 96166 Washington, DC 20090-6166 | Payment of DC tax with Form DP-20P | 2810-000 | | $596.00 | $104,116.33 |
| 09/18/24 | 103 | DC Treasurer Office of Tax and Revenue PO Box 96166 Washington, DC 20090-6166 | Payment of DC tax with Form DP-20P | 2810-000 | | $274.00 | $103,842.33 |
| 10/02/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $111.74 | $103,730.59 |
| 10/08/24 | 33 | Jaworski & Gorius Attorneys at Law 511B Eastern Blvd Suite B Baltimore, MD 21221 | Payment from Sunset Group, LLC per Consent Order Granting Motion for Approval of Compromise dated 1/1/24, ap case #24-00017 for preference claim. | 1241-000 | $39,000.00 | | $142,730.59 |
| 11/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $147.87 | $142,582.72 |
| 11/21/24 | 34 | B&C Diesel 21557 Blackwood Court, Ste. 150 Sterling, VA 20166 | Payment from B&C Diesel Services, LLC per Consent Order Granting Motion for Approval of Compromise dated 11/1/24, ap case #24-00015 for preference claim, Dkt. 13 | 1241-000 | $10,000.00 | | $152,582.72 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 10)*                    Page Subtotals:                    $49,000.00          $1,473.48

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 22-16223

Case Name: Botanical Decorators, Inc.

Taxpayer ID No: XX-XXX6831

For Period Ending: 05/21/2025

Trustee Name: Laura J. Margulies

Bank Name: Axos Bank

Account Number/CD#: XXXXXX1050

Checking

Blanket Bond (per case limit): $3,000,000.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/28/24 | 35 | The Valle Law Firm, LLC 3 Bethesda Metro Center, Ste. 700 Bethesda, MD 20814 | Payment from William Rodas aka William Rhodus per Consent Order Granting Motion for Approval of Compromise dated 11/7/24, ap case #24-00016 for preference claim, Dkt. 17 | 1249-000 | $15,000.00 | | $167,582.72 |
| 12/02/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $156.98 | $167,425.74 |
| 01/02/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $184.86 | $167,240.88 |
| 02/03/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $184.66 | $167,056.22 |
| 03/03/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $166.61 | $166,889.61 |
| 03/31/25 | 36 | United States Treasury Kansas City, MO | 2022 941 refund | 1224-000 | $151,030.71 | | $317,920.32 |
| 04/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $189.66 | $317,730.66 |
| 05/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $339.49 | $317,391.17 |

| | | |
|---|---|---|
| COLUMN TOTALS | $323,414.00 | $6,022.83 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $323,414.00 | $6,022.83 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $323,414.00 | $6,022.83 |

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1050 - Checking | $323,414.00 | $6,022.83 | $317,391.17 |
| | $323,414.00 | $6,022.83 | $317,391.17 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $323,414.00 |
| Total Gross Receipts: | $323,414.00 |

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 22-16223                                                                                      Date: May 21, 2025
Debtor Name: Botanical Decorators, Inc.
Claims Bar Date: 2/14/2023

