# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| **IN RE:**<br>**Botanical Decorators, Inc.**<br><br><br>**Debtor(s)** | **Case No. 22-16223-MCR**<br><br>**Chapter 7** |

## TRUSTEE'S APPLICATION FOR COMPENSATION
## AND REIMBURSEMENT OF EXPENSES

Pursuant to 11 U.S.C. §§ 326 and 330, Laura Margulies Trustee Pc, Chapter 7 Trustee, hereby requests compensation in the amount of $19,420.70 and reimbursement of expenses in the amount of $563.91 for this case. The Trustee has, by prior authorization, received $0.00 of such compensation and $0.00 of such expenses.

### COMPUTATION OF COMPENSATION AND EXPENSES

| | |
|---|---|
| Total receipts from Form 1 column #5 | $323,414.00 |
| Minus: | |
| Exemptions paid to Debtor | - $0.00 |
| Surplus to Debtor | - $0.00 |
| Other | - $0.00 |
| Total disbursements for §326 compensation calculation | $323,414.00 |

Pursuant to 11 U.S.C. Section 326, compensation to the Trustee is computed as follows:

(For cases filed on or after October 22, 1994)

| | | | | |
|---|---|---|---|---|
| | $ 323,414.00 | 25% of First $5,000 | $ | 1,250.00 |
| Less | $ -5,000.00 | ($1,250.00 Maximum) | | |
| Balance | $ 318,414.00 | 10% of next $45,000 | $ | 4,500.00 |
| Less | $ -45,000.00 | ($4,500.00 Maximum) | | |
| Balance | $ 273,414.00 | 5% of next $950,000 | $ | 13,670.70 |
| Less | $ -950,000.00 | ($47,500.00 Maximum) | | |
| Balance | $ 0.00 | 3% of Balance | $ | 0.00 |
| | $ | | | |

| | | |
|---|---|---|
| Total Compensation Requested[1] | $ | 19,420.70 |
| Less Amounts Previously Received | $ | 0.00 |
| BALANCE OF COMPENSATION DUE | $ | 19,420.70 |
| VOLUNTARILY ADJUSTED BY TRUSTEE TO | $ | 0.00 |

---

[1] The balance of the funds on hand in the estate will continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The Trustee will receive additional compensation on account of the disbursement of the additional interest not to exceed the maximum compensation set forth under 11 U.S.C. §326(a).

TRUSTEE'S EXPENSES (ITEMIZED):

| | | |
|---|---|---|
| Basic postage ( 6.00 at $0.57 )................................................................$ | | 3.42 |
| Basic postage ( 2.00 at $0.60 )................................................................$ | | 1.20 |
| Basic postage ( 6.00 at $0.63 )................................................................$ | | 3.78 |
| Basic postage ( 228.00 at $0.73 )............................................................$ | | 166.44 |
| Basic postage ( 2.00 at $0.87 )................................................................$ | | 1.74 |
| Basic postage ( 1.00 at $1.35 )................................................................$ | | 1.35 |
| Basic postage ( 1.00 at $2.04 )................................................................$ | | 2.04 |
| Basic postage ( 2.00 at $2.31 )................................................................$ | | 4.62 |
| Basic postage ( 1.00 at $211.00 )............................................................$ | | 211.00 |
| Copies ( 428.00 at $0.20 )......................................................................$ | | 85.60 |
| Fax ( 1.00 at $23.14 )............................................................................$ | | 23.14 |
| Fax ( 1.00 at $27.47 )............................................................................$ | | 27.47 |
| Fax ( 1.00 at $17.35 )............................................................................$ | | 17.35 |
| Postage ( 1.00 at $2.04 ).........................................................................$ | | 2.04 |
| Postage ( 1.00 at $2.87 ).........................................................................$ | | 2.87 |
| Postage ( 1.00 at $9.85 ).........................................................................$ | | 9.85 |

TOTAL EXPENSES CLAIMED .................................................................$       563.91

TOTAL REQUESTED FEES AND EXPENSES ......................................$     19,984.61

WHEREFORE, the Trustee requests that this application be approved by the Court and that the Trustee be awarded $19,420.70 as compensation and $563.91 for reimbursement of expenses. The Trustee certifies that no payments have been made or promised to him for services rendered in any capacity in this case. No agreement or understanding exists between the Trustee and any other person or entity, other than his law firm, for sharing compensation.

Dated:    June 25, 2025         /s/ *Laura Margulies Trustee Pc*
                                              Laura Margulies Trustee PC
                                              CHAPTER 7 TRUSTEE
                                              7050 W. Palmetto Park Rd., Ste. 15-390
                                              Boca Raton, FL 33433
                                              trustee@law-margulies.com
                                              (301) 483-9800