Exhibit A

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Offit Kurman, P.A. | | |
| | | | | Client Matter Time Details | | |
| | | | | Client: Margulies, Laura J. \| Debtor: Botanical Decorators, Inc.; Case No.: 22-16223 MCR | | |
| Date | Timekeeper | Billed Hours | Billed Rate | Billed Amount | Narrative | Task |
| 12/1/2022 | Hoffman, James M. | 0.20 | $ 485.00 | $ 97.00 | Review email from creditors counsel, respond | 1 |
| 12/4/2022 | Hoffman, James M. | 1.30 | $ 485.00 | $ 630.50 | Review Schedules and causes of action, develop strategies | 1 |
| 12/5/2022 | Hoffman, James M. | 0.40 | $ 485.00 | $ 194.00 | Review avoidable transfers; liens and missing information | 1 |
| 12/13/2022 | Hoffman, James M. | 1.60 | $ 485.00 | $ 776.00 | Attend first 341 meeting and immediately review Schedules for accuracy in light of testimony | 1 |
| 12/13/2022 | Hoffman, James M. | 0.30 | $ 485.00 | $ 145.50 | And notes about problems with case | 1 |
| 12/14/2022 | Hoffman, James M. | 0.20 | $ 485.00 | $ 97.00 | Call with Sweeney re: 341 and going forward | 1 |
| 12/15/2022 | Hoffman, James M. | 0.40 | $ 485.00 | $ 194.00 | Call with Trustee re: follow up issues; Letter to Debtor Counsel, forensic issues | 1 |
| 12/17/2022 | Hoffman, James M. | 0.40 | $ 485.00 | $ 194.00 | Draft letter to opposing counsel to produce docs per Trustee request | 1 |
| 12/19/2022 | Hoffman, James M. | 0.30 | $ 485.00 | $ 145.50 | Edit letter to opposing counsel; Write to trustee | 1 |
| 12/19/2022 | Hoffman, James M. | 0.30 | $ 485.00 | $ 145.50 | Write to creditors' counsel re: forensic accounting | 1 |
| 1/3/2023 | Hoffman, James M. | 0.10 | $ 485.00 | $ 48.50 | Call with Trustee re: lack of documents; writing to opposing Counsel | 1 |
| 1/4/2023 | Hoffman, James M. | 0.20 | $ 485.00 | $ 97.00 | Call with Sweeney re: Gazarian interview | 1 |
| 1/4/2023 | Hoffman, James M. | 0.20 | $ 485.00 | $ 97.00 | Write to Trustee about Gazarian interview and moving 341 | 1 |
| 1/9/2023 | Hoffman, James M. | 2.10 | $ 485.00 | $ 1,018.50 | Review Notes from prior meeting (.4); Interview Mr. Ghazarian (.5); Call with Sweeney about Ghazarian (.2); Call with Fasano about Motion to Sell Real Estate (.1); Review records from Debtors to Cahill individually (.5); Write up for Trustee of Ghazarian interview (.4) | 1 |
| 1/10/2023 | Hoffman, James M. | 1.20 | $ 485.00 | $ 582.00 | Write to Trustee re: POCs to file; breaking t/e strategy | 1 |
| 1/10/2023 | Hoffman, James M. | 0.30 | $ 485.00 | $ 145.50 | Call with Trustee about facts and documents | 1 |
| 1/11/2023 | Hoffman, James M. | 0.80 | $ 485.00 | $ 388.00 | Review information from Sweeney; respond, pull schedules and SOFA for Continued (2nd) 341; Compare to individual case | 1 |
| 1/11/2023 | Hoffman, James M. | 1.30 | $ 485.00 | $ 630.50 | Attend continued (2nd) 341 of Botanical Decorators | 1 |
| 1/11/2023 | Hoffman, James M. | 0.30 | $ 485.00 | $ 145.50 | Call with Verstandig about problems with case | 1 |
| 1/11/2023 | Hoffman, James M. | 0.30 | $ 485.00 | $ 145.50 | Call with Trustee about hearing | 1 |
| 1/12/2023 | Margulies, Miriam | 0.80 | $ 125.00 | $ 100.00 | Review Debtor's tax returns and financial records for avoidable transfers; Begin list of questionable transactions, and questions for debtor | 1 |
| 1/17/2023 | Margulies, Miriam | 0.20 | $ 125.00 | $ 25.00 | Draft Subpoena for documents to Sandy Spring Bank | 1 |
| 1/17/2023 | Hoffman, James M. | 0.20 | $ 485.00 | $ 97.00 | Review and edits subpoena issues to facilitate delivery of docs | 1 |
| 1/21/2023 | Hoffman, James M. | 0.20 | $ 485.00 | $ 97.00 | Review Proof of Claim | 1 |
| 1/27/2023 | Hoffman, James M. | 0.20 | $ 485.00 | $ 97.00 | Review Status of POC flied by Botanical and Cahill Design Build in Chris' case | 1 |
| 2/17/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Communicate with Sweeney about concerns over Cahill Design, Cahill and Botanical, tracing funds, sources of recovery | 1 |

