*410-484-2142*                                                                                                 *FAX (443)352-3282*

### LARRY STRAUSS, CPA, MST, CIRA
### 2310 SMITH AVENUE
### BALTIMORE, MARYLAND  21209

**Botanical Bankruptcy Estate**
**c/o Laura J Margulies, Trustee**
**7050 W. Palmetto Park Road, Ste. 15-390**
**Boca Raton, FL 33433**

Invoice number 596
4/7/2025

_____

For Professional Services:                                         Hours          Rate

| Date | Description | Person | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/20/2023 | Proforma tax returns | Strauss | 1.00 | $ 500.00 | 500.00 |
| 3/13/2023 | Extension prep and filing | Strauss | 0.80 | $ 500.00 | 400.00 |
| 4/25/2023 | looked over ERC info | Sussman | 0.40 | $ 345.00 | 138.00 |
| 5/31/2023 | Updated POA and sent to Trustee | Sussman | 0.40 | $ 345.00 | 138.00 |
| 5/31/2023 | Preparing POA and sending email with questions | Silver | 0.30 | $ 390.00 | 117.00 |
| 6/1/2023 | signing POA | Silver | 0.10 | $ 390.00 | 39.00 |
| 6/12/2023 | calling the IRS re: ERC refund status | Silver | 0.20 | $ 390.00 | 78.00 |
| 6/22/2023 | Retrieve info from accounting firm and review | Strauss | 1.00 | $ 500.00 | 500.00 |
| 6/22/2023 | review documents provided and send out e-mail regarding missing info | Strauss | 1.00 | $ 500.00 | 500.00 |
| 6/28/2023 | Locating and filing ERC for missing quarter | Strauss | 2.00 | $ 500.00 | 1000.00 |
| 6/30/2023 | meet with owner and discuss files located on controller computer. | Strauss | 2.50 | $ 500.00 | 1250.00 |
| 7/3/2023 | printed out reports from quickbooks, began looking over quickbooks to determine proper recordation of revenue | Sussman | 1.50 | $ 345.00 | 517.50 |
| 7/3/2023 | review quickbooks and refile ERC Q1 2021. | Strauss | 1.80 | $ 500.00 | 900.00 |
| 7/4/2023 | prefernce analysis | Strauss | 0.50 | $ 500.00 | 250.00 |
| 7/5/2023 | backed up quickbooks onto office computer, discussion regarding preference analysis, discussion regarding proper recordation of revenue as it affects the ERC | Sussman | 3.40 | $ 345.00 | 1173.00 |
| 7/6/2023 | created and printed preference reports, printed out financials for tax return prep | Sussman | 1.40 | $ 345.00 | 483.00 |
| 7/6/2023 | review QB | Strauss | 1.00 | $ 500.00 | 500.00 |
| 7/10/2023 | sent preference reports to trustee along with an explanation of the reports | Sussman | 0.80 | $ 345.00 | 276.00 |
| 7/12/2023 | tax return preparation | Silver | 0.50 | $ 390.00 | 195.00 |

