**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

In re:

Botanical Decorators, Inc.　　　　＊　　Case No.: 22-16223 MCR
　　　　　　　　　　　　　　　　＊　　　　　Chapter 7
　　Debtor(s)　　　　　　　　　　＊
＊　＊　＊　＊　＊　＊　＊　＊　＊　＊　＊　＊　＊

## **ORDER AUTHORIZING DESTRUCTION OF DEBTOR'S BOOKS AND RECORDS**

　　　　Upon the Motion of the Trustee the Court finds:

I.　　Notice was properly given to all parties in interest of the Trustee's intent to abandon the books and records of the Debtor.

II.　　Said Notice advised all parties of the opportunity to obtain such books and records after abandonment, and no party has claimed said documents.

III.　　Said Notice further advised all parties that the Trustee would move this Court for an Order to authorize the destruction of the books and records upon failure of any party to claim said documents.

　　　　No party having claimed said documents, it is

　　　　**ORDERED**, that the Trustee is authorized to destroy the books and records of the Debtor.

cc:

Laura Margulies, Chapter 7 Trustee

**END OF ORDER**