UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Botanical Decorators, Inc. | § | Case No. 22-16223 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that LAURA J. MARGULIES, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
6500 Cherrywood Lane
3rd Floor
Greenbelt, MD  20770

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/24/2025                    By: /s/ Laura J. Margulies
                                                           Trustee

Laura J. Margulies
7050 W. Palmetto Park Rd., Ste. 15-390
Boca Raton, FL 33433

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| In Re: | § | |
|---|---|---|
| | § | |
| Botanical Decorators, Inc. | § | Case No. 22-16223 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 323,414.00 |
| and approved disbursements of | $ | 6,022.83 |
| leaving a balance on hand of[1] | $ | 317,391.17 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 42 | Sandy Spring Bank | $ 10,104.24 | $ 1,010,104.24 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 317,391.17 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Laura Margulies Trustee PC | $ 19,420.70 | $ 0.00 | $ 19,420.70 |
| Trustee Expenses: Laura Margulies Trustee PC | $ 563.91 | $ 0.00 | $ 563.91 |
| Attorney for Trustee Fees: Offit Kurman P.A. | $ 90,758.00 | $ 0.00 | $ 90,758.00 |
| Accountant for Trustee Fees: Larry Strauss, CPA | $ 46,444.50 | $ 0.00 | $ 46,444.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Charges: Clerk, U.S. Bankruptcy Court | $ 2,100.00 | $ 0.00 | $ 2,100.00 |
| Other: Larry Strauss, CPA NA | $ 500.00 | $ 0.00 | $ 500.00 |
| Other: Offit Kurman P.A. | $ 692.02 | $ 0.00 | $ 692.02 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 160,479.13 |
| Remaining Balance | $ 156,912.04 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $99,168.56 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| auto | Internal Revenue Service | $ 4,505.86 | $ 0.00 | $ 4,505.86 |
| auto | Maryland Division of Unemployment Insurance | $ 4,096.22 | $ 0.00 | $ 4,096.22 |
| 9 | Arturo Esquivel * | $ 2,770.50 | $ 0.00 | $ 2,770.50 |
| 10 | Fidel A. Bruno | $ 5,350.00 | $ 0.00 | $ 5,350.00 |
| 11 | Carlos Roberto Cardona Palencia | $ 2,924.00 | $ 0.00 | $ 2,924.00 |
| 12 | Julio Cesar Portillo Hernadez | $ 4,232.00 | $ 0.00 | $ 4,232.00 |
| 13 | Duman H. Gonzalez Hernandez | $ 2,400.00 | $ 0.00 | $ 2,400.00 |
| 14 | Hugo Antonio Melgar | $ 6,080.00 | $ 0.00 | $ 6,080.00 |
| 15 | Juan Antonio Gonzalez-Hernandez | $ 2,898.50 | $ 0.00 | $ 2,898.50 |
| 16 | Juan Enrique Choc Max | $ 2,880.00 | $ 0.00 | $ 2,880.00 |

* To be paid to the US Bankruptcy Court

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 17 | Juan Salam Rax | $ 2,507.50 | $ 0.00 | $ 2,507.50 |
| 18 | Oscar Orlando Martinez Ortiz | $ 3,210.00 | $ 0.00 | $ 3,210.00 |
| 19 | Otto Rene Esquivel Perez | $ 4,000.00 | $ 0.00 | $ 4,000.00 |
| 20 | Sebastian Marvin Salam Chub | $ 2,180.00 | $ 0.00 | $ 2,180.00 |
| 21 | Servio Urrea Ochoa | $ 3,360.00 | $ 0.00 | $ 3,360.00 |
| 22 | Walter Alexander Granados Rodriguez | $ 3,210.00 | $ 0.00 | $ 3,210.00 |
| 23 | Edwin F. Salam Chub | $ 2,344.00 | $ 0.00 | $ 2,344.00 |
| 24 | Isai Vargas Castello | $ 1,666.00 | $ 0.00 | $ 1,666.00 |
| 26 | Cjc And Assoc. T/A Botanical Decor 401(K) Plan | $ 6,026.75 | $ 0.00 | $ 6,026.75 |
| 39 | Brian Hahn | $ 8,191.05 | $ 0.00 | $ 8,191.05 |
| 7 | Joseph And Julie Markoski | $ 3,350.00 | $ 0.00 | $ 3,350.00 |
| 33 | Vicki Star | $ 1,947.70 | $ 0.00 | $ 1,947.70 |
| 34 | Robert And Michelle Labelle | $ 3,350.00 | $ 0.00 | $ 3,350.00 |
| 35 | Stephen Lamontagne | $ 3,350.00 | $ 0.00 | $ 3,350.00 |
| 36 | Shannon And Scott Forchheimer | $ 3,350.00 | $ 0.00 | $ 3,350.00 |
| 41 | Kelly And Edward Donovan | $ 3,350.00 | $ 0.00 | $ 3,350.00 |
| 5 | State Of Maryland DLLR | $ 5,028.65 | $ 0.00 | $ 5,028.65 |
| 47 | Dc Gov"t Office Of Tax And Revenue | $ 609.83 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors   $ 98,558.73

