IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In re:

    Botanical Decorators, Inc.        \*    Case No: 22-16223 MCR
                                                \*    Chapter 7
        Debtor(s)                      \*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**AMENDED CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 25, 2025, a copy of the Notice of Trustee's Final Report (NFR), Application for Compensation for Trustee's Attorney, Application for Compensation for Trustee's Accountant, and Application for Compensation for Trustee concerning the above-captioned Debtor, was served by first class mail, postage prepaid to: the Office of the United States Trustee, 6305 Ivy Lane, Ste. 600, Greenbelt, MD 20770; to the Debtor, Botanical Decorators, Inc., P.O. Box 60833, Potomac, MD 20859, and to all creditors or parties in interest as listed on the attached Court Mailing Matrix; and the foregoing Notice was served electronically via CM/ECF to the Debtor's attorney, Maurice B. Verstandig, Esq., mac@mbvesq.com.

I HEREBY CERTIFY that on June 25, 2025, the Application to Destroy Books and Records was mailed first class, postage prepaid to: the Office of the United States Trustee, 6305 Ivy Lane, Ste. 600, Greenbelt, MD 20770; to the Debtor, Botanical Decorators, Inc., P.O. Box 60833, Potomac, MD 20859; and the foregoing Application was served electronically via CM/ECF to the Debtor's attorney, Maurice B. Verstandig, Esq., mac@mbvesq.com.

Dated: June 25, 2025                            Respectfully submitted,

                                                        /s/ Laura J. Margulies
                                                        Laura J. Margulies
                                                        7050 W. Palmetto Park Rd, Ste 15-390
                                                        Boca Raton, FL 33433
                                                        (301) 483-9800
                                                        trustee@law-margulies.com