IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| In Re: | * | |
| Botanica Decorators, Inc. | * | Case No. 22-16223 MCR |
| | | Chapter 7 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO APPROVE SETTLEMENT

Laura J. Margulies, the Chapter 7 Trustee in the above-captioned bankruptcy estate, by and through her counsel, Laura J. Margulies, Esq. and Laura Margulies Trustee, PC, respectfully requests that this Court approve a settlement for the Trustee to pay the Court the sum of $3,371.10 for the Claim of Arturo Esquivel, and for reasons therefore states as follows:

1. The Trustee filed a Complaint for Interpleader on May 16, 2025, Adversary Proceeding No. 25-127, seeking to turn over to the Court the funds attributed to Claim Number 9, Arturo Esquivel, filed by his attorney Michael K. Amster, Esquire, to the Court.

2. Mr. Amster, Esquire, on behalf of his client, Mr. Esquivel, has consented to the turn over of the funds to the Court in the amount of $3,371.10, as seen in the attached Consent Order.

3. The Trustee believes this settlement to be fair and reasonable.

WHEREFORE, the Trustee prays that the proposed settlement as set forth above, be approved, and for such other relief as the Court deems just and proper.

Respectfully submitted,

/s/ Laura J. Margulies
Laura J. Margulies,# 06585
7050 W. Palmetto Park Rd,
Ste. 15-390
Boca Raton, FL 33433
(301) 483-9800
trustee@law-margulies.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on I hereby certify that on July 10, 2025, a copy of the foregoing Motion, Notice and the proposed Order, was mailed by first class mail, postage prepaid to all parties in interest on the Mailing Matrix and to:

Office of the U.S. Trustee
6305 Ivy Lane, #600
Greenbelt, MD 20770

Arturo Esquivel
c/o Michael K. Amster, Esquire
8757 Georgia Avenue, Ste. 400
Silver Spring, MD 20910

                                                                                   /s/ Laura J. Margulies
                                                                                    Laura J. Margulies