IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| In Re: | * | |
| Botanica Decorators, Inc. | * | Case No. 22-16223 MCR |
| | | Chapter 7 |
| Debtor | * | |

* * * * * * * * * * * * *

TO: The U.S. Trustee, Debtor(s) and Parties in Interest:

**Notice** is hereby given that, pursuant to Rule 9019, any creditors or other parties in interest having objections to the proposed compromise may file the same with the Clerk of the United States Bankruptcy Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, MD 20770 and serve a copy on the undersigned and with the U.S. Trustee's Office, 6305 Ivy Lane, Suite 600, Greenbelt, MD  20770 within twenty-one (21) days of the mailing of this notice. In the event that an objection is filed, the Clerk of the Court may schedule a hearing on the objections. If no objections are filed, the motion may be acted upon without a hearing.

Respectfully submitted,

**Laura Margulies Trustee, P.C.**

/s/ Laura J. Margulies
Laura J. Margulies,# 06585
7050 W. Palmetto Park Rd,
Ste. 15-390
Boca Raton, FL 33433
(301) 483-9800
trustee@law-margulies.com