| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 22-16223<br>District of Maryland<br>Greenbelt<br>Thu Jul 10 08:41:43 EDT 2025 | Botanical Decorators, Inc.<br>P.O. Box 60833<br>Potomac, MD 20859-0833 | Johnson Family Enterprises, LLC<br>c/o Catherine Keller Hopkin, Esquire<br>YVS Law, LLC<br>185 Admiral Cochrane Drive, Suite 130<br>Annapolis, MD 21401-7582 |
| Sandy Spring Bank<br>Henry & O'Donnell, P.C.<br>c/o Kevin M.O'Donnell<br>300 N. Washington St., Ste. 204<br>Alexandria, VA 22314-2530 | US Trustee - Greenbelt 11<br>6305 Ivy Lane, Suite 600<br>Greenbelt, MD 20770-6305 | AFS Geo Consultants, LLC<br>7820 Lakeland Valley Drive<br>Springfield, VA 22153-4105 |
| Acme Biomass Reduction Inc. d/b/a Pogo T<br>17328 Georgia Avenue<br>Olney, MD 20832-2432 | Alan Kirschenbaum<br>3211 Rowland Pl., NW<br>Washington, DC 20008-3224 | Amwins Connect Administrators<br>P.O. Box 64802<br>Baltimore, Maryland 21264-4802 |
| Anil Nathan<br>407 Deer Meadow Lane<br>Rockville, MD 20850-5824 | Anne and Michael Donohoe<br>6106 Edgewood Terrace<br>Alexandria, VA 22307-1125 | Arturo Esquivel<br>Michael K. Amster, Esq.<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, MD 20910-3738 |
| Autumn and Jim Vandehei<br>418 West Braddock Road<br>Alexandria, VA 22302-4209 | Bank of America<br>Attn: Bankruptcy Department<br>475 Cross Point Parkway P.O. Box 9000<br>Getzville, NY 14068-9000 | Banner Life Insurance Company<br>3275 Bennett Creek Avenue<br>Frederick, Maryland 21704-7608 |
| Barbara Sable<br>9601 Hall Road<br>Potomac, MD 20854-4344 | Barbara Silverstein<br>3211 Rowland Place NW<br>Washington, DC 20008-3224 | Barclays<br>P.O. Box 70378<br>Philadelphia, PA 19176-0378 |
| Bellwether Insurance Partners LLP<br>50 Citizens Way<br>Suite 204<br>Frederick, MD 21701-6024 | Bill and Lisa McGlone<br>4521 32nd Road N.<br>Arlington, VA 22207-4466 | Bob and Jessica Cronin<br>3205 Woodbine Street<br>Chevy Chase, MD 20815-3929 |
| Brian Hahn<br>18515 Yarnbrooke Place<br>Olney, MD 20832-1878 | Brian Seigle<br>519 Canterbury Land<br>Alexandria, VA 22314-4747 | Bruce McCulloch<br>206 Lloyds Lane<br>Alexandria, VA 22302-3707 |
| CJC and Assoc. T/A  Botanical Decor 401(k) P<br>1335 East- West Highway, Suite 200<br>Silver Spring, MD 20910-6253 | Caren Glassman<br>10300 Crown Point Court<br>Potomac, MD 20854-3901 | Carlos Cardona<br>5826 Humblebee Road<br>Columbia, MD 21045-3505 |
| Carlos Roberto Cardona Palencia<br>c/o Michael K. Amster, Esq.<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, MD 20910-3738 | Carolyn and Jamie Butler<br>5053 Glenbrook Terrace NW<br>Washington, DC 20016-2602 | Catherine and Richard Singleton<br>7109 44th Street<br>Chevy Chase, MD 20815-6038 |

