IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MARYLAND

Greenbelt Division

| | | |
|---|---|---|
| In Re: | * | |
| Botanica Decorators, Inc. | * | Case No. 22-16223 MCR |
| | | Chapter 7 |
| Debtor | * | |
| * * * * * * * * * | * * * * * * | |
| Laura J. Margulies, Trustee | * | |
| Plaintiff | * | |
| vs. | * | Adv. Pro. No. 25-00127 |
| Arturo Esquivel | * | |
| c/o Michael K. Amster, Esq. | * | |
| Defendant | * | |
| _____ | * | |

**<u>CONSENT JUDGMENT</u>**

Upon consideration of the Complaint filed by Plaintiff, Laura J. Margulies, Chapter 7

Trustee, and the consent of Defendant, Arturo Esquivel, by his attorney, Michael K. Amster,

Esquire, it is hereby

ORDERED, that judgment in favor of the Chapter 7 Trustee, Laura J. Margulies, be entered and that the Trustee may transfer the sum of $3,371.10 to the Court for payment of Claim Number 9 on behalf of the Defendant, and Defendant may subsequently file a petition with the Court regarding his entitlement to said funds.

<u>CERTIFICATION OF CONSENT</u>

I hereby certify that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original consent order.

<u>s/ Laura J.Margulies</u>

Laura J. Margulies, Esq.

**CONSENTED TO:**

<u>/s/ Michael K. Amster, Esq.</u>

Michael K. Amster, Esq.

Attorney for Defendant

<u>/s/  Laura J. Margulies</u>

Laura J. Margulies, Esq., (06585)

cc:

Laura J. Margulies

Trustee@law-margulies.com

Michel K. Amster, Esq.

8757 Georgia Ave., #400

Silver Spring, MD 20910