United States Bankruptcy Court
District of Maryland

In re:  Case No. 22-16223-MCR
Botanical Decorators, Inc.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 24, 2025 | Form ID: pdfparty | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Botanical Decorators, Inc., P.O. Box 60833, Potomac, MD 20859-0833 |
| sp | + | James Hoffman, 4800 Montgomery Lane, Bethesda, MD 20814-3429 |
| acc | + | Larry Strauss, Esq., CPA & Associates, Inc., 2310 Smith Avenue, Baltimore, MD 21209-2611 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Jul 24 2025 19:31:00 | US Trustee, c/o Jeanette Rice, Esq., 6305 Ivy Lane; Suite 600, Greenbelt, MD 20770-6305 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 26, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Craig Palik | cpalik@mhlawyers.com<br>cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,mevans@mhlawyers.com,cmartin@mhlawyers.com |
| Daniel J. Pesachowitz | dpesacho@siwpc.com |

District/off: 0416-0                          User: admin                                Page 2 of 2
Date Rcvd: Jul 24, 2025                       Form ID: pdfparty                          Total Noticed: 4

| | |
|---|---|
| | rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Diana Carolina Valle | diana.valle@vallelawfirm.com  3517448420@filings.docketbird.com |
| Douglas Robert Gorius | dgorius.esq@comcast.net  douglasgorius@gmail.com,jaworskilaw@comcast.net,r44444@notify.bestcase.com |
| James M. Hoffman | jhoffman@offitkurman.com  mmargulies@offitkurman.com |
| John McKenna | jackmckenna@asm-law.com |
| Justin Philip Fasano | jfasano@mhlawyers.com<br>jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |
| Kevin M. O'Donnell | kmo@henrylaw.com  mbp@henrylaw.com,jtm@henrylaw.com,odonnell.kevinb@notify.bestcase.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Laura J. Margulies | ecf@law-margulies.com  r54647@notify.bestcase.com |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 12

Entered: July 24th, 2025
Signed: July 23rd, 2025

**SO ORDERED**

No opposition filed.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| IN RE:<br>BOTANICAL DECORATORS, INC.<br><br>Debtor(s) | Case No. 22-16223-MCR<br><br>CHAPTER 7 |

## ORDER APPROVING
### (A) TRUSTEE'S COMPENSATION AND REIMBURSEMENT OF EXPENSES AND
### (B) COMPENSATION OF TRUSTEE'S COUNSEL AND REIMBURSEMENT EXPENSES

Before the Court for consideration are the following applications for compensation and expenses (the "Applications") filed herein by:

| APPLICANT | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Laura Margulies Trustee PC<br>Trustee's Compensation | $19,420.70 | $563.91 |
| Offit Kurman P.A.<br>Attorney for Trustee | $90,758.00 | $692.02 |
| Larry Strauss, CPA<br>Accountant for Trustee | $46,444.50 | $0.00 |
| Larry Strauss, CPA<br>Other Professional's | $0.00 | $500.00 |

It appearing to the Court that notice of the Applications was duly given to all parties in interest, that no objection to the Applications was filed timely, that the Applications have been reviewed by the United States Trustee, and that the Applications should be approved, it is hereby, by the United States Bankruptcy Court for the District of Maryland,

ORDERED that the compensation and expenses as hereinabove set out be allowed in the amounts requested in the Applications.

**COPIES TO:**

Laura Margulies Trustee Pc
Chapter 7 Trustee
7050 W. Palmetto Park Rd., Ste. 15-390
Boca Raton, FL 33433


Jeanette Rice, Esq.
Assistant U.S. Trustee
Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20877

                                       **\*\*\*END OF ORDER\*\*\***