

## NOTICE OF ASSIGNMENT

For good and valuable consideration, the undersigned, Arturo Esquivel ("Assignor"), hereby, assigns, conveys and transfers over and unto Dilks & Knopik, LLC ("Assignee"), any and all of right, title and interest in and to the below referenced funds/claim(s).

The Assigned funds/claim(s):

Debtor: Botanical Decorators, Inc.
Court: United States Bankruptcy Court - District of Maryland
Case Number: 22-16223
Chapter: 7
Claim: 9
Original Creditor: Arturo Esquivel

FUNDS/CLAIM(S) ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the Tuesday, August 19, 2025.

Arturo Esquivel

*Arturo Esquivel Peret*
Signature

08/25/25