United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 22-16223-MCR |
| Botanical Decorators, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 12, 2025 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| 32125794 | + Arturo Esquivel, Michael K. Amster, Esq., 8757 Georgia Avenue, Suite 400, Silver Spring, MD 20910-3738 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2025             Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Craig Palik | cpalik@mhlawyers.com<br>cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,mevans@mhlawyers.com,cmartin@mhlawyers.com |
| Daniel J. Pesachowitz | dpesacho@siwpc.com<br>rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Diana Carolina Valle | diana.valle@vallelawfirm.com  3517448420@filings.docketbird.com |
| Douglas Robert Gorius | dgorius.esq@comcast.net  douglasgorius@gmail.com,jaworskilaw@comcast.net,r44444@notify.bestcase.com |
| James M. Hoffman | jhoffman@offitkurman.com  mmargulies@offitkurman.com |

| District/off: 0416-0 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 12, 2025 | Form ID: trc | Total Noticed: 1 |

John McKenna
    jackmckenna@asm-law.com

Justin Philip Fasano
    jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com

Kevin M. O'Donnell
    kmo@henrylaw.com mbp@henrylaw.com,jtm@henrylaw.com,odonnell.kevinb@notify.bestcase.com

L. Jeanette Rice
    Jeanette.Rice@usdoj.gov USTPRegion04.GB.ECF@USDOJ.GOV

Laura J. Margulies
    ecf@law-margulies.com r54647@notify.bestcase.com

Maurice Belmont VerStandig
    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

US Trustee - Greenbelt
    USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 12

2100 B (12/15)

# United States Bankruptcy Court
## District of Maryland

Case No. 22-16223
Chapter 7

In re: Debtor(s) (including Name and Address)

Botanical Decorators, Inc.
P.O. Box 60833
Potomac MD 20859

## NOTICE OF PROPOSED TRANSFER OF CLAIM

Pursuant to Federal Bankruptcy Rule 3001 (e)(2) or (4), notice is hereby given that the Court has received a notice of transfer of your claim.  A copy of the document received by this Court transferring your claim is included with this Notice.  Please read the document carefully to insure its authenticity and accuracy.

**Name and Address of Alleged Transferor(s):**

Claim No. 9: Arturo Esquivel, Michael K. Amster, Esq., 8757 Georgia Avenue, Suite 400, Silver Spring, MD  20910

**Name and Address of Transferee:**

Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

## -- DEADLINE TO OBJECT TO TRANSFER --

No action is required if you do not object to the transfer of your claim.  If you object to the transfer of your claim you must file a written objection within twenty-one (21) days after the date of this notice with the Court.

Date:   09/14/25

Mark A. Neal
**CLERK OF THE COURT**