| Fill in this Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Botanical Decorators, Inc.** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the District of Maryland | | | |
| Case number: | 22-16223 | | |

## Form 1340 (12/23

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

| Amount: | $2,914.24 |
|---|---|
| Claimant's Name: | Dilks & Knopik, LLC |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 35308 SE Center Street<br>Snoqualmie, WA 98065<br>425-836-5728<br>admin@dkllc.com |
| Reason Funds Were Not Received by Claimant | It is possible the check went to the attorney who filed the claim on Arturo Esquivel's behalf; however, Arturo Esquivel doesn't know why he didn't received the check. |

### 2. Claimant Information

Applicant[2] represents the following:

☐ The Claimant is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒ The Claimant (Successor Claimant) is entitled to the unclaimed funds by transfer, assignment, purchase, merger, acquisition, or succession by other means, and below are the name(s) of the Owner of Record and all previous owner(s) of the claim:

Arturo Esquivel

☒ If the Claimant is a Successor Claimant, Applicant has sent a copy of the application to the Owner of Record and all other previous owner(s) of the claim at their current address or Applicant has enclosed a statement explaining why Applicant was not able to do so or an explanation of why doing so is not necessary.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

3. **Applicant Information**

Applicant represents the following:

☒ Applicant is the Claimant.

☐ Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

4. **Supporting Documentation**

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation, including separate affidavit, with this application.

5. **Notice to United States Attorney**

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney for the District of Maryland
36 S. Charles Street
Baltimore, MD, 21201

| 6. Applicant Declaration | 6. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152. |
| Date: September 16, 2025 *[signature]* Signature of Applicant Brian J Dilks – Member Dilks & Knopik, LLC  35308 SE Center Street Snoqualmie, WA 98065 425-836-5728 admin@dkllc.com | Date: _____  _____ Signature of Co-Applicant (if applicable)  _____ Printed Name of Co-Applicant (if applicable)  Address: Telephone: _____ Email: _____ |

| 7. Notarization | 7. Notarization |
|---|---|
| STATE OF <u>WASHINGTON</u><br><br>COUNTY OF <u>KING</u><br><br>This Application for Unclaimed Funds, dated <u>09/16/2025</u> was subscribed and sworn to before me this <u>16th</u> day of <u>September</u>, 20<u>25</u> by <u>Brian J Dilks</u> who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.<br><br>(SEAL)    Notary Public: _____<br>                             Matthew Zettley<br><br>My commission expires: <u>February 19, 2026</u><br><br>[SEAL: MATTHEW ZETTLEY NOTARY PUBLIC #197679 STATE OF WASHINGTON COMMISSION EXPIRES FEBRUARY 19, 2026] | STATE OF _____<br><br>COUNTY OF _____<br><br>This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ____ day of _____, 20__ by<br><br>_____<br>who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.<br><br>(SEAL)  Notary Public _____<br><br>My commission expires: _____ |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| In re: | *   Case No. 22-16223 |
| | * |
| Botanical Decorators, Inc. | * |
| | * |
| | *   Chapter 7 |
| Debtor(s) | * |

**CERTIFICATE OF SERVICE**

Notice is hereby given to the Court that on <u>September 16, 2025</u>, the U.S. Attorney for the District of Maryland at 36 S. Charles Street, Baltimore, MD, 21201, was advised via first class mail of the intent of the individual(s) or entity below (hereafter "Claimant") to request the withdrawal of funds from the Court's Registry of Unclaimed Funds.

Dilks & Knopik, LLC as assignee to Arturo Esquivel
35308 SE Center Street
Snoqualmie, WA 98065

I certify that a copy of the Application for Payment of Unclaimed Funds was sent via first class mail to Previous Owner(s) of Claim (if applicable):

Arturo Esquivel
Owner of Record
21056 Guilford Road, Apt. 104
Hyattsville, MD 20783

Arturo Esquivel
Assignor
2105 Guilford Road, Apt 104
Hyattsville, MD 20783

I further certify that a copy of the Application for Payment of Unclaimed Funds, including all attachments, was sent via first-class mail to the recipients listed below:

Botanical Decorators, Inc.
Debtor
P.O. Box 60833
Potomac, MD 20859

Laura J. Margulies
Trustee
7050 W. Palmetto Park Road Suite 15-390
Boca Raton, FL 33433

Dated:  <u>September 16, 2025</u>

_____
Signature
Brian J Dilks - Member
35308 SE Center Street
Snoqualmie, WA 98065
425-836-5728
admin@dkllc.com