# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND

In re:                                          *        Case No. 22-16223
                                                *
Botanical Decorators, Inc.                      *
                                                *
                                                *        Chapter 7
Debtor(s)                                       *

## AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW UNCLAIMED FUNDS
## FROM THE COURT REGISTRY

I, Brian J Dilks, Member of Dilks & Knopik, LLC being duly sworn, state:

1. The trustee appointed by the Court in this case did deposit in the Court's Registry of Unclaimed Funds the amount of $2,914.24.

2. The funds are the property of Dilks & Knopik, LLC as assignee to Arturo Esquivel, creditor.

3. A brief history of the claim is: The dividends referenced herein were not collected by the owner of record, Arturo Esquivel.  Arturo Esquivel has assigned the unclaimed funds and its claim to Dilks & Knopik LLC as evidenced by the attached Assignment Agreement and/or the Transfer of Claim filed on  Sep 12, 2025 (docket #95).

4. The right to the funds has not been further purchased, sold, assigned, or transferred.

   I declare under penalty of perjury that I have read the foregoing statements and that they are true and accurate to the best of my knowledge, information, and belief, and that the Court may rely on the truth of each statement.

Signature of Deponent: _____        Date: 9/16/25

Last 4 Digits of Claimants Social Security No./Tax Payer Identification No.: 74-3049851

Address of Deponent: 35308 SE Center Street, Snoqualmie, WA 98065

Telephone Number of Deponent: 425-836-5728

**SUBSCRIBED AND SWORN TO BEFORE ME** this 16th day of September, 2025, in the County of King, State of Washington

_____
Signature of Notary Public
Date Commission Expires: 02/19/2026

MATTHEW ZETTLEY
NOTARY PUBLIC #197679
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2026

On this 16th day of September 2025. I certify that the preceding or attached document titled (Assignment Agreement), (2 pages) is a true, accurate and complete copy of the original being held at 35308 SE Center Street, Snoqualmie, WA 98065

Matthew Zettley – Notary Public
My commission expires: February 19, 2026

[Notary Stamp:]
MATTHEW ZETTLEY
NOTARY PUBLIC #197679
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2026

# Dilks & Knopik

**Assignment Agreement**

This Assignment Agreement (the "Agreement") is entered into as of August 19, 2025 (the "Effective Date") by and between Dilks & Knopik, LLC, with a principal place of business at 35308 SE Center Street, Snoqualmie, WA 98065, (the "Assignee") and Arturo Esquivel with an address of 2105 Guilford Road, Apt 104, Hyattsville MD 20783 (the "Assignor").

1. Assignor is/was a creditor in Botanical Decorators, Inc. (22-16223) as filed in the District of Maryland (the "Case"). As a creditor in the Case, Assignor was entitled to distribution of funds from the assets of the Debtor's Bankruptcy Estate in the approximate amount of $2,914.24 (the "Funds"). Remittance to Assignor was not successful, and pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Funds were deposited into the Registry of the Court. The Funds then being subject to withdrawal in accordance with 28 U.S.C. 2042.

2. Assignor not desirous of attempting collection of the Funds, nor wishing to incur the time and expense of such collection, does hereby wish and does assign, and convey to the Assignee, for good and valuable consideration, all of Assignor's rights, title and interest in the Funds, without the presence of undue influence or coercion.

NOW THEREFORE, in consideration of mutual obligations, covenants, representations, and warranties herein, the parties agree as follows:

3. Assets Assigned: The assets herein assigned to Assignee are those stated in paragraph 1 above, that collectively are the Funds held for the benefit of Assignor by the Clerk of the Court of the court identified in paragraph 1 in the Unclaimed Funds Registry.

4. Consideration: The consideration herein given by Assignee to Assignor shall be the sum **$1,748.54** which sum shall be remitted to Assignor. A check will be issue to the Assignor for the above stated amount once this claim is approved. In the event Assignee recovers an amount over and above the Funds then Assignor shall be entitled to 100% of the additional amount recovered.

5. This assignment shall be deemed an absolute and unconditional assignment of funds/claim for the purpose of collection and satisfaction, and shall not be deemed to create a security interest.

6. Assignor represents and warrants to Assignee that no payment or other distribution has been received by or on behalf of Assignor in full or partial satisfaction of the assigned rights; that Assignor has not previously sold or assigned the rights, in whole or in part, to any party.

7. Power of Attorney: To the extent necessary under applicable law, the Assignor does hereby appoint for the limited purpose of collection of the Funds and fulfillment of Assignor's obligation(s) under this Agreement, Dilks and Knopik, LLC as its attorney-in-fact.

8. This Agreement constitutes the entire agreement and understanding between the parties with respect to the subject matter above.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the day and year first written above.