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Laura Margulies Trustee PC<br>7050 W. Palmetto Park Rd., Ste. 15-390<br>Boca Raton, FL 33433 | Administrative | Allow | $0.00 | $19,420.70 | $19,420.70 |
| 100 2200 | Laura Margulies Trustee PC<br>7050 W. Palmetto Park Rd., Ste. 15-390<br>Boca Raton, FL 33433 | Administrative | Allow | $0.00 | $563.91 | $563.91 |
| 100 2700 | Clerk, U.S. Bankruptcy Court<br>Clerk, U.S. Bankruptcy Court<br>6500 CHERRYWOOD LANE<br>GREENBELT, MD 20770 | Administrative | Allow - Adversary proceeding case no. 23-00287; Adversary proceeding case no. 24-00015; Adversary proceeding case no. 24-00016; Adversary proceeding case no. 24-00017; Adversary proceeding case no. 24-00019; Adversary proceeding case no. 25-00127. | $0.00 | $2,100.00 | $2,100.00 |
| 100 3210 | Offit Kurman P.A.<br>Attn: Jim Hoffman<br>7501 Wisconsin Ave, Ste 1000W<br>Bethesda, MD 20814 | Administrative | Allow | $0.00 | $90,758.00 | $90,758.00 |
| 100 3220 | Offit Kurman P.A.<br>Attn: Jim Hoffman, Esquire<br>7501 Wisconsin Ave, Ste 1000W<br>Bethesda, MD 20814 | Administrative | Allow | $0.00 | $692.02 | $692.02 |
| 100 3410 | Larry Strauss, CPA<br>Larry Strauss, ESQ CPA & Associates, Inc.<br>2310 Smith Ave<br>Baltimore, MD  21209 | Administrative | Allow | $0.00 | $46,444.50 | $46,444.50 |
| 100 3992 | Larry Strauss, CPA<br>Larry Strauss, ESQ CPA & Associates, Inc.<br>2310 Smith Ave<br>Baltimore, MD  21209 | Administrative | Allow | $0.00 | $500.00 | $500.00 |
| 9 230 5300 | Arturo Esquivel<br>Michael K. Amster, Esq.<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, Md 20910 | Priority | Allow | $0.00 | $2,770.50 | $2,770.50 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 13)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 22-16223                                                                                      Date: May 21, 2025
Debtor Name: Botanical Decorators, Inc.
Claims Bar Date: 2/14/2023

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 10<br>230<br>5300 | Fidel A. Bruno<br>Michael K. Amster, Esq.<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, Md 20910 | Priority<br><br>Allow | | $0.00 | $5,350.00 | $5,350.00 |
| 11<br>230<br>5300 | Carlos Roberto Cardona Palencia<br>C/O Michael K. Amster, Esq.<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, Md 20910 | Priority<br><br>Allow | | $2,720.00 | $2,924.00 | $2,924.00 |
| 12<br>230<br>5300 | Julio Cesar Portillo Hernadez<br>C/O Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, Md 20910 | Priority<br><br>Allow | | $0.00 | $4,232.00 | $4,232.00 |
| 13<br>230<br>5300 | Duman H. Gonzalez Hernandez<br>C/O Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, Md 20910 | Priority<br><br>Allow | | $0.00 | $2,400.00 | $2,400.00 |
| 14<br>230<br>5300 | Hugo Antonio Melgar<br>C/O Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, Md 20910 | Priority<br><br>Allow | | $0.00 | $6,080.00 | $6,080.00 |
| 15<br>230<br>5300 | Juan Antonio Gonzalez-Hernandez<br>C/O Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, Md 20910 | Priority<br><br>Allow | | $0.00 | $2,898.50 | $2,898.50 |
| 16<br>230<br>5300 | Juan Enrique Choc Max<br>C/O Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, Md 20910 | Priority<br><br>Allow | | $0.00 | $2,880.00 | $2,880.00 |
| 17<br>230<br>5300 | Juan Salam Rax<br>C/O Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, Md 20910 | Priority<br><br>Allow | | $0.00 | $2,507.50 | $2,507.50 |
| 18<br>230<br>5300 | Oscar Orlando Martinez Ortiz<br>C/O Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, Md 20910 | Priority<br><br>Allow | | $0.00 | $3,210.00 | $3,210.00 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 14)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 22-16223                                                                 Date: May 21, 2025
Debtor Name: Botanical Decorators, Inc.
Claims Bar Date: 2/14/2023