Exhibit A

| | | Offit Kurman, P.A. | | | | |
|---|---|---|---|---|---|---|
| | | **Client Matter Time Details** | | | | |
| | | Client: Margulies, Laura J. \| Debtor: Botanical Decorators, Inc.; Case No.: 22-16223 MCR | | | | |
| **Date** | **Timekeeper** | **Billed Hours** | **Billed Rate** | **Billed Amount** | **Narrative** | **Task** |
| 2/24/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Review Lift Stay Motion by Foreheimer | 1 |
| 2/24/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Write to Trustee (.1) respond re: Court Order to Lift Stay | 1 |
| 2/28/2023 | Hoffman, James M. | 0.30 | $ 535.00 | $ 160.50 | Create search terms for data search of financial records | 1 |
| 2/28/2023 | Margulies, Miriam | 1.20 | $ 125.00 | $ 150.00 | Begin review of 1500+ copies of checks from Sandy Spring Bank; Make list of notable payments for possible fraudulent transfers and preference payments | 1 |
| 2/28/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Review initial results | 1 |
| 3/2/2023 | Margulies, Miriam | 2.30 | $ 125.00 | $ 287.50 | Finish reviewing and analyzing copies of bank checks (1500+) from SSB and notate payments of interest (all done at once) | 1 |
| 3/3/2023 | Margulies, Miriam | 1.80 | $ 125.00 | $ 225.00 | Review 2 years of bank statements from Sandy Spring Bank; Review and calculate preference payments, create list (all done at once) | 1 |
| 3/6/2023 | Margulies, Miriam | 1.60 | $ 125.00 | $ 200.00 | Continue review of Debtor's SSB bank statements of last 90 days prior to filing; Notate over 100 questionable transactions (fraudulent conveyances and preference payments); Compare with Botanical transactions | 1 |
| 3/14/2023 | Hoffman, James M. | 5.60 | $ 535.00 | $ 2,996.00 | Review docs for avoidable transfers (4.2); Prepare notes for hearing (1.4) | 2 |
| 3/15/2023 | Hoffman, James M. | 2.30 | $ 535.00 | $ 1,230.50 | Prepare for 3rd 341 meeting | 1 |
| 3/15/2023 | Hoffman, James M. | 1.00 | $ 535.00 | $ 535.00 | Attend 3rd 341 meeting | 1 |
| 3/20/2023 | Margulies, Miriam | 1.90 | $ 125.00 | $ 237.50 | Finish reviewing all bank statements 2021-10/2022, notate monthly transfers between Cahill Design Build and Botanical accounts; Total | 1 |
| 3/21/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Follow up on Consent Order sent to Trustee (.1) from Forchheimer; write to Moving Counsel (.1) | 1 |
| 3/25/2023 | Hoffman, James M. | 1.90 | $ 535.00 | $ 1,016.50 | Outline causes of action based on 341 exams and compare to Schedules and SOFA, some bank statements | 1 |
| 3/28/2023 | Hoffman, James M. | 3.30 | $ 535.00 | $ 1,765.50 | Check records received from SSB and Botanical for evidence to use in avoidance actions (2.1), edit outline of avoidance actions (1.2) | 1 |
| 4/4/2023 | Hoffman, James M. | 0.40 | $ 535.00 | $ 214.00 | Call with Trustee about information seeking govt. funds; Make note to ask for financials | 1 |
| 4/5/2023 | Hoffman, James M. | 0.50 | $ 535.00 | $ 267.50 | Search records and write to Debtor's counsel re: info on DOL, P&Ls, car titles and other information | 1 |
| 6/14/2023 | Hoffman, James M. | 0.40 | $ 535.00 | $ 214.00 | Call with Debtor's counsel re: 341 hearing; internal cooperation call with Debtor's counsel re: resolution of new funds; trustee deems claim for avoidable transfers | 1 |
| 6/14/2023 | Hoffman, James M. | 0.40 | $ 535.00 | $ 214.00 | Check transcripts and notes re: vehicles | 1 |
| 8/24/2023 | Margulies, Miriam | 0.80 | $ 200.00 | $ 160.00 | Skim through audio files, make notes, complete audio transcription forms for 12/13/22 and 1/11/23 meetings of creditors (.8) | 1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| colspan="7" | Offit Kurman, P.A. | | | | | |
|  | Client Matter Time Details | | | | | |
|  | Client: Margulies, Laura J. \| Debtor: Botanical Decorators, Inc.; Case No.: 22-16223 MCR | | | | | |
| Date | Timekeeper | Billed Hours | Billed Rate | Billed Amount | Narrative | Task |
| 9/1/2023 | Hoffman, James M. | 0.30 | $ 535.00 | $ 160.50 | Respond to Trustee about avoidance actions and status | 1 |
| 9/5/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Respond about avoidance actions v. status | 1 |
| 9/15/2023 | Margulies, Miriam | 0.10 | $ 200.00 | $ 20.00 | Prepare subpoena to MVA for vehicles owned in 2022 | 1 |
| 9/18/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Prepare letter to US Trustee re: vehicles and letter to acquire MVA info/subpoena | 1 |
| 9/21/2023 | Margulies, Miriam | 1.20 | $ 200.00 | $ 240.00 | Review transcript and compare with audio from 341 meeting on 3/15/23, mark up notes and corrections | 1 |
| 10/17/2023 | Margulies, Miriam | 0.50 | $ 200.00 | $ 100.00 | Review JH email re Subpoena to Cahill (.1) Review debtor's bank statements, make list of needed items, complete Subpoena (.4), email J.Hoffman. | 1 |
| 10/18/2023 | Margulies, Miriam | 1.10 | $ 200.00 | $ 220.00 | Review MVA records, research type by VIN (.5); make list of vehicles (.6) | 1 |
| Subtotal for Hoffman, Task 1 | | 12.80 | $ 485.00 | $ 6,208.00 | | |
| Subtotal for Hoffman, Task 1 | | 17.80 | $ 535.00 | $ 9,523.00 | | |
| Subtotal for Margulies, Task 1 | | 9.80 | $ 125.00 | $ 1,225.00 | | |
| Subtotal for Margulies, Task 1 | | 3.70 | $ 200.00 | $ 740.00 | | |
| Subtotal for Task 1 | | 44.10 | | $ 17,696.00 | General Administration and Fact Investigation | |
| 3/18/2023 | Hoffman, James M. | 3.10 | $ 535.00 | $ 1,658.50 | Prepare Outline of Avoidable Claims and proof | 2 |
| 6/14/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Start to prepare complaint for adversary proceedings | 2 |
| 8/17/2023 | Hoffman, James M. | 0.40 | $ 535.00 | $ 214.00 | Print transcripts, assemble notes for avoidable transfers | 2 |
| 8/18/2023 | Hoffman, James M. | 3.10 | $ 535.00 | $ 1,658.50 | Draft Master Complaint | 2 |
| 8/18/2023 | Hoffman, James M. | 0.40 | $ 535.00 | $ 214.00 | Edit Master Complaint | 2 |
| 8/23/2023 | Hoffman, James M. | 2.40 | $ 535.00 | $ 1,284.00 | Review Transcripts, Edit Master Agreement | 2 |
| 9/12/2023 | Hoffman, James M. | 0.80 | $ 535.00 | $ 428.00 | Start draft of Jairus Complaint | 2 |
| 9/12/2023 | Hoffman, James M. | 0.60 | $ 535.00 | $ 321.00 | Investigate use of multiple plaintiffs for Adv. Complaint | 2 |
| 9/13/2023 | Hoffman, James M. | 1.90 | $ 535.00 | $ 1,016.50 | Revise existing Complaints to add additional Plaintiff, edit | 2 |
| 3/6/2024 | Hoffman, James M. | 0.30 | $ 590.00 | $ 177.00 | Write to Court clerk about status of pretrials, check status | 2 |
| 3/13/2024 | Hoffman, James M. | 0.40 | $ 590.00 | $ 236.00 | Attend Pretrial on 5 adversaries, some taken off but reviewed by court | 2 |
| Subtotal for Hoffman, Task 2 | | 12.90 | $ 535.00 | $ 6,901.50 | | |
| Subtotal for Hoffman, Task 2 | | 0.70 | $ 590.00 | $ 413.00 | | |
| Subtotal for Task 2 | | 13.60 | | $ 7,314.50 | Master Complaint for Avoidable Transfers | |
| 4/18/2023 | Hoffman, James M. | 0.30 | $ 535.00 | $ 160.50 | Call with Verstandig re: status, issues resolution | 3 |
| 4/24/2023 | Hoffman, James M. | 0.60 | $ 535.00 | $ 321.00 | Write to VerStandig re: response to Trustee, non-cooperation | 3 |
| 6/2/2023 | Hoffman, James M. | 0.70 | $ 535.00 | $ 374.50 | Analyze t/e issue; proceeds issue | 3 |
| 6/2/2023 | Hoffman, James M. | 0.40 | $ 535.00 | $ 214.00 | Analyze and write up for Trustee | 3 |

Exhibit A

| | | | | | | |
|---|---|---|---|---|---|---|
| **Offit Kurman, P.A.** | | | | | | |
| **Client Matter Time Details** | | | | | | |
| **Client: Margulies, Laura J. | Debtor: Botanical Decorators, Inc.; Case No.: 22-16223 MCR** | | | | | | |
| Date | Timekeeper | Billed Hours | Billed Rate | Billed Amount | Narrative | Task |
| 6/5/2023 | Hoffman, James M. | 0.40 | $535.00 | $214.00 | Write to Debtor's counsel about settlement of Preference Actions v. Debtor and Spouse per trustee | 2 |
| 6/23/2023 | Hoffman, James M. | 1.30 | $535.00 | $695.50 | Prepare settlement offer to Debtor's counsel re: Botanical Complaint, exemptions, | 3 |
| 6/26/2023 | Hoffman, James M. | 0.30 | $535.00 | $160.50 | Set up meeting with Debtor's Counsel VerStandig (.2) | 3 |
| 8/8/2023 | Hoffman, James M. | 0.20 | $535.00 | $107.00 | Write to Verstandig re: exemptions and settlement in response to his communication | 3 |
| 8/14/2023 | Hoffman, James M. | 0.20 | $535.00 | $107.00 | Review notes for settlement conference | 3 |
| 8/14/2023 | Hoffman, James M. | 0.30 | $535.00 | $160.50 | Call with VerStandig re: settlement | 3 |
| 9/12/2023 | Hoffman, James M. | 0.40 | $535.00 | $214.00 | Review Mac VerStandig message responding to negotiation communications, Adv. Proc. | 3 |
| 9/18/2023 | Hoffman, James M. | 2.80 | $535.00 | $1,498.00 | Draft Complaint against Christopher and Richard Cahill | 3 |
| 9/18/2023 | Hoffman, James M. | 0.30 | $535.00 | $160.50 | Respond to Mac about meeting to resolve claims v. Chris Cahill and spouse | 3 |
| 9/19/2023 | Hoffman, James M. | 2.40 | $535.00 | $1,284.00 | Revise Complaint v. Chris and Richard Cahill, review bank statements, records for support | 3 |
| 9/25/2023 | Hoffman, James M. | 0.20 | $535.00 | $107.00 | Review VerStandig message re: negotiations and respond | 3 |
| 9/28/2023 | Hoffman, James M. | 1.60 | $535.00 | $856.00 | Call with VerStandig re: settlement discussions, DC Property (.5); write to VerStandig re: negotiations (1.1) | 3 |
| 9/29/2023 | Margulies, Miriam | 0.90 | $200.00 | $180.00 | Finish locating and assembling exhibits Chris & Richard Complaint and review and edit Complaint | 3 |
| 10/3/2023 | Hoffman, James M. | 0.30 | $535.00 | $160.50 | Follow up with VerStandig on documents and settlement | 7 |
| 10/9/2023 | Margulies, Miriam | 0.90 | $200.00 | $180.00 | Review Complaint against Chris and Richard, add notes, edits (.5); Assemble more exhibits (bank statements), (.4) | 3 |
| 10/9/2023 | Hoffman, James M. | 0.80 | $535.00 | $428.00 | Review status of exhibits and transcripts | 3 |
| 10/9/2023 | Hoffman, James M. | 0.20 | $535.00 | $107.00 | Write to Debtor's counsel again about Joint Status Report for Complaint and offer | 3 |
| 10/11/2023 | Hoffman, James M. | 0.40 | $535.00 | $214.00 | Call with Mac VerStandig re: joint request and counter offer | 3 |
| 10/11/2023 | Hoffman, James M. | 1.70 | $535.00 | $909.50 | Draft Joint Status Report to identify issues (.8) and create outline for mediation (.9) | 3 |
| 10/12/2023 | Hoffman, James M. | 0.30 | $535.00 | $160.50 | Respond to Trustee re: mediation and motion to compel | 3 |
| 10/12/2023 | Hoffman, James M. | 0.20 | $535.00 | $107.00 | Call with potential mediator Orenstein re: issues | 3 |
| 10/12/2023 | Hoffman, James M. | 0.50 | $535.00 | $267.50 | Respond to Trustee re: exemption hearing; call opposing counsel re: arbitration, not mediation; exemption issues; Motion to Compel | 3 |
| 10/13/2023 | Margulies, Miriam | 0.30 | $200.00 | $60.00 | Edit Complaint against Chris and Richard, add $3,00 tuition check reference | 3 |