| Date | Description | Person | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 7/13/2023 | tax return preparation | Silver | 0.40 | $ 390.00 | 156.00 |
| 7/17/2023 | tax return preparation | Silver | 1.80 | $ 390.00 | 702.00 |
| 7/18/2023 | tax return preparation | Silver | 2.40 | $ 390.00 | 936.00 |
| 7/19/2023 | review | Sussman | 0.40 | $ 345.00 | 138.00 |
| 7/20/2023 | review | Sussman | 3.10 | $ 345.00 | 1069.50 |
| 7/20/2023 | tax return preparation | Silver | 2.20 | $ 390.00 | 858.00 |
| 7/25/2023 | fixed up tax return, preparation of 505b packet | Sussman | 2.40 | $ 345.00 | 828.00 |
| 7/26/2023 | 505b prep and printing | Sussman | 2.50 | $ 345.00 | 862.50 |
| 8/1/2023 | printed out copies of the returns | Sussman | 0.60 | $ 345.00 | 207.00 |
| 8/2/2023 | finalize returns 505b sign and send | Strauss | 1.80 | $ 500.00 | 900.00 |
| 12/12/2023 | meet for QB and give backup | Strauss | 0.60 | $ 500.00 | 300.00 |
| 3/13/2024 | extensions | Sussman | 0.10 | $ 365.00 | 36.50 |
| 5/13/2024 | 2023 1120 | Shoob | 1.80 | $ 175.00 | 315.00 |
| 5/14/2024 | 2023 1120 and 505b letter | Shoob | 1.00 | $ 175.00 | 175.00 |
| 5/14/2024 | amend 2020 return | Shoob | 1.50 | $ 175.00 | 262.50 |
| 5/14/2024 | assisting | Sussman | 0.30 | $ 365.00 | 109.50 |
| 5/15/2024 | amend 2020 return | Shoob | 0.30 | $ 175.00 | 52.50 |
| 5/15/2024 | amend 2020 return | Shoob | 1.30 | $ 175.00 | 227.50 |
| 5/22/2024 | Amend 2020, finish up 2023, diagnostics | Shoob | 1.50 | $ 175.00 | 262.50 |
| 5/23/2024 | finished 2020,2021,2023 returns | Shoob | 0.80 | $ 175.00 | 140.00 |
| 5/23/2024 | review | Sussman | 0.40 | $ 365.00 | 146.00 |
| 5/28/2024 | review missing info | Shoob | 0.10 | $ 175.00 | 17.50 |
| 5/29/2024 | review of 2020 amended return | Sussman | 2.50 | $ 365.00 | 912.50 |
| 6/3/2024 | Erc documents | Shoob | 0.30 | $ 175.00 | 52.50 |
| 6/4/2024 | form 8822b and change of address letter | Shoob | 1.30 | $ 175.00 | 227.50 |
| 6/5/2024 | Update address | Shoob | 0.10 | $ 175.00 | 17.50 |
| 6/5/2024 | updating IRS letter | Silver | 0.60 | $ 410.00 | 246.00 |
| 6/20/2024 | 2020 505b letter and change address | Shoob | 0.70 | $ 175.00 | 122.50 |
| 6/25/2024 | 2023 processing | Strauss | 1.80 | $ 525.00 | 945.00 |
| 7/8/2024 | amending 2021 return and 505b letter | Shoob | 1.70 | $ 175.00 | 297.50 |
| 7/9/2024 | review of amended returns | Sussman | 0.70 | $ 365.00 | 255.50 |
| 7/10/2024 | processing 2020,2021 amended returns and 505b letter | Shoob | 3.00 | $ 175.00 | 525.00 |
| 7/10/2024 | processed amended 2020 & 2021 returns | Sussman | 0.50 | $ 365.00 | 182.50 |
| 8/6/2024 | sending change of address form and email | Silver | 0.30 | $ 410.00 | 123.00 |
| 8/12/2024 | assisting | Sussman | 0.40 | $ 365.00 | 146.00 |
| 8/12/2024 | amending 2020 DC return for ERC | Shoob | 1.50 | $ 175.00 | 262.50 |
| 8/19/2024 | assisting | Sussman | 0.30 | $ 365.00 | 109.50 |
| 8/19/2024 | amending 2021 DC return for ERC | Shoob | 0.90 | $ 175.00 | 157.50 |
| 8/28/2024 | review of 2020 DC amended return | Sussman | 1.00 | $ 365.00 | 365.00 |
| 9/10/2024 | going through and printing returns and 505b letter | Shoob | 1.00 | $ 175.00 | 175.00 |
| 9/11/2024 | review process sign and send | Strauss | 1.50 | $ 525.00 | 787.50 |
| 1/13/2025 | sending email requesting form 2s, tax info, etc. | Silver | 0.20 | $ 430.00 | 86.00 |
| 2/26/2025 | start 2024 tax return | Shoob | 0.10 | $ 185.00 | 18.50 |
| 2/27/2025 | 2024 tax return | Shoob | 0.90 | $ 185.00 | 166.50 |
| 6/6/2065 | ERC discussion with Trustee | Strauss | 1.50 | $ 525.00 | 787.50 |
| 4/7/2025 | tax return preparation 2024 | shoob | 3.00 | $ 185.00 | 555.00 |

| Date | Description | Biller | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/7/2025 | tax return preparation; review; collade sign and mail | Strauss | 2.30 | $ 550.00 | 1265.00 |
| | Final tax returns prep | Silver | 3.80 | $ 430.00 | 1634.00 |
| | Final tax returns review | Strauss | 2.40 | $ 550.00 | 1320.00 |
| | 505(b) tax prep and review | Silver | 1.50 | $ 430.00 | 645.00 |
| | collate and review and sign returns | Strauss | 3.00 | $ 550.00 | 1650.00 |
| | Payroll calculations tax withholding | Silver | 4.00 | $ 430.00 | 1720.00 |
| | Establish IRS portal and unemployment | Strauss | 3.00 | $ 550.00 | 1650.00 |
| | Establish MD unemployment and state tax withholding | Strauss | 3.00 | $ 550.00 | 1650.00 |
| | Prepare W2s and 941 quarterly | Silver | 3.00 | $ 430.00 | 1290.00 |
| | Prepare State unemployment | Silver | 2.00 | $ 430.00 | 860.00 |
| | Prepare Federal unemployment 940 | Silver | 2.00 | $ 430.00 | 860.00 |
| | Review tax filings for payroll | Strauss | 3.00 | $ 550.00 | 1650.00 |
| | collate and review and sign returns for payroll | Strauss | 3.00 | $ 550.00 | 1650.00 |
| | IRS communications regarding final returns | Strauss | 3.60 | $ 550.00 | 1980.00 |
| | IRS and state communication regarding payroll tax liabilities | Strauss | 3.60 | $ 550.00 | 1980.00 |
| | | | 116.90 | | 46983.50 |

|  |  |
|---|---|
| Discretionary reduction | -539.00 |
| Processing fee ($100 per return) | $ 500.00 |
| Amount due | $ 46,944.50 |

| **Biller** | **Hourly Rate** | **Hours** | **Amount** |
|---|---|---|---|
| Larry Strauss | $ 550.00 | 26.90 | $ 14,795.00 |
| Larry Strauss | $ 525.00 | 4.80 | $ 2,520.00 |
| Larry Strauss | $ 500.00 | 14.00 | $ 7,000.00 |
| Orly Silver | $ 430.00 | 16.50 | $ 7,095.00 |
| Orly Silver | $ 410.00 | 0.90 | $ 369.00 |
| Orly Silver | $ 390.00 | 7.90 | $ 3,081.00 |
| Sholom dov Sussman | $ 365.00 | 6.20 | $ 2,263.00 |
| Sholom dov Sussman | $ 345.00 | 16.90 | $ 5,830.50 |
| Michael Shoob | $ 185.00 | 4.00 | $ 740.00 |
| Michael Shoob | $ 175.00 | 18.80 | $ 3,290.00 |
| | | | $ 46,983.50 |
| | | 116.90 | |
| Blended rate | | | $ 401.91 |