Remaining Balance   $ 58,353.31

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,655,403.62 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Tropical Treehouse Inc. | $ 3,790.92 | $ 0.00 | $ 83.31 |
| 2 | Jack T. Irwin Supply Inc. | $ 33,010.89 | $ 0.00 | $ 725.42 |
| 3 | John And Liza Marshall | $ 875.00 | $ 0.00 | $ 19.23 |
| 4 | U.S. Small Business Administration | $ 512,766.02 | $ 0.00 | $ 11,268.19 |
| 6 | Patrick And Stacia Collins | $ 219,739.00 | $ 0.00 | $ 4,828.83 |
| 7 | Joseph And Julie Markoski | $ 69,279.34 | $ 0.00 | $ 1,522.43 |
| 8 | Johnson Family Enterprises Llc | $ 98,318.95 | $ 0.00 | $ 2,160.59 |
| 9 | Arturo Esquivel * | $ 6,541.00 | $ 0.00 | $ 143.74 |
| 10 | Fidel A. Bruno | $ 11,700.00 | $ 0.00 | $ 257.11 |
| 11 | Carlos Roberto Cardona Palencia | $ 6,848.00 | $ 0.00 | $ 150.49 |
| 12 | Julio Cesar Portillo Hernadez | $ 9,464.00 | $ 0.00 | $ 207.97 |
| 13 | Duman H. Gonzalez Hernandez | $ 5,800.00 | $ 0.00 | $ 127.46 |
| 14 | Hugo Antonio Melgar | $ 13,160.00 | $ 0.00 | $ 289.20 |
| 15 | Juan Antonio Gonzalez-Hernandez | $ 6,797.00 | $ 0.00 | $ 149.37 |
| 16 | Juan Enrique Choc Max | $ 6,760.00 | $ 0.00 | $ 148.55 |
| 17 | Juan Salam Rax | $ 6,015.00 | $ 0.00 | $ 132.18 |
| 18 | Oscar Orlando Martinez Ortiz | $ 7,420.00 | $ 0.00 | $ 163.06 |
| 19 | Otto Rene Esquivel Perez | $ 9,000.00 | $ 0.00 | $ 197.78 |

* To be paid to the Bankruptcy Court

UST Form 101-7-NFR (10/1/2010) *(Page: 5)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 20 | Sebastian Marvin Salam Chub | $ 5,360.00 | $ 0.00 | $ 117.79 |
| 21 | Servio Urrea Ochoa | $ 7,720.00 | $ 0.00 | $ 169.65 |
| 22 | Walter Alexander Granados Rodriguez | $ 7,420.00 | $ 0.00 | $ 163.06 |
| 23 | Edwin F. Salam Chub | $ 5,688.00 | $ 0.00 | $ 125.00 |
| 24 | Isai Vargas Castello | $ 4,332.00 | $ 0.00 | $ 95.20 |
| 25 | Nick And Stephanie Nucci | $ 2,418.58 | $ 0.00 | $ 53.15 |
| 26 | Cjc And Assoc. T/A Botanical Decor 401(K) Plan | $ 2,800.16 | $ 0.00 | $ 61.53 |
| 27 | Alan Kirschenbaum | $ 3,802.44 | $ 0.00 | $ 83.56 |
| 28 | Missy And Marc Isakowitz | $ 6,176.48 | $ 0.00 | $ 135.73 |
| 29 | Menda Fife | $ 1,851.91 | $ 0.00 | $ 40.70 |
| 30 | Bob And Jessica Cronin | $ 69,002.00 | $ 0.00 | $ 1,516.34 |
| 31 | Tnt Environmental, Inc. | $ 4,350.00 | $ 0.00 | $ 95.59 |
| 32 | U.S. Bank Na Dba Elan Financial Services | $ 32,022.63 | $ 0.00 | $ 703.71 |
| 34 | Robert And Michelle Labelle | $ 1,133,390.00 | $ 0.00 | $ 24,906.59 |
| 35 | Stephen Lamontagne | $ 163,182.00 | $ 0.00 | $ 3,585.97 |
| 36 | Shannon And Scott Forchheimer | $ 149,546.05 | $ 0.00 | $ 3,286.32 |
| 37 | Teri A. Manolio | $ 11,962.50 | $ 0.00 | $ 262.88 |
| 38 | Stadler Garden Centers, Inc. | $ 3,505.22 | $ 0.00 | $ 77.03 |
| 40 | Dede And Jim Schumacher | $ 2,401.34 | $ 0.00 | $ 52.77 |
| 41 | Kelly And Edward Donovan | $ 1,091.43 | $ 0.00 | $ 23.98 |
| 42 | Sandy Spring Bank | $ 8,895.76 | $ 0.00 | $ 195.49 |
| 43 | Lucy Tschetter | $ 1,200.00 | $ 0.00 | $ 26.36 |

| | Total to be paid to timely general unsecured creditors | $ | 58,353.31 |
|---|---|---|---|
| | Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $144,451.28 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 44 | Thomas And Dana Lawson | $ 133,240.48 | $ 0.00 | $ 0.00 |
| 45 | Acme Biomass Reduction Inc. D/B/A Pogo T | $ 11,210.80 | $ 0.00 | $ 0.00 |

| | Total to be paid to tardy general unsecured creditors | $ | 0.00 |
|---|---|---|---|
| | Remaining Balance | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Laura J. Margulies
Trustee

*Laura J. Margulies*
*7050 W. Palmetto Park Rd., Ste. 15-390*
*Boca Raton, FL 33433*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.