| | | |
|---|---|---|
| Chad and Murrell<br>9524 Mount Vernon Landing<br>Alexandria, VA 22309-3223 | Charles and Kristin Gorelik<br>1900 Pimmit Drive<br>Falls Church, VA 22043-1111 | Chris and Katie Grasso<br>407 Virginia Avenue<br>Alexandria, VA 22302-2910 |
| Christopher Cahill<br>13312 Drews Lane<br>Potomac, MD 20854-1033 | Christopher and Richard Cahill<br>13312 Drews Lane<br>Potomac, MD 20854-1033 | Claire and David Patenaude<br>1505 North Gate Road<br>Washington, DC 20012-1219 |
| Colleen Broulette<br>7724 Lee Avenue<br>Alexandria, VA 22308-1003 | Comcast<br>PO Box 70219<br>Philadelphia, PA 19176-0219 | Comcast Corporation<br>1701 JFK Boulevard<br>Philadelphia, PA 19103-2899 |
| Commonwealth of Virginia<br>Virginia Workers Compensation Commission<br>333 E. Franklin Street<br>Richmond, VA 23219-2213 | (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>7 ST PAUL STREET SUITE 230<br>BALTIMORE MD 21202-1626 | DC GOV'T OFFICE OF TAX AND REVENUE<br>PO BOX 75520<br>WASHINGTON, DC 20013-0520 |
| Dana and Tom Lawson<br>14008 Triadelphia Road<br>Glenelg, MD 21737-9731 | Daniels, Newman & Armstrong<br>2729 Eva Court<br>Bethlehem, GA 30620-7639 | Danine and Brian Gray<br>2076 Maidstone Farm Road<br>Annapolis, MD 21409-6053 |
| David Schwarz<br>1732 Willard Street NW<br>Washington, DC 20009-1719 | David and Jacqui Weisman-Michel<br>212 S. Fairfax Street<br>Alexandria, VA 22314-3304 | Dede and Jim Schumacher<br>9113 Potomac Station Lane<br>Potomac, MD 20854-3906 |
| Don and Debbie Milder<br>18606 Reliant Drive<br>Gaithersburg, MD 20879-5422 | Duman H. Gonzalez Hernandez<br>2105 Guilford Road, Apt. 301<br>Hyattsville, MD 20783-4114 | Duman H. Gonzalez Hernandez<br>c/o Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, MD 20910-3738 |
| Edwin F. Salam Chub<br>2204 Phelps Road, Apt. 203<br>Hyattsville, MD 20783-4449 | Edwin F. Salam Chub<br>c/o Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, MD 20910-3738 | Emily Goetzman<br>10300 Crown Point Court<br>Potomac, MD 20854-3901 |
| Erie Indemnity Co. d/b/a Erie Insurance<br>100 Erie Place<br>Erie, PA 16530-0001 | Ernest Maier, Inc.<br>4700 Annapolis Road<br>Bladensburg, MD 20710-1292 | Express Lanes<br>P.O. Box 23530<br>Alexandria, VA 22304-0531 |
| Express Lanes<br>c/o JP Morgan Chase Bank, N.A.<br>P.O. Box 28148<br>New York, NY 10087-8148 | Exterior Design, Inc. d/b/a The Perennia<br>12017 Glen Arm Road<br>Glen Arm, MD 21057-9454 | Fabricio and Paola Longhin<br>2962 Chain Bridge Road<br>Washington, DC 20016-3408 |