Assignor: _Arturo Esquivel Perez_          Assignee: _____
Arturo Esquivel                                          Dilks & Knopik, LLC
                                                                Brian J Dilks – Member

08/25/25

**Explanation of Supporting Documentation**
**for**
**Application for Payment of Unclaimed Funds**

The claimant did not receive the dividend check in the above case for the following reason:

The dividends referenced herein were not collected by the owner of record, Arturo Esquivel.

Arturo Esquivel has assigned the unclaimed funds and its claim to Dilks & Knopik LLC as evidenced by the attached Assignment Agreement and/or the Transfer of Claim filed on Sep 12, 2025 (docket #95).

Date: <u>September 16, 2025</u>

Brian J Dilks - Member
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

## Affidavit of Brian J Dilks
## in support of the Application for Unclaimed Funds

I, Brian J. Dilks, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct to the best of my knowledge:

1. I am over the age of 18 and competent to submit this affidavit in support of the Application for Payment of Unclaimed Funds filed by Dilks & Knopik, LLC;

2. I am aware of the recent nationwide increase in applications for unclaimed funds that include fraudulent documentation. As such, the identity and legitimacy of any filer is rightfully being scrutinized. I submit this affidavit to provide background on our company and its 23-year history;

3. Every submission made by Dilks & Knopik, LLC includes government-issued photo identification for our authorized signers. These authorized signers have remained unchanged for over 20 years;

4. Our company has operated from the same physical address for more than 12 years, and the phone and email information that was on our first applications, 23 years ago, will still reach us today. Dilks & Knopik does not operate from a P.O. Box or Mailbox type store address.

5. We maintain professional liability insurance to ensure that, in the event of an operational failure or collection error on our part, the rightful owner of the funds will still receive them;

6. Every application submitted by our firm reflects the culmination of extensive research to identify and verify the rightful claimant. We take pride in the quality of our work and strive to avoid wasting the time or resources of the Court;

7. Dilks & Knopik, LLC was founded in 2002 by myself and my then-fiancée, now wife, Caryn Knopik. From the outset, our vision was to establish an industry-leading standard in unclaimed funds recovery. In pursuit of that goal, we have committed ourselves and our employees to the following principles:

   a. We will remain accessible to our clients and will collaborate with court administrators to provide prompt and accurate responses to any question;

   b. Before entering into any agreement, we disclose the jurisdiction, case name and number, and the precise dollar amount of unclaimed funds involved. Unlike others in the industry who may withhold such details until an exclusivity agreement is signed, we believe clients deserve full transparency in order to make informed decisions;

   c. All funds recovered on behalf of our clients are forwarded to them within 10 business days of receipt;

8. I am proud to affirm that Dilks & Knopik, LLC has successfully recovered funds for clients in all 93 federal bankruptcy jurisdictions, including Puerto Rico, the U.S. Virgin Islands, and Guam. We have submitted over 20,000 applications for unclaimed funds and maintain an A+ rating with the Better Business Bureau.

9. Should the Court have any questions regarding this application, we welcome the opportunity to respond promptly and thoroughly.


Signed at Snoqualmie, WA on August 8, 2025

Brian Dilks, Member
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065
(425) 333-2224 / (877) 836-5728 x 101
brian.dilks@dilksknopik.com

STATE OF WASHINGTON
COUNTY OF KING
This Affidavit of Brian Dilks, dated 08/08/2025 was subscribed and sworn to (or affirmed) before me on this 8th day of August, 2025 by Brian J. Dilks who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary — Mathew Zettley

MATTHEW ZETTLEY
NOTARY PUBLIC #197679
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2026

# Dilks | & | Knopik

## NOTICE OF ASSIGNMENT

For good and valuable consideration, the undersigned, Arturo Esquivel ("Assignor"), hereby, assigns, conveys and transfers over and unto Dilks & Knopik, LLC ("Assignee"), any and all of right, title and interest in and to the below referenced funds/claim(s).

The Assigned funds/claim(s):

Debtor: Botanical Decorators, Inc.
Court: United States Bankruptcy Court - District of Maryland
Case Number: 22-16223
Chapter: 7
Claim: 9
Original Creditor: Arturo Esquivel

FUNDS/CLAIM(S) ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the Tuesday, August 19, 2025.

Arturo Esquivel

*Arturo Esquivel Perez*
Signature

08/25/25

# Dilks | & | Knopik

## CERTIFICATE OF LLC RESOLUTION

The undersigned Members of Dilks & Knopik, LLC, an LLC, duly organized under the laws of Washington (hereinafter "The LLC"), hereby certify that the following resolutions were duly adopted by said Members of The LLC on June 7th, 2002 and that such resolutions have not been modified or rescinded as of the date hereof:

RESOLVED, that Brian J Dilks, Caryn M Dilks f/k/a Caryn M Knopik, and Jeffrey Hudspeth, is hereby authorized and directed for and on behalf of The LLC to execute all legal documents as approved by him/her as being in the best interests of The LLC; and to take any and all further actions to include applying for and receiving unclaimed funds, which may be necessary or appropriate to commence and complete said construction in such a manner as being, in his/her opinion, in the best interests of the LLC.