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 19<br>230<br>5300 | Otto Rene Esquivel Perez<br>C/O Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, Md 20910 | Priority<br><br>Allow | | $0.00 | $4,000.00 | $4,000.00 |
| 20<br>230<br>5300 | Sebastian Marvin Salam Chub<br>C/O Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, Md 20910 | Priority<br><br>Allow | | $0.00 | $2,180.00 | $2,180.00 |
| 21<br>230<br>5300 | Servio Urrea Ochoa<br>C/O Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, Md 20910 | Priority<br><br>Allow | | $0.00 | $3,360.00 | $3,360.00 |
| 22<br>230<br>5300 | Walter Alexander Granados<br>Rodriguez<br>C/O Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, Md 20910 | Priority<br><br>Allow | | $0.00 | $3,210.00 | $3,210.00 |
| 23<br>230<br>5300 | Edwin F. Salam Chub<br>C/O Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, Md 20910 | Priority<br><br>Allow | | $0.00 | $2,344.00 | $2,344.00 |
| 24<br>230<br>5300 | Isai Vargas Castello<br>C/O Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, Md 20910 | Priority<br><br>Allow | | $0.00 | $1,666.00 | $1,666.00 |
| 26<br>240<br>5400 | Cjc And Assoc. T/A Botanical<br>Decor 401(K) Plan<br>1335 East- West Highway, Suite<br>200<br>Silver Spring, Md 20910 | Priority<br><br>Allow | | $0.00 | $6,026.75 | $6,026.75 |
| 39<br>240<br>5400 | Brian Hahn<br>18515 Yarnbrooke Place<br>Olney, Md 20832 | Priority<br><br>Allow | | $0.00 | $8,191.05 | $8,191.05 |
| 7<br>260<br>5600 | Joseph And Julie Markoski<br>210 Woodland Terrace<br>Alexandria, Va 22302 | Priority<br><br>Allow | | $0.00 | $3,350.00 | $3,350.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 15)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 22-16223                                                                                      Date: May 21, 2025
Debtor Name: Botanical Decorators, Inc.
Claims Bar Date: 2/14/2023

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|---------------------------|-------------|-------|-----------|---------|---------|
| 33 260 5600 | Vicki Star 9805 Woodford Road Potomac, Md 20854 | Priority | Allow | $0.00 | $1,947.70 | $1,947.70 |
| 34 260 5600 | Robert And Michelle Labelle 9893 Windy Hollow Road Great Falls, Va 22066 | Priority | Allow | $0.00 | $3,350.00 | $3,350.00 |
| 35 260 5600 | Stephen Lamontagne 888 17Th Street, Nw, Suite 1200 Washington, Dc 20006 | Priority | Allow | $0.00 | $3,350.00 | $3,350.00 |
| 36 260 5600 | Shannon And Scott Forchheimer 6808 Millwood Road Bethesda, Md 20817 | Priority | Allow | $0.00 | $3,350.00 | $3,350.00 |
| 41 260 5600 | Kelly And Edward Donovan 911 Vicar Lane Alexandria, Va 22302 | Priority | Allow | $0.00 | $3,350.00 | $3,350.00 |
| 5 280 5800 | State Of Maryland DLLR Division Of Unemployment Insurance 1100 N. Eutaw Street, Room 401 Baltimore, MD 21201 | Priority | Allow | $0.00 | $5,028.65 | $5,028.65 |
| 1 300 7100 | Tropical Treehouse Inc. 501 Courthouse Road Richmond, Va 23236-2323 | Unsecured | Allow | $0.00 | $3,790.92 | $3,790.92 |
| 2 300 7100 | Jack T. Irwin Supply Inc. 601 East Gude Drive Rockville, Md 20850 | Unsecured | Allow | $32,542.41 | $33,010.89 | $33,010.89 |
| 3 300 7100 | John And Liza Marshall 2304 N. Nottingham Street Arlington, Va 22205 | Unsecured | Allow | $0.00 | $875.00 | $875.00 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 16)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 22-16223                                                                                                      Date: May 21, 2025
Debtor Name: Botanical Decorators, Inc.
Claims Bar Date: 2/14/2023