Exhibit A

| | | | | | | |
|---|---|---|---|---|---|---|
| colspan="7" | Offit Kurman, P.A. |
|  | Client Matter Time Details |
|  | Client: Margulies, Laura J. \| Debtor: Botanical Decorators, Inc.; Case No.: 22-16223 MCR |
| Date | Timekeeper | Billed Hours | Billed Rate | Billed Amount | Narrative | Task |
| 10/18/2023 | Margulies, Miriam | 3.00 | $ 200.00 | $ 600.00 | Review 341 meeting transcripts, review bank statements, gather additional facts, assemble more exhibits, add to Complaint against Chris and Richard (2.4); Mark up notes on Complaint (.6) | 1 |
| 10/18/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Review and approve Subpoena to Chris Cahill | 3 |
| 10/19/2023 | Margulies, Miriam | 1.40 | $ 200.00 | $ 280.00 | Review transcript of Chris Cahill from 3/15 341 meeting, mark up notes for complaints (all done at once) | 3 |
| 11/2/2023 | Hoffman, James M. | 0.40 | $ 535.00 | $ 214.00 | Review mediation agreement and identify and complete missing topics | 3 |
| 11/3/2023 | Margulies, Miriam | 2.00 | $ 200.00 | $ 400.00 | Continue drafting Complaint against Chris and Richard, further review of 12/13/22 and 3/15/23 transcripts of Botanical, Design Build and Cahill individual, add references from transcripts, ref. bank statements (all done at once) | 3 |
| 11/20/2023 | Margulies, Miriam | 0.40 | $ 200.00 | $ 80.00 | Review transcript of 341 meeting from 12/13/22 and mark references related to for avoidance actions and complaint v. Chris and Richard | 3 |
| 11/20/2023 | Margulies, Miriam | 0.30 | $ 200.00 | $ 60.00 | Review transcript of 341 meeting from 1/11/23 for references related to for avoidance actions and complaint v. Chris and Richard | 3 |
| 11/21/2023 | Margulies, Miriam | 1.40 | $ 200.00 | $ 280.00 | Continue reviewing 1/11/23 (.9) and 12/13/22 (.5) 341 meeting transcripts, cross-reference and mark up notes for avoidance preference payment actions and detailed references and citations for complaint v. Chris and Richard | 3 |
| 11/21/2023 | Margulies, Miriam | 2.10 | $ 200.00 | $ 420.00 | Review and edit complaint v. Chris, verify/crosscheck numerous exhibit references, review extensive and lengthy bank statements for Botanical, Design Build and Chris, assemble and organize all (2.0); email JH (.1); | 3 |
| 11/21/2023 | Hoffman, James M. | 0.50 | $ 535.00 | $ 267.50 | Attend mediation call with Orenstein and Verstandig | 3 |
| 11/21/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Write to Trustee about dates for mediation (.1), Write to parties about dates (.1) | 3 |
| 11/21/2023 | Hoffman, James M. | 3.20 | $ 535.00 | $ 1,712.00 | Review Complaint and check citations in Transcript | 3 |
| 11/21/2023 | Hoffman, James M. | 0.60 | $ 535.00 | $ 321.00 | Edit Complaint v. Cahill after M. Margulies changes | 3 |
| 11/21/2023 | Hoffman, James M. | 0.30 | $ 535.00 | $ 160.50 | Prepare Complaint to file, change exhibits | 3 |
| 11/22/2023 | Margulies, Miriam | 5.10 | $ 200.00 | $ 1,020.00 | Review with JH numerous issues with Chris complaint and exhibits, strategize (1hr); Review and further edits complaint v. Chris, review and confirm references to bank statements, checks and transcripts and compare with complaint, add citations, add more exhibits, finalize exhibits and perform redactions (all done at once, 3.3), Email back to JH for final edit (.1); Make a few more corrections again (.3); T/c with client re demand amount, total of transfers, confirm OK (.2); E-file and circulate copies (.2) | 3 |

Exhibit A

| | | | | | | |
|---|---|---|---|---|---|---|
| colspan=7 | Offit Kurman, P.A. | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
|  | Client Matter Time Details | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
|  | Client: Margulies, Laura J. \| Debtor: Botanical Decorators, Inc.; Case No.: 22-16223 MCR | | | | | |

| Date | Timekeeper | Billed Hours | Billed Rate | Billed Amount | Narrative | Task |
|---|---|---|---|---|---|---|
| 11/22/2023 | Hoffman, James M. | 1.40 | $ 535.00 | $ 749.00 | Review changes to Complaint (2x) | 3 |
| 11/22/2023 | Hoffman, James M. | 2.40 | $ 535.00 | $ 1,284.00 | Start Mediation Statement for Orenstein | 3 |
| 11/27/2023 | Hoffman, James M. | 1.40 | $ 535.00 | $ 749.00 | Review resolution status of Complaint (.2), status with mediator (.3), Motion to Compel Production (.4), filing of Complaint (.1) call from Debtor's counsel (.4) | 3 |
| 11/28/2023 | Hoffman, James M. | 0.40 | $ 535.00 | $ 214.00 | Call with VerStandig re: negotiations, Complaint, Motion to Compel | 3 |
| 11/29/2023 | Margulies, Miriam | 0.90 | $ 200.00 | $ 180.00 | Review draft of Mediation Statement, make edits (.8); Email to JH with notes and questions (.1) | 3 |
| 11/29/2023 | Hoffman, James M. | 1.90 | $ 535.00 | $ 1,016.50 | Prepare Amended Complaint to Revoke Discharge (.8); Research refusal to comply with subpoena as grounds to revoke discharge and other reasons to revoke Discharge (1.1) | 3 |
| 12/11/2023 | Hoffman, James M. | 1.90 | $ 535.00 | $ 1,016.50 | Revise Mediation Statement and Amended Complaint | 3 |
| 12/11/2023 | Margulies, Miriam | 0.50 | $ 200.00 | $ 100.00 | Review and edit final mediation statement from JMH (.4) (email questions to JMH) (.1) | 3 |
| 12/12/2023 | Margulies, Miriam | 1.10 | $ 200.00 | $ 220.00 | Final review of 15 pg Mediation Statement, minor edits to format, assemble exhibits (.7); Email to Trustee for approval (.1); Finalize all and send to mediator via email and fedex (.3) | 3 |
| 12/28/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Call with Mac about mediation, Adv. Proceeding | 3 |
| 12/28/2023 | Hoffman, James M. | 0.10 | $ 535.00 | $ 53.50 | Confirm with mediation the dates of mediation | 3 |
| 12/28/2023 | Hoffman, James M. | 0.10 | $ 535.00 | $ 53.50 | Set up file for mediation | 3 |
| 1/3/2024 | Margulies, Miriam | 0.70 | $ 200.00 | $ 140.00 | Draft Motion to Extend Time to File Opp to Def's Motion to Dismiss, Order, review case history; email drafts to JH | 3 |
| 1/4/2024 | Hoffman, James M. | 0.60 | $ 590.00 | $ 354.00 | Call with mediator about issues for the mediation, checking dates and facts | 3 |
| 1/4/2024 | Hoffman, James M. | 1.20 | $ 590.00 | $ 708.00 | Revise Amended Complaint to add information and correct dates | 3 |
| 1/4/2024 | Hoffman, James M. | 0.20 | $ 590.00 | $ 118.00 | Coordinate mediation/Zoom for Trustee appearance and write to her | 3 |
| 1/10/2024 | Hoffman, James M. | 0.10 | $ 590.00 | $ 59.00 | Follow up with email to mediator about moved hearing | 3 |
| 2/2/2024 | Hoffman, James M. | 5.60 | $ 590.00 | $ 3,304.00 | Attend Mediation (discount travel 1.0 – no charge), review issues and analysis, discuss with mediator, discuss with client, bad offer by Debtor to pay over 4 years, make final proposal, discuss with Mediator and opposing counsel, final call with Trustee about status | 3 |
| 2/5/2024 | Margulies, Miriam | 0.50 | $ 200.00 | $ 100.00 | Review Chris' corporate card for personal charges, make list; Email to JH with notes | 3 |
| 2/5/2024 | Hoffman, James M. | 1.40 | $ 590.00 | $ 826.00 | Write to Mac Verstandig on 2/3 and identify breakdown of damages and argument for settlement | 3 |