| | | |
|---|---|---|
| False Alarm Reduction Section<br>Department of Police<br>PO Box 83399<br>Gaithersburg, Maryland 20883-3399 | Fidel A. Bruno<br>Michael K. Amster, Esq.<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, MD 20910-3738 | Group Benefits Services, Inc. d/b/a Amwi<br>6 North Park Drive, Suite 310<br>Cockeysville, MD 21030-1821 |
| Hanover Farms Inc.<br>13262 Spring Road<br>Rockville, VA 23146-1502 | Hershell Kleinberg-Lisa Cohen<br>4555 Magnolia Manor Way<br>Alexandria, VA 22312-1400 | Hugo Antonio Melgar<br>c/o Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, MD 20910-3738 |
| Hugo Melgar<br>3942 Bel Pre Road, Apartment #3<br>Silver Spring, MD 20906-2835 | Incorp<br>3773 Howard Hughes Parkway<br>Suite 500S<br>Las Vegas, Nevada 89169-6014 | Isai Vargas Castello<br>382 North Summit Avenue Apt. 101<br>Gaithersburg, MD 20877-3112 |
| Isai Vargas Castello<br>c/o Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, MD 20910-3738 | JK Enterprise Landscape Supply, LLC<br>15900 Lee Highway<br>Centreville, VA 20120-2137 | JK Enterprise Landscape Supply, LLC<br>PO Box 80<br>Clifton, VA 20124-0080 |
| JP and Bird Bishop<br>11222 Kinsale Court<br>Ellicott City, MD 21042-6132 | Jack T. Irwin Supply Inc.<br>601 East Gude Drive<br>Rockville, MD 20850-1327 | Jacob Vogelstein<br>4317 Murdock Mill Road NW<br>Washington, DC 20016-4533 |
| James Rutledge<br>6104 Landon Lane<br>Bethesda, MD 20817-6620 | Jason and Shelly Stoneman<br>4404 20th Road N<br>Arlington, VA 22207-2345 | Jay Hess<br>2300 N. Nottingham Street<br>Arlington, VA 22205-3343 |
| Jennifer and Tim Adams<br>7001 Benjamin Street<br>Mc Lean, VA 22101-1550 | Jessica and Bob Einhorn<br>2861 Brandywine Street NW<br>Washington, DC 20008-2164 | Jin and Jen Shank<br>10819 Avonlea Ridge Place<br>Damascus, MD 20872-1840 |
| Joe Williams<br>7404 Meadow Lane<br>Chevy Chase, MD 20815-5008 | Joe and Corry Rodgers<br>4111 Stanford Street<br>Chevy Chase, MD 20815-5213 | Joe and Mary Alexandre<br>502 Lloyds Lane<br>Alexandria, VA 22302-3713 |
| John and Elizabeth Siegle<br>214 W. Alexandria Avenue<br>Alexandria, VA 22302-4201 | John and Liza Marshall<br>2304 N. Nottingham Street<br>Arlington, VA 22205-3343 | Johnson Family Enterprises LLC<br>PO Box 341207<br>Bethesda, MD 20827-1207 |
| Joseph and Julie Markoski<br>210 Woodland Terrace<br>Alexandria, VA 22302-2913 | Juan Antonio Gonzalez-Hernandez<br>c/o Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, MD 20910-3738 | Juan Enrique Choc Max<br>c/o Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, MD 20910-3738 |

| | | |
|---|---|---|
| Juan Gonzalez-Hernandez<br>2105 Guilford Road, Apt. 301<br>Hyattsville, MD 20783-4114 | Juan Salam Rax<br>2204 Phelps Road, Apt. 203<br>Hyattsville, MD 20783-4449 | Juan Salam Rax<br>c/o Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, MD 20910-3738 |
| Judith and Richard Morrissey<br>2723 N Street NW<br>Washington, VA 20007-3324 | Julia and Jacob Vogelstein<br>4317 Murdock Mill Road NW<br>Washington, DC 20016-4533 | Julia and Joe Markoski<br>210 Woodland Terrace<br>Alexandria, VA 22302-2913 |
| Julio Cesar Portillo Hernadez<br>c/o Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, MD 20910-3738 | Julio Portillo Hernadez<br>5826 Humblebee Rd<br>Columbia, MD 21045-3505 | Karen and John Walker<br>1101 Finley Lane<br>Alexandria, VA 22304-1953 |
| Kelly and Ed Donovan<br>911 Vicar Lane<br>Alexandria, VA 22302-3422 | Kelly and Edward Donovan<br>911 Vicar Lane<br>Alexandria, VA 22302-3422 | Kendall Day<br>5420 Sherier Place NW<br>Washington, DC 20016-2562 |
| Kendall Day & Danielle Baussan<br>5420 Sherier Place NW<br>Washington, DC 20016-2562 | Kevin and Tracy Durkin<br>3908 Seminary Road<br>Alexandria, VA 22304-1735 | Key Sanitation Incorporated<br>PO Box 163<br>Dickerson, Maryland 20842-0163 |
| Kristen and Peter Chadwick<br>601 President Ford Lane<br>Alexandria, VA 22302-3033 | Kurk and Kristen Blaylock<br>609 West Braddock Road<br>Alexandria, VA 22302-4104 | Lauren Maddox<br>913 St Stephens Road<br>Alexandria, VA 22304-1724 |
| Lucy Tschetter<br>3708 South 8th Street<br>Arlington, VA 22204-1528 | Malicia and John Kromer<br>2600 Russell Road<br>Alexandria, VA 22301-1540 | Maryland Department of Labor<br>Div. of Labor & Industry<br>10946 Golden West Drive<br>Suite 160<br>Hunt Valley, Maryland 21031-1308 |
| Maryland Department of Labor<br>Division of Occupational<br>and Professional Licensing<br>1100 N Eutaw Street<br>Room 300<br>Baltimore, Maryland 21201-2226 | Maryland Department of Labor<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street<br>Room 404<br>Baltimore, Maryland 21201-2226 | Maryland Department of Transportation<br>6601 Ritchie Highway, N.E.<br>Glen Burnie, Maryland 21062-1000 |
| (p)MARYLAND TRANSPORTATION AUTHORITY<br>2310 BROENING HIGHWAY<br>BALTIMORE MD 21224-6673 | Menda Fife<br>4910 Loughboro Road<br>Washington, DC 20016-3457 | Meredith and Andrew Reinsdorf<br>7613 Woodridge Circle<br>Alexandria, VA 22308-1060 |
| Missy and Marc Isakowitz<br>3198 Pond Mist Way<br>Herndon, VA 20171-1905 | Montgomery County Sanitation<br>P.O. Box 115<br>Dickerson, MD 20842-0115 | Morgan Washburn<br>168 West Hall Street<br>Bel Air, MD 21014-2834 |