RESOLVED, that this action may be executed in counterparts and by facsimile signatures, each of which shall be deemed an original and all of which together shall constitute one action.

IN WITNESS WHEREOF, the undersigned has executed this instrument as of this 29th day of
April _____, 2025.

Brian J Dilks – Member

Date: 4/29/25

Subscribed and sworn to me this
04/29/2025

Notary Signature

My Commission Expires: 02/19/2026

MATTHEW ZETTLEY
NOTARY PUBLIC #197879
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2026

Caryn M Dilks f/k/a Caryn M Knopik – Member

Date: 4-29-2025

Subscribed and sworn to me this
04/29/2025

Notary Signature

My Commission Expires: 02/19/2026

MATTHEW ZETTLEY
NOTARY PUBLIC #197879
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2026

DILKS & KNOPIK LLC
LIMITED LIABILITY COMPANY
WASHINGTON 2002











## Dilks | & | Knopik

*When Success Matters*

**Brian J Dilks**
Member

35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x101
Fx. 877-209-8249
brian.dilks@dilksknopik.com
www.dilksknopik.com

BBB accredited since 2003

**BBB ACCREDITED BUSINESS**

## Dilks | & | Knopik

*When Success Matters*

**Jeff Hudspeth**
Vice President - Accounts

35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x 104
Fx. 877-209-8249
jeff.hudspeth@dilksknopik.com

www.dilksknopik.com

## Dilks | & | Knopik

*When Success Matters*

**Caryn Knopik**
Member

35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x 102
Fx. 877-209-8249
caryn.knopik@dilksknopik.com

www.dilksknopik.com



**WASHINGTON**
Secretary of State
Corporations & Charities Division

| Filed |
|---|
| Secretary of State |
| State of Washington |
| Date Filed: 05/09/2025 |
| Effective Date: 05/09/2025 |
| UBI #: 602 211 447 |

# EXPRESS ANNUAL REPORT WITHOUT CHANGES

## BUSINESS INFORMATION

Business Name:
**DILKS & KNOPIK, LLC**

UBI Number:
**602 211 447**

Business Type:
**WA LIMITED LIABILITY COMPANY**

Business Status:
**ACTIVE**

Principal Office Street Address:
**35308 SE CENTER ST, SNOQUALMIE, WA, 98065-9216, UNITED STATES**

Principal Office Mailing Address:

Expiration Date:
**06/30/2026**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/Registration Date:
**06/07/2002**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**OTHER SERVICES, ANY LAWFUL PURPOSE**

## REGISTERED AGENT    RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| BRIAN DILKS | 28431 SE PRESTON WAY, ISSAQUAH, WA, 98027-0000, UNITED STATES | 28431 SE PRESTON WAY, ISSAQUAH, WA, 98027-0000, UNITED STATES |

## GOVERNORS

| Title | Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | BRIAN | DILKS |
| GOVERNOR | INDIVIDUAL | | CARYN | DILKS |

This document is a public record. For more information visit www.sos.wa.gov/corporations

## CONTROLLING INTEREST

1.  Does this entity own (hold title) real property in Washington, such as land or buildings, including leasehold improvements?
- **No**
2.  In the **past 12 months**, has there been a transfer of at least 16-2/3 percent of the ownership, stock, or other financial interest in the entity?
- **No**
    a.  If "Yes", in the **past 36 months**, has there been a transfer of controlling interest (50 percent or greater) of the ownership, stock, or other financial interest in the entity?
- **No**
3.  If you answered "Yes" to question 2a, has a controlling interest transfer return been filed with the Department of Revenue?
- **No**

You **must** submit a Controlling Interest Transfer Return form if you answered "yes" to questions 1 **and** 2a.

Failure to report a Controlling Interest Transfer is subject to penalty provisions of RCW 82.45.220.

For more information on **Controlling Interest**, visit www.dor.wa.gov/REET.

## CONFIRMATION EMAIL ADDRESS

Note: Please enter in the email address you would like confirmation sent of this annual report and payment receipt.

Email Address:
**BRIAN.DILKS@DILKSKNOPIK.COM**

## EMAIL OPT-IN

By checking this box, I hereby opt into receiving all notifications from the Secretary of State for this entity via email only. I acknowledge that I will no longer receive paper notifications.