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4 300 7100 | U.S. Small Business Administration 200 West Santa Ana Blvd., Ste 740 Santa Ana, Ca 92701 | Unsecured | Allow | $499,825.34 | $512,766.02 | $512,766.02 |
| 6 300 7100 | Patrick And Stacia Collins C/O Bean, Kinney & Korman, P.C. Attn: Andrea C. Davison 2311 Wilson Boulevard, 5Th Floor Arlington, Va 22201 | Unsecured | Allow | $18,352.60 | $219,739.00 | $219,739.00 |
| 7 300 7100 | Joseph And Julie Markoski 210 Woodland Terrace Alexandria, Va 22302 | Unsecured | Allow | $0.00 | $69,279.34 | $69,279.34 |
| 8 300 7100 | Johnson Family Enterprises Llc Po Box 341207 Bethesda, Md 20827-1207 | Unsecured | Allow | $0.00 | $98,318.95 | $98,318.95 |
| 9 300 7100 | Arturo Esquivel Michael K. Amster, Esq. 8757 Georgia Avenue, Suite 400 Silver Spring, Md 20910 | Unsecured | Allow | $2,625.00 | $6,541.00 | $6,541.00 |
| 10 300 7100 | Fidel A. Bruno Michael K. Amster, Esq. 8757 Georgia Avenue, Suite 400 Silver Spring, Md 20910 | Unsecured | Allow | $4,375.00 | $11,700.00 | $11,700.00 |
| 11 300 7100 | Carlos Roberto Cardona Palencia C/O Michael K. Amster, Esq. 8757 Georgia Avenue, Suite 400 Silver Spring, Md 20910 | Unsecured | Allow | $0.00 | $6,848.00 | $6,848.00 |
| 12 300 7100 | Julio Cesar Portillo Hernadez C/O Michael K. Amster, Esq. 8757 Georgia Avenue, Ste. 400 Silver Spring, Md 20910 | Unsecured | Allow | $4,025.00 | $9,464.00 | $9,464.00 |
| 13 300 7100 | Duman H. Gonzalez Hernandez C/O Michael K. Amster, Esq. 8757 Georgia Avenue, Ste. 400 Silver Spring, Md 20910 | Unsecured | Allow | $2,400.00 | $5,800.00 | $5,800.00 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 17)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 22-16223                                                                                                          Date: May 21, 2025
Debtor Name: Botanical Decorators, Inc.
Claims Bar Date: 2/14/2023

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|---------------------------|-------------|-------|-----------|---------|---------|
| 14 300 7100 | Hugo Antonio Melgar C/O Michael K. Amster, Esq. 8757 Georgia Avenue, Ste. 400 Silver Spring, Md 20910 | Unsecured | Allow | $2,800.00 | $13,160.00 | $13,160.00 |
| 15 300 7100 | Juan Antonio Gonzalez-Hernandez C/O Michael K. Amster, Esq. 8757 Georgia Avenue, Ste. 400 Silver Spring, Md 20910 | Unsecured | Allow | $2,550.00 | $6,797.00 | $6,797.00 |
| 16 300 7100 | Juan Enrique Choc Max C/O Michael K. Amster, Esq. 8757 Georgia Avenue, Ste. 400 Silver Spring, Md 20910 | Unsecured | Allow | $2,880.00 | $6,760.00 | $6,760.00 |
| 17 300 7100 | Juan Salam Rax C/O Michael K. Amster, Esq. 8757 Georgia Avenue, Ste. 400 Silver Spring, Md 20910 | Unsecured | Allow | $2,507.50 | $6,015.00 | $6,015.00 |
| 18 300 7100 | Oscar Orlando Martinez Ortiz C/O Michael K. Amster, Esq. 8757 Georgia Avenue, Ste. 400 Silver Spring, Md 20910 | Unsecured | Allow | $0.00 | $7,420.00 | $7,420.00 |
| 19 300 7100 | Otto Rene Esquivel Perez C/O Michael K. Amster, Esq. 8757 Georgia Avenue, Ste. 400 Silver Spring, Md 20910 | Unsecured | Allow | $0.00 | $9,000.00 | $9,000.00 |
| 20 300 7100 | Sebastian Marvin Salam Chub C/O Michael K. Amster, Esq. 8757 Georgia Avenue, Ste. 400 Silver Spring, Md 20910 | Unsecured | Allow | $2,180.00 | $5,360.00 | $5,360.00 |
| 21 300 7100 | Servio Urrea Ochoa C/O Michael K. Amster, Esq. 8757 Georgia Avenue, Ste. 400 Silver Spring, Md 20910 | Unsecured | Allow | $3,360.00 | $7,720.00 | $7,720.00 |
| 22 300 7100 | Walter Alexander Granados Rodriguez C/O Michael K. Amster, Esq. 8757 Georgia Avenue, Ste. 400 Silver Spring, Md 20910 | Unsecured | Allow | $2,625.00 | $7,420.00 | $7,420.00 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 18)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 22-16223                                                                                      Date: May 21, 2025
Debtor Name: Botanical Decorators, Inc.
Claims Bar Date: 2/14/2023