Exhibit A

| | | | | | | |
|---|---|---|---|---|---|---|
| colspan="7" | Offit Kurman, P.A. |||||||
|  | Client Matter Time Details |||||||
|  | Client: Margulies, Laura J. \| Debtor: Botanical Decorators, Inc.; Case No.: 22-16223 MCR |||||||
| Date | Timekeeper | Billed Hours | Billed Rate | Billed Amount | Narrative | Task |
| 2/5/2024 | Hoffman, James M. | 0.20 | $ 590.00 | $ 118.00 | Respond to mediator about status report | 3 |
| 2/5/2024 | Hoffman, James M. | 0.20 | $ 590.00 | $ 118.00 | Call with Debtor's counsel about settlement | 3 |
| 2/5/2024 | Hoffman, James M. | 0.50 | $ 590.00 | $ 295.00 | Write to Mac on 2/5 with personal credit card charges on corporate card | 3 |
| 2/7/2024 | Hoffman, James M. | 0.30 | $ 590.00 | $ 177.00 | Write to VerStandig and Trustee re: response; no additional mediation (2x) | 3 |
| 2/7/2024 | Hoffman, James M. | 0.40 | $ 590.00 | $ 236.00 | Respond to Cahill Joint Status report | 3 |
| 2/19/2024 | Hoffman, James M. | 0.30 | $ 590.00 | $ 177.00 | Negotiate with opposing counsel for $75,500 re Cahill complaint | 3 |
| 2/19/2024 | Hoffman, James M. | 0.20 | $ 590.00 | $ 118.00 | Write up negotiations and rationale for Trustee re Cahill complaint | 3 |
| 3/6/2024 | Hoffman, James M. | 0.20 | $ 590.00 | $ 118.00 | Respond to VerStandig re: settlement | 3 |
| 3/12/2024 | Hoffman, James M. | 0.90 | $ 590.00 | $ 531.00 | Review settlement agreement, edit (.8), send to Trustee (.1) | 3 |
| 3/25/2024 | Margulies, Miriam | 2.00 | $ 200.00 | $ 400.00 | Review settlement agreement, draft motion to approve compromise w/ Cahills (1.6), notice (.2) and order (.2) | 3 |
| 3/26/2024 | Margulies, Miriam | 0.30 | $ 200.00 | $ 60.00 | Review Motion and Notice to Compromise (.1), edit Consent Order and send to J. Hoffman (.2) | 3 |
| 3/26/2024 | Margulies, Miriam | 0.60 | $ 200.00 | $ 120.00 | Draft Motion to Compel Turnover $75,500 (Cahill complaint) (.4); email J. Hoffman re dividing amount b/t estates (.2) | 3 |
| 4/4/2024 | Margulies, Miriam | 1.90 | $ 200.00 | $ 380.00 | Update Motion (.9), Notice (.2) and Order (.1) for Cahill Compromise, e-file in AP case (.2), E-file Notice in main case (.1), prep Notice for service to outside servicer (.4) | 3 |
| 4/4/2024 | Margulies, Miriam | 0.20 | $ 200.00 | $ 40.00 | Amend Notice re Cahill compromise, e-file in AP | 3 |
| 5/24/2024 | Hoffman, James M. | 0.40 | $ 590.00 | $ 236.00 | Follow up on settlement docs with Mac (2x) | 3 |
| 10/1/2024 | Hoffman, James M. | 0.30 | $ 590.00 | $ 177.00 | Call with Mac re: Cahill and taxes | 3 |
| 10/2/2024 | Hoffman, James M. | 0.30 | $ 590.00 | $ 177.00 | Call with John Hancock, CPA, Cahill and Mac V.; review issue of no John Hancock counsel, reschedule call | 3 |
| 10/23/2024 | Hoffman, James M. | 0.20 | $ 590.00 | $ 118.00 | Respond to John Hancock to seek release of $75,500 | 3 |
| 11/18/2024 | Hoffman, James M. | 0.30 | $ 590.00 | $ 177.00 | Respond 6 times to John Hancock re: exemption, termination of plan (discounted .3) | 3 |
| **Subtotal for Hoffman, Task 3** | | **32.00** | **$ 535.00** | **$ 17,120.00** | | |
| **Subtotal for Hoffman, Task 3** | | **13.80** | **$ 590.00** | **$ 8,142.00** | **(Does not include 1.3 hrs of unbilled time/$695 in fees)** | |
| **Subtotal for Margulies, Task 3** | | **26.50** | **$ 200.00** | **$ 5,300.00** | | |
| **Subtotal for Task 3** | | **72.30** | | **$ 30,562.00** | **Complaint against Christopher Cahill and Richard Cahill, Mediation, Settlement** | |
| 9/12/2023 | Hoffman, James M. | 0.90 | $ 535.00 | $ 481.50 | Start draft of Rodas Complaint | 4 |
| 9/13/2023 | Hoffman, James M. | 0.60 | $ 535.00 | $ 321.00 | Revise Rodus Complaint | 4 |
| 9/19/2023 | Hoffman, James M. | 0.60 | $ 535.00 | $ 321.00 | Search for evidence, checks, transcript details to answer Trustee questions re: William Rhodus, William Rodas and Jairo Rodus | 4 |

Exhibit A

| | | | | | | |
|---|---|---|---|---|---|---|
| <td colspan="7">**Offit Kurman, P.A.**</td> |
| <td colspan="7">**Client Matter Time Details**</td> |
| <td colspan="7">Client: Margulies, Laura J. \| Debtor: Botanical Decorators, Inc.; Case No.: 22-16223 MCR</td> |
| **Date** | **Timekeeper** | **Billed Hours** | **Billed Rate** | **Billed Amount** | **Narrative** | **Task** |
| 9/24/2023 | Margulies, Miriam | 0.80 | $ 200.00 | $ 160.00 | Search for and assemble exhibits to Rodas complaint | 4 |
| 9/29/2023 | Margulies, Miriam | 0.20 | $ 200.00 | $ 40.00 | Finish locating and assembling exhibits to Rodas Complaint | 4 |
| 1/10/2024 | Margulies, Miriam | 0.70 | $ 200.00 | $ 140.00 | Edit and finalize Rodas Complaint (.6) and send to JH with exhibits and notes (.1) | 4 |
| 1/15/2024 | Hoffman, James M. | 0.40 | $ 590.00 | $ 236.00 | Edit Rodas Complaint | 4 |
| 1/17/2024 | Margulies, Miriam | 0.50 | $ 200.00 | $ 100.00 | Review JH edits to Rodas complaint, accept changes and add a couple more facts and transcript references, send to JH to review. | 4 |
| 1/18/2024 | Margulies, Miriam | 0.50 | $ 200.00 | $ 100.00 | William Rodas complaint - Finalize for filing, assemble exhibits, perform redactions, combine and prep as exhibit a | 4 |
| 1/22/2024 | Margulies, Miriam | 0.20 | $ 200.00 | $ 40.00 | Assemble Summons and Complaint to Rodas and prepare for service (.1); Draft Affidavit of Service (.1) | 4 |
| 2/21/2024 | Margulies, Miriam | 0.20 | $ 200.00 | $ 40.00 | Draft Request for Clerk's Entry of Default as to William Rodas | 4 |
| 2/22/2024 | Margulies, Miriam | 0.80 | $ 200.00 | $ 160.00 | Draft Motion for Default against Rodas (.4); Draft Nonmilitary Service Affidavit (.2); Draft Judgment Order (.2) | 4 |
| 2/23/2024 | Margulies, Miriam | 0.60 | $ 200.00 | $ 120.00 | Edit Rodas complaint, check transcript cites and testimony | 4 |
| 2/23/2024 | Margulies, Miriam | 0.60 | $ 200.00 | $ 120.00 | Research info on William Rodas to get SCRA, check SDAT, web, social media, internal banking records, etc. | 4 |
| 2/23/2024 | Hoffman, James M. | 1.70 | $ 590.00 | $ 1,003.00 | Review Motion for Default v. Rodas, edit (2x), add for Preferences and fraudulent conveyance | 4 |
| 2/23/2024 | Margulies, Miriam | 0.40 | $ 200.00 | $ 80.00 | Accept changes in Rodas Motion for Default Judgment, correct transcript cites (.3), edit Order (.1) | 4 |
| 2/26/2024 | Margulies, Miriam | 0.50 | $ 200.00 | $ 100.00 | Complete second request for SCRA for Rodas (.2); Perform more research to locate additional information (.3) | 4 |
| 2/26/2024 | Hoffman, James M. | 0.40 | $ 590.00 | $ 236.00 | Search for information to locate Rodus for default judgment | 4 |
| 2/26/2024 | Hoffman, James M. | 0.40 | $ 590.00 | $ 236.00 | Call with Valle re: default, defenses (Rodas) | 4 |
| 2/27/2024 | Margulies, Miriam | 0.50 | $ 200.00 | $ 100.00 | Draft Rule 26(f) Report for Rodas | 4 |
| 2/27/2024 | Hoffman, James M. | 0.30 | $ 590.00 | $ 177.00 | Edit 26(f); write to opposing counsel for Rodas | 4 |
| 3/14/2024 | Hoffman, James M. | 0.40 | $ 590.00 | $ 236.00 | Write to Rodas counsel about discovery, facts and compromise | 4 |
| 3/15/2024 | Hoffman, James M. | 0.20 | $ 590.00 | $ 118.00 | Follow up response to counsel for Rodus re: discovery | 4 |
| 3/27/2024 | Hoffman, James M. | 0.20 | $ 590.00 | $ 118.00 | Respond to opposing counsel and write to opposing counsel about some docs received re Rodas | 4 |
| 4/27/2024 | Hoffman, James M. | 0.40 | $ 590.00 | $ 236.00 | Analyze case, status and write to opposing counsel suggesting resolution (Rodas) | 4 |
| 5/27/2024 | Hoffman, James M. | 0.90 | $ 590.00 | $ 531.00 | Prepare Analysis of Rodas defenses, write to opposing Counsel, negotiation | 4 |