| | | |
|---|---|---|
| Nancy O'Connor<br>4004 Rosemary Street<br>Chevy Chase, MD 20815-5222 | Nancy and Steven Smith<br>701 South Royal Street<br>Alexandria, VA 22314-4309 | Nazia Karimi<br>5817 Doyle Road<br>Clifton, VA 20124-1308 |
| Nick and Stephanie Nucci<br>16032 Fields End Court<br>Woodbine, MD 21797-7542 | Oscar Orlando Martinez Ortiz<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, MD 20910-3738 | Oscar Orlando Martinez Ortiz<br>c/o Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, MD 20910-3738 |
| Otto Rene Esquivel Perez<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, MD 20910-3738 | Otto Rene Esquivel Perez<br>c/o Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, MD 20910-3738 | PAM  VA DOT<br>PO Box 500<br>Horseheads, NY 14845-0500 |
| Patrick and Amber Tofilon<br>4841 Langdrum Lane<br>Chevy Chase, MD 20815-5412 | Patrick and Stacia Collins<br>c/o Bean, Kinney & Korman, P.C.<br>Attn: Andrea C. Davison<br>2311 Wilson Boulevard, 5th Floor<br>Arlington, VA 22201-5422 | Phil and Dawn Garrett<br>1416 Janneys Lane<br>Alexandria, VA 22302-3807 |
| Potomac Pure Water Inc. d/b/a Endless Wa<br>7901 Beechcraft Avenue, Suite 5<br>Gaithersburg, MD 20879-1582 | Potters Potties LLC<br>2329 Hoffman Circle<br>Warrenton, VA 20187-7808 | Ramirez Fence, LLC<br>41141 John Mosby Highway<br>Aldie, VA 20105-2303 |
| Rentals Unlimited, Inc.<br>14925 Southlawn Lane<br>Rockville, MD 20850-1322 | Robert and Michelle LaBelle<br>9893 Windy Hollow Road<br>Great Falls, VA 22066-3552 | Sams Creek Construction<br>2810 Sams Creek Road<br>New Windsor, MD 21776-8009 |
| Sandy Spring Bank<br>17801 Georgia Avenue<br>Olney, MD 20832-2267 | Sandy Spring Bank<br>Attn: Diana Wigginton, VP<br>6831 Benjamin Franklin Drive<br>Columbia, MD 21046-2633 | Sebastian Marvin Salam Chub<br>2204 Phelps Road, Apt. 203<br>Hyattsville, MD 20783-4449 |
| Sebastian Marvin Salam Chub<br>c/o Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, MD 20910-3738 | Servio Urrea Ochoa<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, MD 20910-3738 | Servio Urrea Ochoa<br>c/o Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, MD 20910-3738 |
| Shannon and Mike Dubke<br>7707 Ridgecrest Drive<br>Alexandria, VA 22308-1052 | Shannon and Scott Forchheimer<br>6808 Millwood Road<br>Bethesda, MD 20817-6060 | Site One Supply LLC<br>7913 Cessna Ave F<br>Gaithersburg, MD 20879-4139 |
| Stadler Garden Centers, Inc.<br>5504 Mt. Zion Road<br>Frederick, MD 21703-4500 | Stadler Garden Centers, Inc.<br>P.O. Box 11<br>Braddock Heights, Maryland 21714-0011 | Stadler Nursery<br>6815 Olney Laytonsville Road<br>Gaithersburg, MD 20882 |