## AUTHORIZED PERSON

Person Type:
**INDIVIDUAL**

First Name:
**CARYN**

Last Name:
**DILKS**

Title:
**MANAGING MEMBER**

☑ This document is hereby executed under penalty of law and is to the best of my knowledge, true and correct.

This document is a public record. For more information visit www.sos.wa.gov/corporations

Work Order #: 2025050900345649 - 1
Received Date: 05/09/2025
Amount Received: $70.00

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MARYLAND
### GREENBELT DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Botanical Decorators, Inc. | § | Case No. 22-16223 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that LAURA J. MARGULIES, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
            6500 Cherrywood Lane
            3rd Floor
            Greenbelt, MD  20770

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/24/2025            By: /s/ Laura J. Margulies
                                              Trustee


*Laura J. Margulies*
*7050 W. Palmetto Park Rd., Ste. 15-390*
*Boca Raton, FL 33433*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
### GREENBELT DIVISION

In Re: §
§
Botanical Decorators, Inc. §        Case No. 22-16223
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of $ 323,414.00

and approved disbursements of $ 6,022.83

leaving a balance on hand of[1] $ 317,391.17

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 42 | Sandy Spring Bank | $ 10,104.24 | $ 1,010,104.24 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 317,391.17

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Laura Margulies Trustee PC | $ 19,420.70 | $ 0.00 | $ 19,420.70 |
| Trustee Expenses: Laura Margulies Trustee PC | $ 563.91 | $ 0.00 | $ 563.91 |
| Attorney for Trustee Fees: Offit Kurman P.A. | $ 90,758.00 | $ 0.00 | $ 90,758.00 |
| Accountant for Trustee Fees: Larry Strauss, CPA | $ 46,444.50 | $ 0.00 | $ 46,444.50 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Charges: Clerk, U.S. Bankruptcy Court | $ 2,100.00 | $ 0.00 | $ 2,100.00 |
| Other: Larry Strauss, CPA NA | $ 500.00 | $ 0.00 | $ 500.00 |
| Other: Offit Kurman P.A. | $ 692.02 | $ 0.00 | $ 692.02 |

Total to be paid for chapter 7 administrative expenses          $_____160,479.13

Remaining Balance          $_____156,912.04

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $99,168.56 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| auto | Internal Revenue Service | $ 4,505.86 | $ 0.00 | $ 4,505.86 |
| auto | Maryland Division of Unemployment Insurance | $ 4,096.22 | $ 0.00 | $ 4,096.22 |
| 9 | Arturo Esquivel * | $ 2,770.50 | $ 0.00 | $ 2,770.50 |
| 10 | Fidel A. Bruno | $ 5,350.00 | $ 0.00 | $ 5,350.00 |
| 11 | Carlos Roberto Cardona Palencia | $ 2,924.00 | $ 0.00 | $ 2,924.00 |
| 12 | Julio Cesar Portillo Hernadez | $ 4,232.00 | $ 0.00 | $ 4,232.00 |
| 13 | Duman H. Gonzalez Hernandez | $ 2,400.00 | $ 0.00 | $ 2,400.00 |
| 14 | Hugo Antonio Melgar | $ 6,080.00 | $ 0.00 | $ 6,080.00 |
| 15 | Juan Antonio Gonzalez-Hernandez | $ 2,898.50 | $ 0.00 | $ 2,898.50 |
| 16 | Juan Enrique Choc Max | $ 2,880.00 | $ 0.00 | $ 2,880.00 |

* To be paid to the US Bankruptcy Court

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 17 | Juan Salam Rax | $ 2,507.50 | $ 0.00 | $ 2,507.50 |
| 18 | Oscar Orlando Martinez Ortiz | $ 3,210.00 | $ 0.00 | $ 3,210.00 |
| 19 | Otto Rene Esquivel Perez | $ 4,000.00 | $ 0.00 | $ 4,000.00 |
| 20 | Sebastian Marvin Salam Chub | $ 2,180.00 | $ 0.00 | $ 2,180.00 |
| 21 | Servio Urrea Ochoa | $ 3,360.00 | $ 0.00 | $ 3,360.00 |
| 22 | Walter Alexander Granados Rodriguez | $ 3,210.00 | $ 0.00 | $ 3,210.00 |
| 23 | Edwin F. Salam Chub | $ 2,344.00 | $ 0.00 | $ 2,344.00 |
| 24 | Isai Vargas Castello | $ 1,666.00 | $ 0.00 | $ 1,666.00 |
| 26 | Cjc And Assoc. T/A Botanical Decor 401(K) Plan | $ 6,026.75 | $ 0.00 | $ 6,026.75 |
| 39 | Brian Hahn | $ 8,191.05 | $ 0.00 | $ 8,191.05 |
| 7 | Joseph And Julie Markoski | $ 3,350.00 | $ 0.00 | $ 3,350.00 |
| 33 | Vicki Star | $ 1,947.70 | $ 0.00 | $ 1,947.70 |
| 34 | Robert And Michelle Labelle | $ 3,350.00 | $ 0.00 | $ 3,350.00 |
| 35 | Stephen Lamontagne | $ 3,350.00 | $ 0.00 | $ 3,350.00 |
| 36 | Shannon And Scott Forchheimer | $ 3,350.00 | $ 0.00 | $ 3,350.00 |
| 41 | Kelly And Edward Donovan | $ 3,350.00 | $ 0.00 | $ 3,350.00 |
| 5 | State Of Maryland DLLR | $ 5,028.65 | $ 0.00 | $ 5,028.65 |
| 47 | Dc Gov"t Office Of Tax And Revenue | $ 609.83 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors          $          98,558.73