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 23 300 7100 | Edwin F. Salam Chub C/O Michael K. Amster, Esq. 8757 Georgia Avenue, Ste. 400 Silver Spring, Md 20910 | Unsecured | Allow | $2,360.00 | $5,688.00 | $5,688.00 |
| 24 300 7100 | Isai Vargas Castello C/O Michael K. Amster, Esq. 8757 Georgia Avenue, Ste. 400 Silver Spring, Md 20910 | Unsecured | Allow | $1,662.50 | $4,332.00 | $4,332.00 |
| 25 300 7100 | Nick And Stephanie Nucci 16032 Fields End Court Woodbine, Md 21797 | Unsecured | Allow | $0.00 | $2,418.58 | $2,418.58 |
| 26 300 7100 | Cjc And Assoc. T/A Botanical Decor 401(K) Plan 1335 East- West Highway, Suite 200 Silver Spring, Md 20910 | Unsecured | Allow | $0.00 | $2,800.16 | $2,800.16 |
| 27 300 7100 | Alan Kirschenbaum 3211 Rowland Pl., Nw Washington, Dc 20008 | Unsecured | Allow | $0.00 | $3,802.44 | $3,802.44 |
| 28 300 7100 | Missy And Marc Isakowitz 3198 Pond Mist Way Herndon, Va 20171 | Unsecured | Allow | $0.00 | $6,176.48 | $6,176.48 |
| 29 300 7100 | Menda Fife 4910 Loughboro Road Washington, Dc 20016 | Unsecured | Allow | $0.00 | $1,851.91 | $1,851.91 |
| 30 300 7100 | Bob And Jessica Cronin 3205 Woodbine Street Chevy Chase, Md 20815 | Unsecured | Allow | $21,120.00 | $69,002.00 | $69,002.00 |
| 31 300 7100 | Tnt Environmental, Inc. 4455 Brookfield Corporate Drive, Suite 100 Chantilly, Va 20151 | Unsecured | Allow | $4,350.00 | $4,350.00 | $4,350.00 |

Printed: May 21, 2025

**UST Form 101-7-TFR (5/1/2011)** *(Page: 19)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 22-16223                                                                      Date: May 21, 2025
Debtor Name: Botanical Decorators, Inc.
Claims Bar Date: 2/14/2023

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 32<br>300<br>7100 | U.S. Bank Na Dba Elan Financial<br>Services<br>Bankruptcy Department<br>Po Box 108<br>Saint Louis Mo 63166-0108 | Unsecured<br><br>Allow | | $0.00 | $32,022.63 | $32,022.63 |
| 34<br>300<br>7100 | Robert And Michelle Labelle<br>9893 Windy Hollow Road<br>Great Falls, Va 22066 | Unsecured<br><br>Allow | | $0.00 | $1,133,390.00 | $1,133,390.00 |
| 35<br>300<br>7100 | Stephen Lamontagne<br>888 17Th Street, Nw, Suite 1200<br>Washington, Dc 20006 | Unsecured<br><br>Allow | | $109,854.60 | $163,182.00 | $163,182.00 |
| 36<br>300<br>7100 | Shannon And Scott Forchheimer<br>6808 Millwood Road<br>Bethesda, Md 20817 | Unsecured<br><br>Allow | | $95,691.20 | $149,546.05 | $149,546.05 |
| 37<br>300<br>7100 | Teri A. Manolio<br>6004 Melvern Drive<br>Bethesda, Md 20817 | Unsecured<br><br>Allow | | $8,178.68 | $11,962.50 | $11,962.50 |
| 38<br>300<br>7100 | Stadler Garden Centers, Inc.<br>5504 Mt. Zion Road<br>Frederick, Md 21703 | Unsecured<br><br>Allow | | $3,302.56 | $3,505.22 | $3,505.22 |
| 40<br>300<br>7100 | Dede And Jim Schumacher<br>9113 Potomac Station Lane<br>Potomac, Md 20854 | Unsecured<br><br>Allow | | $0.00 | $2,401.34 | $2,401.34 |
| 41<br>300<br>7100 | Kelly And Edward Donovan<br>911 Vicar Lane<br>Alexandria, Va 22302 | Unsecured<br><br>Allow | | $0.00 | $1,091.43 | $1,091.43 |
| 42<br>300<br>7100 | Sandy Spring Bank<br>Attn: Diana Wigginton, Vp<br>6831 Benjamin Franklin Drive<br>Columbia, Md 21046 | Unsecured<br><br>Allow | | $0.00 | $8,895.76 | $8,895.76 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 22-16223                                                                                          Date: May 21, 2025
Debtor Name: Botanical Decorators, Inc.
Claims Bar Date: 2/14/2023