| | | | | | | |
|---|---|---|---|---|---|---|
| colspan="7" | Offit Kurman, P.A. | | | | | |
|  | Client Matter Time Details | | | | | |
|  | Client: Margulies, Laura J. \| Debtor: Botanical Decorators, Inc.; Case No.: 22-16223 MCR | | | | | |
| Date | Timekeeper | Billed Hours | Billed Rate | Billed Amount | Narrative | Task |
| 5/28/2024 | Hoffman, James M. | 0.20 | $ 590.00 | $ 118.00 | Respond to opposing counsel of Rodas about 2 weeks to respond | 4 |
| 6/4/2024 | Hoffman, James M. | 0.20 | $ 590.00 | $ 118.00 | Follow up with Trustee on status re: Rodas | 4 |
| 6/28/2024 | Hoffman, James M. | 0.20 | $ 590.00 | $ 118.00 | Write to opposing counsel for Rodas 2x re: status and counteroffer | 4 |
| 7/2/2024 | Hoffman, James M. | 0.40 | $ 590.00 | $ 236.00 | Call with Valle re Rodas for negotiations, defenses | 4 |
| 7/25/2024 | Hoffman, James M. | 0.20 | $ 590.00 | $ 118.00 | Follow up with opposing counsel for Rodas | 4 |
| 8/6/2024 | Hoffman, James M. | 0.80 | $ 590.00 | $ 472.00 | Analyze offer to make counter-offer to Rodas Counsel | 4 |
| 8/6/2024 | Hoffman, James M. | 0.40 | $ 590.00 | $ 236.00 | Respond to Valle re Rodas re: car values | 4 |
| 8/22/2024 | Hoffman, James M. | 0.40 | $ 590.00 | $ 236.00 | Write 2x to opposing counsel Valle re: Rodas | 4 |
| 9/4/2024 | Hoffman, James M. | 0.10 | $ 590.00 | $ 59.00 | Call opposing counsel re: Rodas and responses | 4 |
| 9/6/2024 | Hoffman, James M. | 1.20 | $ 590.00 | $ 708.00 | Prepare Exhibit List and Witness list for Complaint v. Rodas, prepare for Trial | 4 |
| 9/12/2024 | Margulies, Miriam | 1.30 | $ 200.00 | $ 260.00 | Review settlement terms with Rodas, case and transfer history, transfer Motion to Approve Compromise (.7); Notice (.3); Proposed Consent Order (.3) | 4 |
| 10/30/2024 | Margulies, Miriam | 0.20 | $ 200.00 | $ 40.00 | Edit Consent Orders for Rodas (.1); Draft Line attaching Rodas revised Consent Order (.1) | 4 |
| 11/7/2024 | Hoffman, James M. | 0.20 | $ 590.00 | $ 118.00 | Write to Valle re: sending check re Rodas | 4 |
|  | Subtotal for Hoffman, Task 4 | 2.10 | $ 535.00 | $ 1,123.50 | | |
|  | Subtotal for Hoffman, Task 4 | 9.60 | $ 590.00 | $ 5,664.00 | | |
|  | Subtotal for Margulies, Task 4 | 8.00 | $ 200.00 | $ 1,600.00 | | |
|  | Subtotal for Task 4 | 19.70 | | $ 8,387.50 | Complaint against Rodas | |
| 9/13/2023 | Hoffman, James M. | 0.80 | $ 535.00 | $ 428.00 | Prepare Sunset Complaint, edit | 5 |
| 9/15/2023 | Margulies, Miriam | 0.60 | $ 200.00 | $ 120.00 | Review, edit Sunset Group complaint, begin to assemble exhibits | 5 |
| 9/24/2023 | Margulies, Miriam | 0.80 | $ 200.00 | $ 160.00 | Research and assemble exhibits to Sunset Group Complaint | 5 |
| 11/17/2023 | Margulies, Miriam | 0.70 | $ 200.00 | $ 140.00 | Edit to Sunset Group Complaint, review 12/23/22 and 3/15/23 341 transcripts of all entities for sale of assets to Sunset Group, and financial transfers, review SOFAs | 5 |
| 12/19/2023 | Margulies, Miriam | 0.40 | $ 200.00 | $ 80.00 | Revise complaint v. Sunset Group, remove references to Design Build, make Botanical plaintiff, revise references to exhibits, clean up edits | 5 |
| 12/29/2023 | Hoffman, James M. | 0.30 | $ 535.00 | $ 160.50 | Revise Sunset Complaint | 5 |
| 1/9/2024 | Margulies, Miriam | 0.50 | $ 200.00 | $ 100.00 | Make edits and finalize complaint against Sunset Group | 5 |
| 1/18/2024 | Hoffman, James M. | 0.80 | $ 590.00 | $ 472.00 | Edit Complaint re: Sunset Pools v. Sunset Contractors, review SDAT, SOFA, Internet for facts | 5 |