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2226

Stephen LaMontagne
888 17th Street, NW, Suite 1200
Washington, DC 20006-3320

Steve Lamontagne
1000 Murphy Drive
Great Falls, VA 22066-1935

Sussan Corcoran-Early
616 S Fairfax Street
Alexandria, VA 22314-3834

(p)T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

TNT Environmental, Inc.
4455 Brookfield Corporate Drive,
Suite 100
Chantilly, VA 20151-1670

Taxing Authority of Montgomery County
Division of Treasury
255 Rockville Pike, Ste.  L-15
Rockville, MD 20850-4188

Taylor and Charlotte Chess
5111 Brookridge Place
Fairfax, VA 22030-4506

Teri A. Manolio
6004 Melvern Drive
Bethesda, MD 20817-2512

Teri Manolio
6004 Melvern Drive
Bethesda, MD 20817-2512

The Perennial Farm
12017 Glen Arm Road
Glen Arm, Maryland 21057-9454

The Retirement Advantage, Inc.
11408 Cronridge Drive, Suite 1
Owings Mills, MD 21117-2237

Thomas and Dana Lawson
14008 Triadelphia Rd
Glenelg MD 21737-9731

Thu and Attticus Weller
1216 Morningside Lane
Alexandria, VA 22308-1041

Timur Tunador
6426 79th Street
Cabin John, MD 20818-1613

Tom and Carla Crawford
601 Lloyds Lane
Alexandria, VA 22302-3716

Tom and Kerri Morey
11724 Wood Thrush Lane
Potomac, MD 20854-1442

TriStar Electric, Inc.
2979 Jessup Road
Jessup, MD 20794-9724

Tropical Treehouse Inc.
501 Courthouse Road
Richmond, VA 23236-3114

U.S. Bank NA dba Elan Financial Services
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108

U.S. Small Business Administration
200 West Santa Ana Blvd., Ste 740
Santa Ana, CA 92701-7534

U.S. Small Business Administration
409 3rd Street SW
Washington, DC 20416-0002

United States Department of Labor EBSA WDO
1335 East-West Highway, Suite 200
Silver Spring, MD 20910-6253

Universal Consulting Services, Inc. d/b/
3975 Fair Ridge Drive
Fairfax, VA 22033-2951

VA Dept. of Transportation (EZPass VA)
1401 E. Broad Street
Richmond, VA 23219-2000

Vicki Star
9805 Woodford Road
Potomac, MD 20854-5033

Volvo Financial Services
P.O. Box 91300
Mobil, AL 36691-1300

Vonage America, LLC
23 Main Street
Holmdel, NJ 07733-2136

WM. E. Babikow Sons, Inc.
7838?Babikow?Road
Rosedale, MD 21237

Walnut Spring Nursery, Inc.
14812 Burntwoods Road
Glenwood, MD 21738-9605

| | | |
|---|---|---|
| Walter Alexander Granados Rodriguez<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, MD 20910-3738 | Walter Alexander Granados Rodriguez<br>c/o Michael K. Amster, Esq.<br>8757 Georgia Avenue, Ste. 400<br>Silver Spring, MD 20910-3738 | William P. McGrath, Jr.<br>888 17th Street, NW, Suite 1200<br>Washington, DC 20006-3320 |
| James Hoffman<br>4800 Montgomery Lane<br>Bethesda, MD 20814-3429 | Larry Strauss Esq.<br>CPA & Associates, Inc.<br>2310 Smith Avenue<br>Baltimore, MD 21209-2611 | Laura J. Margulies<br>Laura Margulies, Trustee<br>7050 W. Palmetto Park Road<br>Suite 15-390<br>33433<br>Boca Raton, FL 33433-3426 |
| Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>9812 Falls Road<br>#114-160<br>Potomac, MD 20854-3976 | Nick Arrington<br>N. T. Arrington<br>P.O. Box 738<br>Gainesville, VA 20156-0738 | Scott and Shannon Forchheimer<br>6808 Millwood Road<br>Bethesda, MD 20817-6060 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201 | Maryland Transportation Authority<br>PO Box 12853<br>Philadelphia, PA 19176 | T-Mobile<br>P.O. Box 53410<br>Bellevue, WA 98015 |

(d)T-Mobile
PO Box 629025
El Dorado Hills, CA 95762


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Volvo Car Financial Services US, LLC | (u)Beau and Carrie Schuyler<br>INVALID ADDRESS PROVIDED | (u)Land Engineering, PLC<br>INVALID ADDRESS PROVIDED |


End of Label Matrix
Mailable recipients    188
Bypassed recipients      3
Total                  191