Remaining Balance          $          58,353.31

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,655,403.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Tropical Treehouse Inc. | $ 3,790.92 | $ 0.00 | $ 83.31 |
| 2 | Jack T. Irwin Supply Inc. | $ 33,010.89 | $ 0.00 | $ 725.42 |
| 3 | John And Liza Marshall | $ 875.00 | $ 0.00 | $ 19.23 |
| 4 | U.S. Small Business Administration | $ 512,766.02 | $ 0.00 | $ 11,268.19 |
| 6 | Patrick And Stacia Collins | $ 219,739.00 | $ 0.00 | $ 4,828.83 |
| 7 | Joseph And Julie Markoski | $ 69,279.34 | $ 0.00 | $ 1,522.43 |
| 8 | Johnson Family Enterprises Llc | $ 98,318.95 | $ 0.00 | $ 2,160.59 |
| 9 | Arturo Esquivel * | $ 6,541.00 | $ 0.00 | $ 143.74 |
| 10 | Fidel A. Bruno | $ 11,700.00 | $ 0.00 | $ 257.11 |
| 11 | Carlos Roberto Cardona Palencia | $ 6,848.00 | $ 0.00 | $ 150.49 |
| 12 | Julio Cesar Portillo Hernandez | $ 9,464.00 | $ 0.00 | $ 207.97 |
| 13 | Duman H. Gonzalez Hernandez | $ 5,800.00 | $ 0.00 | $ 127.46 |
| 14 | Hugo Antonio Melgar | $ 13,160.00 | $ 0.00 | $ 289.20 |
| 15 | Juan Antonio Gonzalez-Hernandez | $ 6,797.00 | $ 0.00 | $ 149.37 |
| 16 | Juan Enrique Choc Max | $ 6,760.00 | $ 0.00 | $ 148.55 |
| 17 | Juan Salam Rax | $ 6,015.00 | $ 0.00 | $ 132.18 |
| 18 | Oscar Orlando Martinez Ortiz | $ 7,420.00 | $ 0.00 | $ 163.06 |
| 19 | Otto Rene Esquivel Perez | $ 9,000.00 | $ 0.00 | $ 197.78 |

* To be paid to the Bankruptcy Court

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 20 | Sebastian Marvin Salam Chub | $ 5,360.00 | $ 0.00 | $ 117.79 |
| 21 | Servio Urrea Ochoa | $ 7,720.00 | $ 0.00 | $ 169.65 |
| 22 | Walter Alexander Granados Rodriguez | $ 7,420.00 | $ 0.00 | $ 163.06 |
| 23 | Edwin F. Salam Chub | $ 5,688.00 | $ 0.00 | $ 125.00 |
| 24 | Isai Vargas Castello | $ 4,332.00 | $ 0.00 | $ 95.20 |
| 25 | Nick And Stephanie Nucci | $ 2,418.58 | $ 0.00 | $ 53.15 |
| 26 | Cjc And Assoc. T/A Botanical Decor 401(K) Plan | $ 2,800.16 | $ 0.00 | $ 61.53 |
| 27 | Alan Kirschenbaum | $ 3,802.44 | $ 0.00 | $ 83.56 |
| 28 | Missy And Marc Isakowitz | $ 6,176.48 | $ 0.00 | $ 135.73 |
| 29 | Menda Fife | $ 1,851.91 | $ 0.00 | $ 40.70 |
| 30 | Bob And Jessica Cronin | $ 69,002.00 | $ 0.00 | $ 1,516.34 |
| 31 | Tnt Environmental, Inc. | $ 4,350.00 | $ 0.00 | $ 95.59 |
| 32 | U.S. Bank Na Dba Elan Financial Services | $ 32,022.63 | $ 0.00 | $ 703.71 |
| 34 | Robert And Michelle Labelle | $ 1,133,390.00 | $ 0.00 | $ 24,906.59 |
| 35 | Stephen Lamontagne | $ 163,182.00 | $ 0.00 | $ 3,585.97 |
| 36 | Shannon And Scott Forchheimer | $ 149,546.05 | $ 0.00 | $ 3,286.32 |
| 37 | Teri A. Manolio | $ 11,962.50 | $ 0.00 | $ 262.88 |
| 38 | Stadler Garden Centers, Inc. | $ 3,505.22 | $ 0.00 | $ 77.03 |
| 40 | Dede And Jim Schumacher | $ 2,401.34 | $ 0.00 | $ 52.77 |
| 41 | Kelly And Edward Donovan | $ 1,091.43 | $ 0.00 | $ 23.98 |
| 42 | Sandy Spring Bank | $ 8,895.76 | $ 0.00 | $ 195.49 |
| 43 | Lucy Tschetter | $ 1,200.00 | $ 0.00 | $ 26.36 |