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 43<br>300<br>7100 | Lucy Tschetter<br>3708 South 8Th Street<br>Arlington, Va 22204 | Unsecured | Allow | $0.00 | $1,200.00 | $1,200.00 |
| 46<br>300<br>7100 | Cjc And Assoc. T/A Botanical Decor 401(K) Plan<br>1335 East- West Highway, Suite 200<br>Silver Spring, Md 20910 | Unsecured | Not allowed | $0.00 | $11,041.44 | $11,041.44 |
| 47<br>350<br>5800 | Dc Gov"t Office Of Tax And Revenue<br>Po Box 75520<br>Washington, Dc 20013 | Priority | Allow as tardy | $0.00 | $609.83 | $609.83 |
| 44<br>350<br>7200 | Thomas And Dana Lawson<br>14008 Triadelphia Rd<br>Glenelg Md 21737 | Unsecured | Allow as tardy | $67,563.07 | $133,240.48 | $133,240.48 |
| 45<br>350<br>7200 | Acme Biomass Reduction Inc.<br>D/B/A Pogo T<br>17328 Georgia Avenue<br>Olney, Md 20832 | Unsecured | Allow as tardy | $11,201.80 | $11,210.80 | $11,210.80 |
| 47<br>350<br>7200 | Dc Gov"t Office Of Tax And Revenue<br>Po Box 75520<br>Washington, Dc 20013 | Unsecured | Allow as tardy | $0.00 | $197.71 | $197.71 |
| 42<br>400<br>4210 | Sandy Spring Bank<br>Attn: Diana Wigginton, Vp<br>6831 Benjamin Franklin Drive<br>Columbia, Md 21046 | Secured | Allow | $24,981.52 | $10,104.24 | $1,010,104.24 |
| | Case Totals | | | $936,033.78 | $3,072,243.90 | $4,072,243.90 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: May 21, 2025

UST Form 101-7-TFR (5/1/2011) *(Page: 21)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 22-16223
Case Name: Botanical Decorators, Inc.
Trustee Name: Laura J. Margulies

Balance on hand                                     $          317,391.17

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 42 | Sandy Spring Bank | $      10,104.24 | $   1,010,104.24 | $           0.00 | $           0.00 |

Total to be paid to secured creditors            $                  0.00

Remaining Balance                                $          317,391.17

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Laura Margulies Trustee PC | $      19,420.70 | $           0.00 | $      19,420.70 |
| Trustee Expenses: Laura Margulies Trustee PC | $         563.91 | $           0.00 | $         563.91 |
| Attorney for Trustee Fees: Offit Kurman P.A. | $      90,758.00 | $           0.00 | $      90,758.00 |
| Accountant for Trustee Fees: Larry Strauss, CPA | $      46,444.50 | $           0.00 | $      46,444.50 |
| Charges: Clerk, U.S. Bankruptcy Court | $       2,100.00 | $           0.00 | $       2,100.00 |
| Other: Larry Strauss, CPA | $         500.00 | $           0.00 | $         500.00 |
| Other: Offit Kurman P.A. | $         692.02 | $           0.00 | $         692.02 |

Total to be paid for chapter 7 administrative expenses      $          160,479.13

Remaining Balance                                           $          156,912.04