Exhibit A

| | | | | | | |
|---|---|---|---|---|---|---|
| colspan="7" | Offit Kurman, P.A. |||||||
|  | Client Matter Time Details |||||||
|  | Client: Margulies, Laura J. \| Debtor: Botanical Decorators, Inc.; Case No.: 22-16223 MCR |||||||
| Date | Timekeeper | Billed Hours | Billed Rate | Billed Amount | Narrative | Task |
| 1/18/2024 | Margulies, Miriam | 1.20 | $ 200.00 | $ 240.00 | Complaint against Sunset Group/Pool: Finalize complaint and exhibit/check, perform redactions to prep to file (.2), Check has two entity names on it- perform SDAT search on Sunset Group, LLC and Sunset Pool Contractors, Resident Agents, SDAT filing history of both, review SOFA and transcripts to find which is correct (.5), Emails (2x) with JH re: findings and add both? Entities seem related (.2); Edit Complaint to add both entities and email back to JH to confirm (.3) | 5 |
| 1/22/2024 | Margulies, Miriam | 0.30 | $ 200.00 | $ 60.00 | Assemble Summons and Complaint to Sunset Group, et al. and prepare for service (.2); Draft Affidavit of Service (.1) | 5 |
| 2/21/2024 | Margulies, Miriam | 0.20 | $ 200.00 | $ 40.00 | Draft Request for Clerk's Entry of Default as to Sunset Group/Sunset Pool Contractors | 5 |
| 2/21/2024 | Margulies, Miriam | 1.00 | $ 200.00 | $ 200.00 | Draft Motion for Default Judgment against Sunset Group, et al. (.8); Draft Order (.2) | 5 |
| 2/22/2024 | Hoffman, James M. | 0.50 | $ 590.00 | $ 295.00 | Review Answer, mark Complaint for issues to prove at trial based on admissions re: Sunset Group Complaint | 5 |
| 2/22/2024 | Hoffman, James M. | 0.40 | $ 590.00 | $ 236.00 | Call with opposing counsel to negotiate, exchange facts re: Sunset Group | 5 |
| 2/22/2024 | Hoffman, James M. | 0.20 | $ 590.00 | $ 118.00 | Draft 26(f) for use in Sunset and future 26(f)s for Cahill cases | 5 |
| 2/22/2024 | Hoffman, James M. | 0.30 | $ 590.00 | $ 177.00 | Search for value of assets transferred to Sunset | 5 |
| 2/22/2024 | Hoffman, James M. | 0.30 | $ 590.00 | $ 177.00 | Write to Gorius, provide copy of check, 2016(b) and Settlement issues re Sunset | 5 |
| 2/22/2024 | Hoffman, James M. | 0.20 | $ 590.00 | $ 118.00 | Write to Trustee with update on Sunset Adv. | 5 |
| 3/6/2024 | Hoffman, James M. | 0.30 | $ 590.00 | $ 177.00 | Follow up with Sunset Counsel about 26(f)(2x) | 5 |
| 3/14/2024 | Hoffman, James M. | 0.40 | $ 590.00 | $ 236.00 | Write to Sunset Counsel about discovery and resolution | 5 |
| 3/15/2024 | Hoffman, James M. | 0.40 | $ 590.00 | $ 236.00 | Follow up with opposing counsel about info requested Re: Sunset (2x) and hearing | 5 |
| 3/27/2024 | Hoffman, James M. | 0.20 | $ 590.00 | $ 118.00 | Write to opposing counsel about receiving docs re: Sunset Group | 5 |
| 4/11/2024 | Hoffman, James M. | 0.20 | $ 590.00 | $ 118.00 | Write to opposing counsel about documents and status re Sunset Pools | 5 |
| 4/27/2024 | Hoffman, James M. | 0.50 | $ 590.00 | $ 295.00 | Analyze case, status and write to opposing counsel suggesting resolution (Sunset Pools) | 5 |
| 5/27/2024 | Hoffman, James M. | 0.90 | $ 590.00 | $ 531.00 | Prepare analysis of Sunset defenses, write to opposing Counsel with analysis, negotiation | 5 |
| 5/28/2024 | Hoffman, James M. | 0.30 | $ 590.00 | $ 177.00 | Prepare update for Trustee on Sunset and Rodas | 5 |
| 6/28/2024 | Hoffman, James M. | 0.20 | $ 590.00 | $ 118.00 | Write to opposing counsel for Sunset Pools 2x re: status and counteroffer | 5 |
| 7/29/2024 | Hoffman, James M. | 0.70 | $ 590.00 | $ 413.00 | Write to Sunset Counsel for counteroffer | 5 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Offit Kurman, P.A. | | |
| | | | | Client Matter Time Details | | |
| | | | | Client: Margulies, Laura J. \| Debtor: Botanical Decorators, Inc.; Case No.: 22-16223 MCR | | |
| Date | Timekeeper | Billed Hours | Billed Rate | Billed Amount | Narrative | Task |
| 8/12/2024 | Hoffman, James M. | 1.10 | $ 590.00 | $ 649.00 | Write to Trustee for approval of proposed counteroffer re Sunset Pool | 5 |
| 8/13/2024 | Hoffman, James M. | 0.20 | $ 590.00 | $ 118.00 | Write to Gorius with Counteroffer re Sunset | 5 |
| 8/13/2024 | Hoffman, James M. | 0.30 | $ 590.00 | $ 177.00 | Call with Verstandig re: pending Motion to Compel re Sunset | 5 |
| 8/21/2024 | Hoffman, James M. | 0.60 | $ 590.00 | $ 354.00 | Confirm settlement with Sunset, write to opposing counsel, Write to Trustee | 5 |
| 8/22/2024 | Margulies, Miriam | 1.10 | $ 200.00 | $ 220.00 | Review history of negotiations with Sunset, settlement terms, draft Motion, Notice and Order | 5 |
| 8/22/2024 | Hoffman, James M. | 0.50 | $ 590.00 | $ 295.00 | Review 9019 Motion re: Sunset Pools, Notice and Order | 5 |
| 8/29/2024 | Hoffman, James M. | 0.40 | $ 590.00 | $ 236.00 | Edit Motion, Notice and Order to finalize re: Sunset Pools | 5 |
| 10/30/2024 | Margulies, Miriam | 0.10 | $ 200.00 | $ 20.00 | Edit Consent Orders for Sunset (.1) | 5 |
| **Subtotal for Hoffman, Task 5** | | **1.10** | **$ 535.00** | **$ 588.50** | | |
| **Subtotal for Hoffman, Task 5** | | **9.90** | **$ 590.00** | **$ 5,841.00** | | |
| **Subtotal for Margulies, Task 5** | | **6.90** | **$ 200.00** | **$ 1,380.00** | | |
| **Subtotal for Task 5** | | **17.90** | | **$ 7,809.50** | **Complaint against Sunset Pool Contractors, LLC** | |
| 9/12/2023 | Hoffman, James M. | 1.10 | $ 535.00 | $ 588.50 | Start draft of B&C Complaint | 6 |
| 11/29/2023 | Margulies, Miriam | 0.50 | $ 200.00 | $ 100.00 | Review Botanical SOFA re B&C Diesel vehicle transfers, review and compare with MVA titles, review Botanical 341 transcripts from 3/15/23 and 12/13/22 re: B&C, make notes on transfers, ownership, amount and edits to complaint | 6 |
| 12/18/2023 | Margulies, Miriam | 0.70 | $ 200.00 | $ 140.00 | Review JH notes re: preference complaints, add more to B&C Diesel Complaint, references to transcripts and email all to JH for review | 6 |
| 12/29/2023 | Hoffman, James M. | 0.40 | $ 535.00 | $ 214.00 | Revise B&C Complaint | 6 |
| 1/9/2024 | Margulies, Miriam | 0.40 | $ 200.00 | $ 80.00 | Make edits and finalize complaint against B&C Diesel | 6 |
| 1/22/2024 | Margulies, Miriam | 0.20 | $ 200.00 | $ 40.00 | Assemble Summons and Complaint to B&C Diesel and prepare for service (.1); Draft Affidavit of Service (.1) | 6 |
| 2/21/2024 | Margulies, Miriam | 0.20 | $ 200.00 | $ 40.00 | Draft Request for Clerk's Entry of Default as to B&C Diesel | 6 |
| 2/21/2024 | Margulies, Miriam | 0.80 | $ 200.00 | $ 160.00 | Draft Motion for Default Judgment against B&C Diesel Services (.6), Draft Order (.2) | 6 |
| 2/22/2024 | Hoffman, James M. | 0.20 | $ 590.00 | $ 118.00 | Call with Palik about extension re: B&C Diesel compalint | 6 |
| 2/22/2024 | Hoffman, James M. | 0.20 | $ 590.00 | $ 118.00 | Write to Trustee about B&C | 6 |
| 2/23/2024 | Hoffman, James M. | 0.50 | $ 590.00 | $ 295.00 | Review 2 emails from opposing counsel for B&C, answer; prepare 26(f) and respond to avoid hearing | 6 |
| 3/14/2024 | Hoffman, James M. | 0.40 | $ 590.00 | $ 236.00 | Write to B&C counsel about discovery and resolution | 6 |
| 3/27/2024 | Hoffman, James M. | 0.30 | $ 590.00 | $ 177.00 | (2x) write to opposing counsel re: documents and status re B&C Diesel | 6 |
| 4/9/2024 | Hoffman, James M. | 0.40 | $ 590.00 | $ 236.00 | Call with Palik re: B&C, negotiate | 6 |
| 4/9/2024 | Hoffman, James M. | 0.30 | $ 590.00 | $ 177.00 | Write up offer to Trustee for B&C | 6 |

| | | Offit Kurman, P.A. | | | | |
|---|---|---|---|---|---|---|
| | | Client Matter Time Details | | | | |
| | | Client: Margulies, Laura J. \| Debtor: Botanical Decorators, Inc.; Case No.: 22-16223 MCR | | | | |
| Date | Timekeeper | Billed Hours | Billed Rate | Billed Amount | Narrative | Task |
| 4/9/2024 | Hoffman, James M. | 0.20 | $ 590.00 | $ 118.00 | Review Trustee response; write to Palik with offer (B&C) | 6 |
| 4/11/2024 | Hoffman, James M. | 0.10 | $ 590.00 | $ 59.00 | Write to Palik re: offer status (B&C) | 6 |
| 4/11/2024 | Hoffman, James M. | 0.10 | $ 590.00 | $ 59.00 | Call with Palik re: offer status (B&C) | 6 |
| 4/17/2024 | Hoffman, James M. | 0.20 | $ 590.00 | $ 118.00 | Call with Palik re: B&C Diesel; write to Trustee re: lower offer | 6 |
| 4/20/2024 | Hoffman, James M. | 0.20 | $ 590.00 | $ 118.00 | Write to opposing counsel to accept offer re: B&C; write to Trustee and inform of settlement | 6 |
| 4/22/2024 | Margulies, Miriam | 1.10 | $ 200.00 | $ 220.00 | Review settlement terms with B&C Diesel, facts/background, draft 9019 Motion (.7); Draft Notice (.3), Draft Consent Order (.1) | 6 |
| 10/30/2024 | Margulies, Miriam | 0.20 | $ 200.00 | $ 40.00 | Review Court's denial of Consent Orders re: B&C and Sunset and review issues w/ J. Hoffman (.1); Edit Consent Orders for B&C (.1) | 6 |
| **Subtotal for Hoffman, Task 6** | | **1.50** | **$ 535.00** | **$ 802.50** | | |
| **Subtotal for Hoffman, Task 6** | | **3.10** | **$ 590.00** | **$ 1,829.00** | | |
| **Subtotal for Margulies, Task 6** | | **4.10** | **$ 200.00** | **$ 820.00** | | |
| **Subtotal for Task 6** | | **8.70** | | **$ 3,451.50** | **Complaint against B&C Diesel, LLC** | |
| 9/12/2023 | Hoffman, James M. | 1.00 | $ 535.00 | $ 535.00 | Start draft of Hernandez Complaint | 7 |
| 9/24/2023 | Margulies, Miriam | 0.40 | $ 200.00 | $ 80.00 | Research and assemble exhibits to Hernandez complaint | 7 |
| 9/29/2023 | Margulies, Miriam | 0.20 | $ 200.00 | $ 40.00 | Finish locating and assembling exhibits to Hernandez Complaint | 7 |
| 11/1/2023 | Margulies, Miriam | 1.60 | $ 200.00 | $ 320.00 | Finish editing complaint v. Hernandez Floors, review transcripts of each entity (.8) and add references (.7); Email JH re notes, questions, issues (.1) | 7 |
| 11/29/2023 | Margulies, Miriam | 0.40 | $ 200.00 | $ 80.00 | Revise Complaint against Hernandez Flooring | 7 |
| 12/29/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Revise Hernandez Complaint | 7 |
| 1/9/2024 | Margulies, Miriam | 0.40 | $ 200.00 | $ 80.00 | Finalize Complaint against Hernandez Floors | 7 |
| 1/18/2024 | Margulies, Miriam | 0.30 | $ 200.00 | $ 60.00 | Complaint against Hernandez Gonzalez Floors - finalize for filing, perform redactions to exhibit | 7 |
| 1/22/2024 | Margulies, Miriam | 0.30 | $ 200.00 | $ 60.00 | Assemble Summons and Complaint to Hernandez Gonzalez Flooring and prepare for service (.2); Draft Affidavit of Service (.1) | 7 |
| 2/21/2024 | Margulies, Miriam | 0.20 | $ 200.00 | $ 40.00 | Draft Request for Clerk's Entry of Default for Hernandez | 7 |
| 2/22/2024 | Margulies, Miriam | 0.80 | $ 200.00 | $ 160.00 | Draft Motion for Default Judgment against Hernandez Gonzalez (.4), Draft Judgment Order (.2); Draft Nonmilitary Service Affidavit (.2) | 7 |
| 2/23/2024 | Margulies, Miriam | 0.50 | $ 200.00 | $ 100.00 | Research info on Luis Hernandez Gonzalez to get SCRA, check SDAT, web, social media, internal banking records, etc. | 7 |
| 2/23/2024 | Hoffman, James M. | 0.30 | $ 590.00 | $ 177.00 | Review Motion for Default for Hernandez, edit | 7 |
| 2/26/2024 | Margulies, Miriam | 0.60 | $ 200.00 | $ 120.00 | Complete second request for SCRA for Hernandez (.2); Perform more research to locate additional information (.4) | 7 |