| | | | |
|---|---|---|---|
| Total to be paid to timely general unsecured creditors | | $ | 58,353.31 |
| Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $144,451.28 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 44 | Thomas And Dana Lawson | $ 133,240.48 | $ 0.00 | $ 0.00 |
| 45 | Acme Biomass Reduction Inc. D/B/A Pogo T | $ 11,210.80 | $ 0.00 | $ 0.00 |

| | | | |
|---|---|---|---|
| Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Laura J. Margulies
Trustee

*Laura J. Margulies*
*7050 W. Palmetto Park Rd., Ste. 15-390*
*Boca Raton, FL 33433*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

### District of Maryland

In re   Botanical Decorators, Inc.                          ,      Case No. _ 22-16223 _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than
for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Dilks & Knopik, LLC | Arturo Esquivel |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
Should be sent:

Court Claim # (if known):                9
Amount of Claim:                $9,311.50
Date Claim Filed:                12/20/2022

   35308 SE Center Street
   Snoqualmie WA 98065

Phone:   425-836-5728

Phone:   301-679-9856

Last Four Digits of Acct #: _____

Last Four Digits of Acct #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best
of my knowledge and belief.

By:____/s/ Brian J Dilks - President_____      Date:__9/12/2025_____
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# U.S. Courts Unclaimed Funds Locator

Home  About

Court / MDB
Creditors | 2

Back To Search

| | Court | Case | Creditor Name* | Debtor Name* | Amount |
|---|---|---|---|---|---|
| ✉ | MDB | 22-16223 | Arturo Esquivel | Botanical Decorators, Inc. | $2,770.50 |
| ✉ | MDB | 22-16223 | Arturo Esquivel | Botanical Decorators, Inc. | $143.74 |

First | Prev | Next | Last

# Dilks | & | Knopik

### NOTICE OF ASSIGNMENT

For good and valuable consideration, the undersigned, Arturo Esquivel ("Assignor"), hereby, assigns, conveys and transfers over and unto Dilks & Knopik, LLC ("Assignee"), any and all of right, title and interest in and to the below referenced funds/claim(s).

The Assigned funds/claim(s):


Debtor: Botanical Decorators, Inc.
Court: United States Bankruptcy Court - District of Maryland
Case Number: 22-16223
Chapter: 7
Claim: 9
Original Creditor: Arturo Esquivel



FUNDS/CLAIM(S) ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the Tuesday, August 19, 2025.


Arturo Esquivel

*Arturo Esquivel Peret*
Signature

08/25/25

**This form is intentionally blank.**

**The notice is scheduled to be processed by the Bankruptcy Noticing Center (BNC).**

**Refer to the BNC Certificate of Notice entry to view the actual form.**

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MARYLAND
#### GREENBELT DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Botanical Decorators, Inc. | § | Case No. 22-16223 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that LAURA J. MARGULIES, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> 6500 Cherrywood Lane
> 3rd Floor
> Greenbelt, MD  20770

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/24/2025 _____        By: /s/ Laura J. Margulies _____
                                                            Trustee


*Laura J. Margulies*
*7050 W. Palmetto Park Rd., Ste. 15-390*
*Boca Raton, FL 33433*

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____ Chapter ___7___

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Botanical Decorators, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 45-3806831 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 5011 Olney Laytonsville Road<br>Olney, MD 20832<br>Number, Street, City, State & ZIP Code | P.O. Box 60833<br>Potomac, MD 20859<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Montgomery<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

*Exhibit A*

AO 213P  (Rev. 2/24)

# REQUEST FOR PAYEE INFORMATION AND TIN CERTIFICATION

` Refer to the instructions page for further information on completing this form. Vendors providing goods and services must use the AO 213 form.