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $99,168.56 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| auto | Internal Revenue Service | $ 4,505.86 | $ 0.00 | $ 4,505.86 |
| auto | Maryland Division of Unemployment Insurance | $ 4,096.22 | $ 0.00 | $ 4,096.22 |
| 9 | Arturo Esquivel | $ 2,770.50 | $ 0.00 | $ 2,770.50 |
| 10 | Fidel A. Bruno | $ 5,350.00 | $ 0.00 | $ 5,350.00 |
| 11 | Carlos Roberto Cardona Palencia | $ 2,924.00 | $ 0.00 | $ 2,924.00 |
| 12 | Julio Cesar Portillo Hernadez | $ 4,232.00 | $ 0.00 | $ 4,232.00 |
| 13 | Duman H. Gonzalez Hernandez | $ 2,400.00 | $ 0.00 | $ 2,400.00 |
| 14 | Hugo Antonio Melgar | $ 6,080.00 | $ 0.00 | $ 6,080.00 |
| 15 | Juan Antonio Gonzalez-Hernandez | $ 2,898.50 | $ 0.00 | $ 2,898.50 |
| 16 | Juan Enrique Choc Max | $ 2,880.00 | $ 0.00 | $ 2,880.00 |
| 17 | Juan Salam Rax | $ 2,507.50 | $ 0.00 | $ 2,507.50 |
| 18 | Oscar Orlando Martinez Ortiz | $ 3,210.00 | $ 0.00 | $ 3,210.00 |
| 19 | Otto Rene Esquivel Perez | $ 4,000.00 | $ 0.00 | $ 4,000.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 20 | Sebastian Marvin Salam Chub | $ 2,180.00 | $ 0.00 | $ 2,180.00 |
| 21 | Servio Urrea Ochoa | $ 3,360.00 | $ 0.00 | $ 3,360.00 |
| 22 | Walter Alexander Granados Rodriguez | $ 3,210.00 | $ 0.00 | $ 3,210.00 |
| 23 | Edwin F. Salam Chub | $ 2,344.00 | $ 0.00 | $ 2,344.00 |
| 24 | Isai Vargas Castello | $ 1,666.00 | $ 0.00 | $ 1,666.00 |
| 26 | Cjc And Assoc. T/A Botanical Decor 401(K) Plan | $ 6,026.75 | $ 0.00 | $ 6,026.75 |
| 39 | Brian Hahn | $ 8,191.05 | $ 0.00 | $ 8,191.05 |
| 7 | Joseph And Julie Markoski | $ 3,350.00 | $ 0.00 | $ 3,350.00 |
| 33 | Vicki Star | $ 1,947.70 | $ 0.00 | $ 1,947.70 |
| 34 | Robert And Michelle Labelle | $ 3,350.00 | $ 0.00 | $ 3,350.00 |
| 35 | Stephen Lamontagne | $ 3,350.00 | $ 0.00 | $ 3,350.00 |
| 36 | Shannon And Scott Forchheimer | $ 3,350.00 | $ 0.00 | $ 3,350.00 |
| 41 | Kelly And Edward Donovan | $ 3,350.00 | $ 0.00 | $ 3,350.00 |
| 5 | State Of Maryland DLLR | $ 5,028.65 | $ 0.00 | $ 5,028.65 |
| 47 | Dc Gov"t Office Of Tax And Revenue | $ 609.83 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors                $          98,558.73

Remaining Balance                                             $          58,353.31

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,655,403.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The