| | | Offit Kurman, P.A. | | | | |
|---|---|---|---|---|---|---|
| | | Client Matter Time Details | | | | |
| | | Client: Margulies, Laura J. \| Debtor: Botanical Decorators, Inc.; Case No.: 22-16223 MCR | | | | |
| Date | Timekeeper | Billed Hours | Billed Rate | Billed Amount | Narrative | Task |
| 2/26/2024 | Hoffman, James M. | 0.40 | $ 590.00 | $ 236.00 | Search for information to locate Hernandez for default | 7 |
| **Subtotal for Hoffman, Task 7** | | **1.20** | **$ 535.00** | **$ 642.00** | | |
| **Subtotal for Hoffman, Task 7** | | **0.70** | **$ 590.00** | **$ 413.00** | | |
| **Subtotal for Margulies, Task 7** | | **5.70** | **$ 200.00** | **$ 1,140.00** | | |
| **Subtotal for Task 7** | | **7.60** | | **$ 2,195.00** | **Complaint against Hernandez Gonzalez Flooring** | |
| 12/5/2024 | Hoffman, James M. | 0.80 | $ 590.00 | $ 472.00 | Call with 2 members of DOL (Abbie and Susanne) about terminating the Botanical Pension Plan for beneficiaries | 8 |
| 12/5/2024 | Hoffman, James M. | 0.30 | $ 590.00 | $ 177.00 | Review the actual Plan | 8 |
| 12/5/2024 | Hoffman, James M. | 0.60 | $ 590.00 | $ 354.00 | Research obligation of Trustee to administer, write to Trustee | 8 |
| 12/5/2024 | Hoffman, James M. | 0.30 | $ 590.00 | $ 177.00 | Call with Trustee about Pension Plan and tax refund | 8 |
| 12/5/2024 | Hoffman, James M. | 1.90 | $ 590.00 | $ 1,121.00 | Research and write up to DOL why Trustee has no obligations or authority to act Regarding closing $1.4M CJC Pension Plan | 8 |
| 12/6/2024 | Hoffman, James M. | 0.20 | $ 590.00 | $ 118.00 | Write to John Hancock re: Plan terminating and getting Cahill to sign | 8 |
| 2/26/2025 | Margulies, Miriam | 0.20 | $ 200.00 | $ 40.00 | Review dockets, review claims filed on behalf of Botanical, draft Withdrawal of POCs (one in Cahill, one in Design Build) | 8 |
| 2/26/2025 | Hoffman, James M. | 1.60 | $ 650.00 | $ 1,040.00 | Respond to DOL re: support for 6 claims and objections, edit per Trustee | 8 |
| 2/28/2025 | Hoffman, James M. | 0.50 | $ 650.00 | $ 325.00 | Call with 2 members of (Abbie and Susanne) from Dept. Of Labor over multiple claims arising under Pension Plan from Cahill taking employee money and not transferring | 8 |
| 2/28/2025 | Hoffman, James M. | 0.20 | $ 650.00 | $ 130.00 | Write to Trustee about call with DOL and our proposed resolution | 8 |
| 2/28/2025 | Hoffman, James M. | 0.20 | $ 650.00 | $ 130.00 | Review addresses for distributions under Pension Plan, forward To Trustee | 8 |
| 3/7/2025 | Hoffman, James M. | 0.30 | $ 650.00 | $ 195.00 | Call with DOL re: issuing a 1099, not amending its claims | 8 |
| 3/7/2025 | Hoffman, James M. | 0.10 | $ 650.00 | $ 65.00 | Write up status to Trustee about DOL and Pension Plan | 8 |
| 3/14/2025 | Margulies, Miriam | 0.50 | $ 200.00 | $ 100.00 | Draft Objection to late Claim No. 46 (.4), draft Proposed Order (.1) | 8 |
| 3/14/2025 | Hoffman, James M. | 0.50 | $ 650.00 | $ 325.00 | Edit Objections to Claims in Botanical by DOL and Order | 8 |
| 3/17/2025 | Margulies, Miriam | 0.90 | $ 200.00 | $ 180.00 | Edit Obj to Late Filed Claim 46 (.4), add dates and claims info, edit history; Edit Obj to Claim 26, add details of employees, dates and claims info and history (.5) | 8 |
| 3/18/2025 | Hoffman, James M. | 0.40 | $ 650.00 | $ 260.00 | Review Objections to Botanical Claims with DOL; Order and write to DOL | 8 |
| 3/20/2025 | Margulies, Miriam | 0.10 | $ 200.00 | $ 20.00 | Add additional information to Obj to Amended Claim 26 of the DOL, send to JMH for review. | 8 |
| 3/24/2025 | Hoffman, James M. | 0.80 | $ 650.00 | $ 520.00 | Respond to DOL; check status of objections; write note to Trustee | 8 |
| 3/26/2025 | Margulies, Miriam | 0.30 | $ 200.00 | $ 60.00 | Draft Proposed Order Objecting to Amended Claim 26 (.2), Edit and finalize Objections to Amended Claim 26 and Claim 46 (.1) | 8 |

Exhibit A

| | | | | | | |
|---|---|---|---|---|---|---|
| colspan="7" | Offit Kurman, P.A. |||||||
|  | Client Matter Time Details |||||||
|  | Client: Margulies, Laura J. \| Debtor: Botanical Decorators, Inc.; Case No.: 22-16223 MCR |||||||
| Date | Timekeeper | Billed Hours | Billed Rate | Billed Amount | Narrative | Task |
| **Subtotal for Hoffman, Task 8** | | 4.10 | $ 590.00 | $ 2,419.00 | | |
| **Subtotal for Hoffman, Task 8** | | 4.60 | $ 650.00 | $ 2,990.00 | | |
| **Subtotal for Margulies, Task 8** | | 2.00 | $ 200.00 | $ 400.00 | | |
| **Subtotal for Task 8** | | 10.70 | | $ 5,809.00 | **Issues with Department of Labor re: Pension Plan and Claims** | |
| 2/5/2025 | Margulies, Miriam | 1.00 | $ 200.00 | $ 200.00 | Draft Motion to Compel Turnover Fed Refund (.6); Review dkt for IRS claims (.1); Research service rules and IRS' rules and processes on Ch 7 Trustee requests for turnover of refunds (.3) | 9 |
| 2/6/2025 | Margulies, Miriam | 0.40 | $ 200.00 | $ 80.00 | Draft Order Granting Motion to Compel Turnover, make edits to Motion and send to J. Hoffman | 9 |
| 2/6/2025 | Hoffman, James M. | 2.70 | $ 650.00 | $ 1,755.00 | Research IRS violation of stay (1.4); prepare service addresses (.2); Edit Motion and Order (1.1) | 9 |
| 2/28/2025 | Hoffman, James M. | 0.20 | $ 650.00 | $ 130.00 | Review court order awarding more than $130,000 tax refund to Estate; write to Trustee re: next steps | 9 |
| 3/19/2025 | Margulies, Miriam | 1.10 | $ 200.00 | $ 220.00 | Draft Motion to Hold IRS and DoT in Contempt (.8); Draft Show Cause Order (.3) | 9 |
| 3/19/2025 | Hoffman, James M. | 0.40 | $ 650.00 | $ 260.00 | Review status of IRS payment and whether to edit and file Motion for Contempt | 9 |
| 3/21/2025 | Hoffman, James M. | 2.40 | $ 650.00 | $ 1,560.00 | Research Contempt Action v. IRS, do not ask for punitive damages, Edit Motion | 9 |
| 3/24/2025 | Margulies, Miriam | 0.40 | $ 200.00 | $ 80.00 | Review JMH's edits to Motion to Show Cause (IRS), make minor edits (.2); Edit Order, add language from Motion (.2) | 9 |
| 3/24/2025 | Hoffman, James M. | 0.20 | $ 650.00 | $ 130.00 | Review Motion for Contempt | 9 |
| 3/31/2025 | Margulies, Miriam | 0.20 | $ 200.00 | $ 40.00 | Draft Withdrawal of Motion for Show Cause (IRS) | 9 |
| **Subtotal for Hoffman, Task 9** | | 5.90 | $ 650.00 | $ 3,835.00 | | |
| **Subtotal for Margulies, Task 9** | | 3.10 | $ 200.00 | $ 620.00 | | |
| **Subtotal for Task 9** | | 9.00 | | $ 4,455.00 | **IRS Refund** | |
| 3/11/2024 | Hoffman, James M. | 0.70 | $ 590.00 | $ 413.00 | Review and edit time entries for fee apps | 10 |
| 2/7/2025 | Margulies, Miriam | 0.60 | $ 200.00 | $ 120.00 | Begin to review entries and make edits, mark entries to move to other cases (.2); Mark entries that were split between cases for related work (.4) | 10 |
| 2/24/2025 | Hoffman, James M. | 0.70 | $ 650.00 | $ 455.00 | Review time entries for 3 cases and check allocations where time split between multiple cases for adversary proceedings and joint issues | 10 |

Exhibit A

| Offit Kurman, P.A. | | | | | |
|---|---|---|---|---|---|
| Client Matter Time Details | | | | | |
| Client: Margulies, Laura J. \| Debtor: Botanical Decorators, Inc.; Case No.: 22-16223 MCR | | | | | |
| Date | Timekeeper | Billed Hours | Billed Rate | Billed Amount | Narrative | Task |
| 2/25/2025 | Margulies, Miriam | 0.40 | $ 200.00 | $ 80.00 | Conf. call with accounting re: need to move time between all three cases, billing issues (.3) (no charge); Edit spreadsheets for accounting and send to accounting to move entries in billing software (.4) (no charge); Move entries from Cahill and DB to Botanical to create Botanical only time, clean up, remove non-Botanical time entries (.4) | 10 |
| 2/25/2025 | Margulies, Miriam | 1.00 | $ 200.00 | $ 200.00 | Review and analyze extensive time entries, edit for lumping, mark JH edits for lumping, remove duplicate entries, edit narratives for enhanced descriptions | 10 |
| 3/11/2025 | Margulies, Miriam | 0.40 | $ 200.00 | $ 80.00 | Import and review recent time and calculate total fees and costs for accountant for tax returns | 10 |
| 4/4/2025 | Margulies, Miriam | 0.60 | $ 200.00 | $ 120.00 | Continue reviewing extensive entries, mark and move Botanical entries mistakenly bills to other matters, to Botanical | 10 |
| 4/7/2025 | Margulies, Miriam | 0.80 | $ 200.00 | $ 160.00 | Review 300 lines of time entries, enhance narratives of some for clarification, remove lumping/grouped entries, create tasks, begin to categorize entries | 10 |
| 4/8/2025 | Margulies, Miriam | 1.00 | $ 200.00 | $ 200.00 | Continue reviewing extensive and details time entries, line by line to continue enhancing descriptions for clarification and differentiation of tasks, add more tasks re: IRS, DOL claims, add subtasks re: Cahill claims/complaint, mediation, etc., continue categorizing entries (1.0); Review 4 entries re: French to move to Design Build and email accounting (.1) (no charge); Review/analyze 2 entries for possible duplicates, remove (.2) (no charge) | 10 |
| 4/16/2025 | Margulies, Miriam | 0.70 | $ 200.00 | $ 140.00 | Finish reviewing and editing time entries, categorizing entries re: complaint/settlement re Cahill, enhancing narratives (.6); Email to JMH for review and short list of notes (.1) | |
| 4/16/2025 | Margulies, Miriam | 1.40 | $ 200.00 | $ 280.00 | Move raw entries by task to final format, separate by task and subtotal by professional, rate and subtotal tasks (1.1); Compare with raw entries, find one missing entry, add, total all (.3) | |
| 4/16/2025 | Margulies, Miriam | 0.70 | $ 200.00 | $ 140.00 | Begin drafting Fee Application, review history of initial filings and work completed, notate dates and facts | |
| 4/17/2025 | Margulies, Miriam | 1.30 | $ 200.00 | $ 260.00 | Continue drafting Fee Application, reviewing initial case history, pleadings filed and docket, comparing with related 2 cases | |
| 4/18/2025 | Margulies, Miriam | 2.80 | $ 200.00 | $ 560.00 | Continue drafting fee application | |
| 4/21/2025 | Margulies, Miriam | 1.10 | $ 200.00 | $ 220.00 | Continue drafting Fee Application (B&C, Hernandez, IRS summaries), move a couple incorrectly categorized time entries and recalculate) | |

Exhibit A

| | | Offit Kurman, P.A. | | | | |
|---|---|---|---|---|---|---|
| | | Client Matter Time Details | | | | |
| | | Client: Margulies, Laura J. \| Debtor: Botanical Decorators, Inc.; Case No.: 22-16223 MCR | | | | |
| Date | Timekeeper | Billed Hours | Billed Rate | Billed Amount | Narrative | Task |
| 4/23/2025 | Margulies, Miriam | 1.50 | $ 200.00 | $ 300.00 | Continue drafting Fee Application, summarize work related the Cahill Complaint, Pension Plan Issues and make edits generally (1.1); Import recent time and add to Fee Application task, calculate grand total (.4) | |
| Subtotal for Hoffman, Task 10 | | 0.70 | $ 590.00 | $ 413.00 | | |
| Subtotal for Hoffman, Task 10 | | 0.70 | $ 650.00 | $ 455.00 | | |
| Subtotal for Margulies, Task 10 | | 14.30 | $ 200.00 | $ 2,860.00 | (Does not include 0.3 hrs of unbilled time/$60 in fees) | |
| Subtotal for Task 10 | | 15.70 | | $ 3,728.00 | Application for Compensation | |
| | Summary | Hrs | Amount | | | |
| | Total for Task 1 | 44.10 | $ 17,696.00 | | | |
| | Total for Task 2 | 13.60 | $ 7,314.50 | | | |
| | Total for Task 3 | 72.30 | $ 30,562.00 | | | |
| | Total for Task 4 | 19.70 | $ 8,387.50 | | | |
| | Total for Task 5 | 17.90 | $ 7,809.50 | | | |
| | Total for Task 6 | 8.70 | $ 3,451.50 | | | |
| | Total for Task 7 | 7.60 | $ 2,195.00 | | | |
| | Total for Task 8 | 10.70 | $ 5,809.00 | | | |
| | Total for Task 9 | 9.00 | $ 4,455.00 | | | |
| | Total for Task 10 | 15.70 | $ 3,728.00 | | | |
| | TOTAL TIME | 219.30 | $ 91,408.00 | | | |
| Expenses | | | | | | |
| Date | | | | Amount | Narrative | |
| 2/23/2024 | | | | $ 40.00 | SCRA certificate for Luis Hernandez Henriquez; 2.23.24; SCRA MILITARY VERIF;J HOFFMAN | |
| 4/4/2024 | | | | $ 190.74 | Vendor: BK ATTORNEY SERVICES; Mailing services to all creditors for Notice of Motion to Approve Compromise with Chris and Richard Cahill; J. HOFFMAN | |
| 10/1/2024 | | | | $ 262.26 | Vendor: BK ATTORNEY SERVICES; Mailing services to all creditors, Notice of Motion to Approve Compromise (Sunset, B&C Diesel); J. Hoffman | |
| 10/11/2024 | | | | $ 199.02 | Vendor: BK ATTORNEY SERVICES; Mailing services to all creditors, Notice of Motion to Approve Compromise re Rodas; J. Hoffman | |
| | | | Total | $ 692.02 | | |