*Note: Typed forms and forms that include a populated Type of Payee may result in more efficient and precise processing. \*\*For handwritten forms, please see the General Instructions for the list of options for the Type of Payee, Refund recipient only. Is the refund over $200?, and Part 4 – U.S. Tax Classification, and Part 6 – Account Type drop down menus.*

**\*\*Type of Payee** | Unclaimed Fund Claimant | **Refund recipient only. Is the refund over $200?**

## Part 1  Payee Information
Line 1.  Payee Name:  Dilks and Knopik LLC

Line 2.  Additional payee information: *(if applicable)*

## Part 2  Business Name *(if different from above)*

## Part 3  Enter *only one* TIN in the appropriate box. The TIN provided must match the name given in Part 1, Line 1.
EIN:  7 4 - 3 0 4 9 8 5 1   *or*   SSN:  ☐ ☐ ☐ - ☐ ☐ - ☐ ☐ ☐ ☐

## Part 4  \*\*Select the appropriate U.S. tax classification for person or entity listed in Part 1, Line 1.
LLC - S Corp

## Part 5  Mailing Address *(where payments, orders, and IRS 1099 forms, as applicable, will be sent)*
Street Address:  35308 SE Center Street

City:  Snoqualmie          State:  WA     Zip code:  98065

Point of Contact *(if different from above)*:

Name:  Brian Dilks          Phone #:  (425) 836-5728

Email:  admin@dkllc.com

## Part 6  Electronic Funds Transfer (EFT) Information
Owner(s) name appearing on bank account:  Dilks and Knopik

Bank Name:  Key Bank

Select an Account Type:  Checking     Routing # (9 digits):  1 2 5 0 0 0 5 7 4

Account number *(do not include check number)*
4 7 2 7 4 1 0 1 7 3 8 9 ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

## Part 7  Additional Payees' Signatures
*(if applicable for EFT payments)*

By signing as a joint payee, you are authorizing the Judiciary to make a payment on your behalf to the bank account entered in Part 6.

Joint Payee(s) Signature(s):

## Part 8  Certification of Account Holder
**Under penalties of perjury, I certify that:**

1. The number shown on this form is my correct taxpayer identification number; and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the IRS that I am subject to backup withholding as a result of a failure to report all interest and dividends, or IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined in the instructions).

**The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

Payee Signature:          Date:  09/12/2025

*Sensitive information must be securely maintained and only visible to designated staff.*

Acme Biomass Reduction Inc. d/b/a Pogo T
17328 Georgia Avenue
Olney, MD 20832


AFS Geo Consultants, LLC
7820 Lakeland Valley Drive
Springfield, VA 22153


Arturo Esquivel
21056 Guilford Road, Apt. 104
Hyattsville, MD 20783


Autumn and Jim Vandehei
418 West Braddock Road
Alexandria, VA 22302


Bank of America
Attn: Bankruptcy Department
475 Cross Point Parkway P.O. Box 9000
Getzville, NY 14068


Barclays
P.O. Box 70378
Philadelphia, PA 19176


Beau and Carrie Schuyler
821 Fontaine Street
Alexandria, VA 22302


Bob and Jessica Cronin
3205 Woodbine Street
Chevy Chase, MD 20815


Bob and Michael Labelle
9893 Windy Hollow Road
Great Falls, VA 22066

Exhibit A



Form **W-8BEN**

(Rev. October 2021)

Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding and Reporting (Individuals)

▶ For use by individuals. Entities must use Form W-8BEN-E.
▶ Go to *www.irs.gov/FormW8BEN* for instructions and the latest information.
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

**Do NOT use this form if:**

**Instead, use Form:**

| | |
|---|---|
| • You are NOT an individual . . . . . . . . . . . . . . . . . . . . . . . . . . . | W-8BEN-E |
| • You are a U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . | W-9 |
| • You are a beneficial owner claiming that income is effectively connected with the conduct of trade or business within the United States (other than personal services) . . . . . . . . . . . . . . . . . . . . | W-8ECI |
| • You are a beneficial owner who is receiving compensation for personal services performed in the United States . . . . . . | 8233 or W-4 |
| • You are a person acting as an intermediary . . . . . . . . . . . . . . . . . . . . | W-8IMY |

**Note:** If you are resident in a FATCA partner jurisdiction (that is, a Model 1 IGA jurisdiction with reciprocity), certain tax account information may be provided to your jurisdiction of residence.

**Part I    Identification of Beneficial Owner (see instructions)**

| 1 Name of individual who is the beneficial owner | 2 Country of citizenship |
|---|---|
| Arturo Esquivel | |

**3** Permanent residence address (street, apt. or suite no., or rural route). Do not use a P.O. box or in-care-of address.

2105 Guilford Road, Apt 104

| City or town, state or province. Include postal code where appropriate. | Country |
|---|---|
| Hyattsville, MD 20783 | USA |

**4** Mailing address (if different from above)

| City or town, state or province. Include postal code where appropriate. | Country |
|---|---|
| | |

**5** U.S. taxpayer identification number (SSN or ITIN), if required (see instructions)

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

| **6a** Foreign tax identifying number (see instructions) | **6b** Check if FTIN not legally required . . . . . . . . . . ☐ |
|---|---|

| **7** Reference number(s) (see instructions) | **8** Date of birth (MM-DD-YYYY) (see instructions) |
|---|---|

**Part II    Claim of Tax Treaty Benefits (for chapter 3 purposes only) (see instructions)**

**9** I certify that the beneficial owner is a resident of _____ within the meaning of the income tax treaty between the United States and that country.

**10** Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article and paragraph _____ of the treaty identified on line 9 above to claim a _____ % rate of withholding on (specify type of income): _____

Explain the additional conditions in the Article and paragraph the beneficial owner meets to be eligible for the rate of withholding: _____

**Part III    Certification**

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:

• I am the individual that is the beneficial owner (or am authorized to sign for the individual that is the beneficial owner) of all the income or proceeds to which this form relates or am using this form to document myself for chapter 4 purposes;

• The person named on line 1 of this form is not a U.S. person;

• This form relates to:

(a) income not effectively connected with the conduct of a trade or business in the United States;

(b) income effectively connected with the conduct of a trade or business in the United States but is not subject to tax under an applicable income tax treaty;

(c) the partner's share of a partnership's effectively connected taxable income; or

(d) the partner's amount realized from the transfer of a partnership interest subject to withholding under section 1446(f);

• The person named on line 1 of this form is a resident of the treaty country listed on line 9 of the form (if any) within the meaning of the income tax treaty between the United States and that country; and

• For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.

Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner. **I agree that I will submit a new form within 30 days if any certification made on this form becomes incorrect.**

**Sign Here** ☐ I certify that I have the capacity to sign for the person identified on line 1 of this form.

*Arturo Esquivel*                                       09 – 12 – 2025
Signature of beneficial owner (or individual authorized to sign for beneficial owner)          Date (MM-DD-YYYY)

*Arturo Esquivel*
Print name of signer

For Paperwork Reduction Act Notice, see separate instructions.          Cat. No. 25047Z          Form **W-8BEN** (Rev. 10-2021)



IRS Notice CP565A
Case Reference Number: 20294-184-29518-5
Date of Birth: July 24, 1982

Department of the Treasury
Internal Revenue Service
PO Box 149342
Austin, TX 78714-9342

081620.504485.147491.17559 1 MB 0.672 371

ARTURO ESQUIVEL PEREZ
2105 GUILFORD RD APT 104
HYATTSVILLE MD 20783

August 29, 2025

## You've been assigned an Individual Taxpayer Identification Number (ITIN)

This notice confirms your assigned ITIN 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. Review your ITIN and personal information in the table below. If the information shown below is incorrect, call this number, 800-908-9982, International 1-267-941-1000 (not toll-free).

You should receive the documents submitted with your Form W-7 within 60 days. If you do not receive them or if you moved since submitting your application, call us at the telephone number shown above.

### Your ITIN and personal information

| | |
|---|---|
| ITIN | 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 |
| Full name (First, Middle, Last) | ARTURO, ESQUIVEL PEREZ |
| Date of Birth | July 24, 1982 |

### Using your ITIN

- You must use your full name and ITIN on all correspondence with the IRS, including tax returns, tax payments and refund claims. Using an incorrect name or ITIN may cause processing delays or errors on your account.
- Use your ITIN in place of a Social Security number (SSN) when one is requested on any federal tax document.
- Your ITIN must be used on a timely-filed federal income tax return at least once every three consecutive tax years, or it will expire.

### Important Reminders

- Your ITIN is for federal tax purposes only.
- Having an ITIN doesn't change your immigration status, or make you eligible to work in the U.S.
- Your ITIN is not a Social Security number (SSN) and does not entitle you to Social Security benefits, or the Earned Income Tax Credit.

Address Proof



USBC-MD B FILED MAIL
25 SEP '25 PM 1:47

September 16, 2025

United State Bankruptcy Court
District of Maryland
Attn: Financial Administrator
101 W. Lombard Street
Baltimore, MD, 21201

RE: Application for the Release of Unclaimed Funds

Case No: 22-16223 - In re: Botanical Decorators, Inc.

Dear Friends:

Enclosed, please find an **Application for the Release of Unclaimed Funds** in the above-referenced matter. The funds were originally deposited in the name of **Arturo Esquivel** in the approximate amount of **$2,914.24**.

Kindly docket or review the enclosed Application at your earliest convenience

Thank you for your attention to this matter.

Sincerely,

Brian J Dilks
Member

35308 SE Center Street, Snoqualmie, WA 98065
Phone: 425-836-5728 | Email: admin@dkllc.com
www.dilksknopik.com