timely allowed general (unsecured) dividend is anticipated to be 2.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Tropical Treehouse Inc. | $ 3,790.92 | $ 0.00 | $ 83.31 |
| 2 | Jack T. Irwin Supply Inc. | $ 33,010.89 | $ 0.00 | $ 725.42 |
| 3 | John And Liza Marshall | $ 875.00 | $ 0.00 | $ 19.23 |
| 4 | U.S. Small Business Administration | $ 512,766.02 | $ 0.00 | $ 11,268.19 |
| 6 | Patrick And Stacia Collins | $ 219,739.00 | $ 0.00 | $ 4,828.83 |
| 7 | Joseph And Julie Markoski | $ 69,279.34 | $ 0.00 | $ 1,522.43 |
| 8 | Johnson Family Enterprises Llc | $ 98,318.95 | $ 0.00 | $ 2,160.59 |
| 9 | Arturo Esquivel | $ 6,541.00 | $ 0.00 | $ 143.74 |
| 10 | Fidel A. Bruno | $ 11,700.00 | $ 0.00 | $ 257.11 |
| 11 | Carlos Roberto Cardona Palencia | $ 6,848.00 | $ 0.00 | $ 150.49 |
| 12 | Julio Cesar Portillo Hernadez | $ 9,464.00 | $ 0.00 | $ 207.97 |
| 13 | Duman H. Gonzalez Hernandez | $ 5,800.00 | $ 0.00 | $ 127.46 |
| 14 | Hugo Antonio Melgar | $ 13,160.00 | $ 0.00 | $ 289.20 |
| 15 | Juan Antonio Gonzalez-Hernandez | $ 6,797.00 | $ 0.00 | $ 149.37 |
| 16 | Juan Enrique Choc Max | $ 6,760.00 | $ 0.00 | $ 148.55 |
| 17 | Juan Salam Rax | $ 6,015.00 | $ 0.00 | $ 132.18 |
| 18 | Oscar Orlando Martinez Ortiz | $ 7,420.00 | $ 0.00 | $ 163.06 |
| 19 | Otto Rene Esquivel Perez | $ 9,000.00 | $ 0.00 | $ 197.78 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 20 | Sebastian Marvin Salam Chub | $ 5,360.00 | $ 0.00 | $ 117.79 |
| 21 | Servio Urrea Ochoa | $ 7,720.00 | $ 0.00 | $ 169.65 |
| 22 | Walter Alexander Granados Rodriguez | $ 7,420.00 | $ 0.00 | $ 163.06 |
| 23 | Edwin F. Salam Chub | $ 5,688.00 | $ 0.00 | $ 125.00 |
| 24 | Isai Vargas Castello | $ 4,332.00 | $ 0.00 | $ 95.20 |
| 25 | Nick And Stephanie Nucci | $ 2,418.58 | $ 0.00 | $ 53.15 |
| 26 | Cjc And Assoc. T/A Botanical Decor 401(K) Plan | $ 2,800.16 | $ 0.00 | $ 61.53 |
| 27 | Alan Kirschenbaum | $ 3,802.44 | $ 0.00 | $ 83.56 |
| 28 | Missy And Marc Isakowitz | $ 6,176.48 | $ 0.00 | $ 135.73 |
| 29 | Menda Fife | $ 1,851.91 | $ 0.00 | $ 40.70 |
| 30 | Bob And Jessica Cronin | $ 69,002.00 | $ 0.00 | $ 1,516.34 |
| 31 | Tnt Environmental, Inc. | $ 4,350.00 | $ 0.00 | $ 95.59 |
| 32 | U.S. Bank Na Dba Elan Financial Services | $ 32,022.63 | $ 0.00 | $ 703.71 |
| 34 | Robert And Michelle Labelle | $ 1,133,390.00 | $ 0.00 | $ 24,906.59 |
| 35 | Stephen Lamontagne | $ 163,182.00 | $ 0.00 | $ 3,585.97 |
| 36 | Shannon And Scott Forchheimer | $ 149,546.05 | $ 0.00 | $ 3,286.32 |
| 37 | Teri A. Manolio | $ 11,962.50 | $ 0.00 | $ 262.88 |
| 38 | Stadler Garden Centers, Inc. | $ 3,505.22 | $ 0.00 | $ 77.03 |
| 40 | Dede And Jim Schumacher | $ 2,401.34 | $ 0.00 | $ 52.77 |
| 41 | Kelly And Edward Donovan | $ 1,091.43 | $ 0.00 | $ 23.98 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 42 | Sandy Spring Bank | $          8,895.76 | $          0.00 | $          195.49 |
| 43 | Lucy Tschetter | $          1,200.00 | $          0.00 | $          26.36 |

Total to be paid to timely general unsecured creditors          $          58,353.31

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $144,451.28 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 44 | Thomas And Dana Lawson | $          133,240.48 | $          0.00 | $          0.00 |
| 45 | Acme Biomass Reduction Inc. D/B/A Pogo T | $          11,210.80 | $          0.00 | $          0.00 |

Total to be paid to tardy general unsecured creditors          $          0.00

Remaining Balance          $          0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE