22-16223

# MOTION FILED BY A FUNDS LOCATOR

| | |
|---|---|
| Motion to release funds (case number, debtor name, payee info., amount) | ✓ |
| Certificate of Service served on US Attorney | ✓ |
| Notarized Power of Attorney,(Locator may act of claimants behalf) | ✓ |
| Evidence of right of ownership of the funds  Jfinsys ledger & TT Final Report | ✓ |
| Copy of drivers license, or proof of identification — Foreign ID | ✓ |
| Current Mailing address | |
| Telephone number | |
| Social Security #, last 4 digits redacted | ✓ |
| Reason funds not deliverable at time of initial distribution | ✓ |
| Corporate Creditors must submit documents with Corporate seal (as proof person signing is authorized to represent the Corporation) | NA |
| Proof of Claim Checked | ✓ |

If claim owner is deceased,(certified probated documents, death certificate, letter of administration)

1. ~~APF~~ Need affidavit for Mr. Esquivel. — Agree please issue directing.
2. Claimant has foreign status. No info in Lexis. — Can we do a Lexis search for claimant's Add'rg
3. Need additional proof — What additional proof would you suggest? )1056 Quilted Pond, Apt 104 Hyattsville MD 20783 to See if we can link to Mr. Adv of Esquivel?

4. Is there any way to serve/see The Chapter 7 Trustee Sent Mr. Esquivel's doc? He had an attorney File the POC on his behalf, and attorney Answer should have been Sent The ✓.

Amended Docs, 9/30/2025 Please see my notes. Thanks, [signature]

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
## GREENBELT DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Botanical Decorators, Inc. | § | Case No. 22-16223 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 323,414.00 |
| and approved disbursements of | $ | 6,022.83 |
| leaving a balance on hand of[1] | $ | 317,391.17 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 42 | Sandy Spring Bank | $ 10,104.24 | $ 1,010,104.24 | $ 0.00 | $ 0.00 |
| | Total to be paid to secured creditors | | | $ | 0.00 |
| | Remaining Balance | | | $ | 317,391.17 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Laura Margulies Trustee PC | $ 19,420.70 | $ 0.00 | $ 19,420.70 |
| Trustee Expenses: Laura Margulies Trustee PC | $ 563.91 | $ 0.00 | $ 563.91 |
| Attorney for Trustee Fees: Offit Kurman P.A. | $ 90,758.00 | $ 0.00 | $ 90,758.00 |
| Accountant for Trustee Fees: Larry Strauss, CPA | $ 46,444.50 | $ 0.00 | $ 46,444.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Charges: Clerk, U.S. Bankruptcy Court | $ 2,100.00 | $ 0.00 | $ 2,100.00 |
| Other: Larry Strauss, CPA NA | $ 500.00 | $ 0.00 | $ 500.00 |
| Other: Offit Kurman P.A. | $ 692.02 | $ 0.00 | $ 692.02 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 160,479.13 |
| Remaining Balance | $ 156,912.04 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $99,168.56 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| auto | Internal Revenue Service | $ 4,505.86 | $ 0.00 | $ 4,505.86 |
| auto | Maryland Division of Unemployment Insurance | $ 4,096.22 | $ 0.00 | $ 4,096.22 |
| 9 | Arturo Esquivel * | $ 2,770.50 | $ 0.00 | $ 2,770.50 |
| 10 | Fidel A. Bruno | $ 5,350.00 | $ 0.00 | $ 5,350.00 |
| 11 | Carlos Roberto Cardona Palencia | $ 2,924.00 | $ 0.00 | $ 2,924.00 |
| 12 | Julio Cesar Portillo Hernadez | $ 4,232.00 | $ 0.00 | $ 4,232.00 |
| 13 | Duman H. Gonzalez Hernandez | $ 2,400.00 | $ 0.00 | $ 2,400.00 |
| 14 | Hugo Antonio Melgar | $ 6,080.00 | $ 0.00 | $ 6,080.00 |
| 15 | Juan Antonio Gonzalez-Hernandez | $ 2,898.50 | $ 0.00 | $ 2,898.50 |
| 16 | Juan Enrique Choc Max | $ 2,880.00 | $ 0.00 | $ 2,880.00 |

* To be paid to the US Bankruptcy Court

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 17 | Juan Salam Rax | $ 2,507.50 | $ 0.00 | $ 2,507.50 |
| 18 | Oscar Orlando Martinez Ortiz | $ 3,210.00 | $ 0.00 | $ 3,210.00 |
| 19 | Otto Rene Esquivel Perez | $ 4,000.00 | $ 0.00 | $ 4,000.00 |
| 20 | Sebastian Marvin Salam Chub | $ 2,180.00 | $ 0.00 | $ 2,180.00 |
| 21 | Servio Urrea Ochoa | $ 3,360.00 | $ 0.00 | $ 3,360.00 |
| 22 | Walter Alexander Granados Rodriguez | $ 3,210.00 | $ 0.00 | $ 3,210.00 |
| 23 | Edwin F. Salam Chub | $ 2,344.00 | $ 0.00 | $ 2,344.00 |
| 24 | Isai Vargas Castello | $ 1,666.00 | $ 0.00 | $ 1,666.00 |
| 26 | Cjc And Assoc. T/A Botanical Decor 401(K) Plan | $ 6,026.75 | $ 0.00 | $ 6,026.75 |
| 39 | Brian Hahn | $ 8,191.05 | $ 0.00 | $ 8,191.05 |
| 7 | Joseph And Julie Markoski | $ 3,350.00 | $ 0.00 | $ 3,350.00 |
| 33 | Vicki Star | $ 1,947.70 | $ 0.00 | $ 1,947.70 |
| 34 | Robert And Michelle Labelle | $ 3,350.00 | $ 0.00 | $ 3,350.00 |
| 35 | Stephen Lamontagne | $ 3,350.00 | $ 0.00 | $ 3,350.00 |
| 36 | Shannon And Scott Forchheimer | $ 3,350.00 | $ 0.00 | $ 3,350.00 |
| 41 | Kelly And Edward Donovan | $ 3,350.00 | $ 0.00 | $ 3,350.00 |
| 5 | State Of Maryland DLLR | $ 5,028.65 | $ 0.00 | $ 5,028.65 |
| 47 | Dc Gov"t Office Of Tax And Revenue | $ 609.83 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 98,558.73 |
| Remaining Balance | $ | 58,353.31 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,655,403.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Tropical Treehouse Inc. | $ 3,790.92 | $ 0.00 | $ 83.31 |
| 2 | Jack T. Irwin Supply Inc. | $ 33,010.89 | $ 0.00 | $ 725.42 |
| 3 | John And Liza Marshall | $ 875.00 | $ 0.00 | $ 19.23 |
| 4 | U.S. Small Business Administration | $ 512,766.02 | $ 0.00 | $ 11,268.19 |
| 6 | Patrick And Stacia Collins | $ 219,739.00 | $ 0.00 | $ 4,828.83 |
| 7 | Joseph And Julie Markoski | $ 69,279.34 | $ 0.00 | $ 1,522.43 |
| 8 | Johnson Family Enterprises Llc | $ 98,318.95 | $ 0.00 | $ 2,160.59 |
| 9 | Arturo Esquivel * | $ 6,541.00 | $ 0.00 | $ 143.74 |
| 10 | Fidel A. Bruno | $ 11,700.00 | $ 0.00 | $ 257.11 |
| 11 | Carlos Roberto Cardona Palencia | $ 6,848.00 | $ 0.00 | $ 150.49 |
| 12 | Julio Cesar Portillo Hernadez | $ 9,464.00 | $ 0.00 | $ 207.97 |
| 13 | Duman H. Gonzalez Hernandez | $ 5,800.00 | $ 0.00 | $ 127.46 |
| 14 | Hugo Antonio Melgar | $ 13,160.00 | $ 0.00 | $ 289.20 |
| 15 | Juan Antonio Gonzalez-Hernandez | $ 6,797.00 | $ 0.00 | $ 149.37 |
| 16 | Juan Enrique Choc Max | $ 6,760.00 | $ 0.00 | $ 148.55 |
| 17 | Juan Salam Rax | $ 6,015.00 | $ 0.00 | $ 132.18 |
| 18 | Oscar Orlando Martinez Ortiz | $ 7,420.00 | $ 0.00 | $ 163.06 |
| 19 | Otto Rene Esquivel Perez | $ 9,000.00 | $ 0.00 | $ 197.78 |

* To be paid to the Bankruptcy Court

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 20 | Sebastian Marvin Salam Chub | $ 5,360.00 | $ 0.00 | $ 117.79 |
| 21 | Servio Urrea Ochoa | $ 7,720.00 | $ 0.00 | $ 169.65 |
| 22 | Walter Alexander Granados Rodriguez | $ 7,420.00 | $ 0.00 | $ 163.06 |
| 23 | Edwin F. Salam Chub | $ 5,688.00 | $ 0.00 | $ 125.00 |
| 24 | Isai Vargas Castello | $ 4,332.00 | $ 0.00 | $ 95.20 |
| 25 | Nick And Stephanie Nucci | $ 2,418.58 | $ 0.00 | $ 53.15 |
| 26 | Cjc And Assoc. T/A Botanical Decor 401(K) Plan | $ 2,800.16 | $ 0.00 | $ 61.53 |
| 27 | Alan Kirschenbaum | $ 3,802.44 | $ 0.00 | $ 83.56 |
| 28 | Missy And Marc Isakowitz | $ 6,176.48 | $ 0.00 | $ 135.73 |
| 29 | Menda Fife | $ 1,851.91 | $ 0.00 | $ 40.70 |
| 30 | Bob And Jessica Cronin | $ 69,002.00 | $ 0.00 | $ 1,516.34 |
| 31 | Tnt Environmental, Inc. | $ 4,350.00 | $ 0.00 | $ 95.59 |
| 32 | U.S. Bank Na Dba Elan Financial Services | $ 32,022.63 | $ 0.00 | $ 703.71 |
| 34 | Robert And Michelle Labelle | $ 1,133,390.00 | $ 0.00 | $ 24,906.59 |
| 35 | Stephen Lamontagne | $ 163,182.00 | $ 0.00 | $ 3,585.97 |
| 36 | Shannon And Scott Forchheimer | $ 149,546.05 | $ 0.00 | $ 3,286.32 |
| 37 | Teri A. Manolio | $ 11,962.50 | $ 0.00 | $ 262.88 |
| 38 | Stadler Garden Centers, Inc. | $ 3,505.22 | $ 0.00 | $ 77.03 |
| 40 | Dede And Jim Schumacher | $ 2,401.34 | $ 0.00 | $ 52.77 |
| 41 | Kelly And Edward Donovan | $ 1,091.43 | $ 0.00 | $ 23.98 |
| 42 | Sandy Spring Bank | $ 8,895.76 | $ 0.00 | $ 195.49 |
| 43 | Lucy Tschetter | $ 1,200.00 | $ 0.00 | $ 26.36 |

| | Total to be paid to timely general unsecured creditors | $ | 58,353.31 |
|---|---|---|---|
| | Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $144,451.28 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 44 | Thomas And Dana Lawson | $ 133,240.48 | $ 0.00 | $ 0.00 |
| 45 | Acme Biomass Reduction Inc. D/B/A Pogo T | $ 11,210.80 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Laura J. Margulies
Trustee

*Laura J. Margulies*
*7050 W. Palmetto Park Rd., Ste. 15-390*
*Boca Raton, FL 33433*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.





Fill in this information to identify the case:

Debtor 1: Botanical Decorators, Inc.

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: District of Maryland

Case number: 22-16223 MCR

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Arturo Esquivel
Name of the current creditor (the person or entity to be paid for this claim).

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Michael K. Amster, Esq.
Name
8757 Georgia Avenue, Suite 400
Number     Street
Silver Spring        MD        20910
City              State       ZIP Code

Contact phone 301-587-9373
Contact email mamster@zagfirm.com

Where should payments to the creditor be sent? (if different)

Name
Number  Street
City       State       ZIP Code
Contact phone
Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____   Filed on _____
                                                                MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                 Proof of Claim                 page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**
☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?**   $ _____9,311.50_.  Does this amount include interest or other charges?
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Unpaid wages, Statutory damages under the MD. CODE, LAB. & EMPL. §§ 3-507.2(b), and $1,000.00 in attorneys' fees

**9. Is all or part of the claim secured?**
☑ No
☐ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:   $_____
Amount of the claim that is secured:   $_____
Amount of the claim that is unsecured: $_____   (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:   $_____

Annual Interest Rate (when case was filed) _____ %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____

**11. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ❏ No<br>❏ Yes. Check one: | Amount entitled to priority |
|---|---|---|
| | ❏ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ❏ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☑ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ 2,770.50 |
| | ❏ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ❏ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ❏ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

❏ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
❏ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
❏ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  12/20/2022
                  MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

| Name | Michael K. Amster |
| --- | --- |
| | First name    Middle name    Last name |
| Title | Partner |
| Company | Zipin, Amster & Greenberg, LLC |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 8757 Georgia Avenue, Suite 400 |
| | Number    Street |
| | Silver Spring              MD    20910 |
| | City                       State  ZIP Code |
| Contact phone | 301-587-9373    Email mamster@zagfirm.com |

| Fill in this information to identify the case: |
|---|
| Debtor 1 **Botanical Decorators, Inc.** |
| Debtor 2 (Spouse, if filing) |
| United States Bankruptcy Court for the: District of Maryland |
| Case number **22-16223 MCR** |

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Arturo Esquivel
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Michael K. Amster, Esq.
Name
8757 Georgia Avenue, Suite 400
Number    Street
Silver Spring    MD    20910
City    State    ZIP Code

Contact phone 301-587-9373
Contact email mamster@zagfirm.com

Where should payments to the creditor be sent? (if different)

Name _____
Number    Street _____
City    State    ZIP Code

Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on ___/___/___ (MM/DD/YYYY)

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410    Proof of Claim    page 1

**Part 2:    Give Information About the Claim as of the Date the Case Was Filed**

| | | |
|---|---|---|
| 6. | Do you have any number you use to identify the debtor? | ☒ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |
| 7. | How much is the claim? | $ _____ 9,311.50. Does this amount include interest or other charges?<br>☒ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Unpaid wages, Statutory damages under the MD. CODE, LAB. & EMPL. §§ 3-507.2(b), and $1,000.00 in attorneys' fees |
| 9. | Is all or part of the claim secured? | ☒ No<br>☐ Yes.   The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Value of property:              $ _____<br>Amount of the claim that is secured:   $ _____<br>Amount of the claim that is unsecured: $ _____  (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>Amount necessary to cure any default as of the date of the petition:   $ _____<br><br>Annual Interest Rate (when case was filed) _____ %<br>☐ Fixed<br>☐ Variable |
| 10. | Is this claim based on a lease? | ☒ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition.   $ _____ |
| 11. | Is this claim subject to a right of setoff? | ☒ No<br>☐ Yes. Identify the property: _____ |

Official Form 410    Proof of Claim    page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>☐ Yes. Check one: | Amount entitled to priority |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☑ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ 2,770.50 |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    12/20/2022
                    MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

Name          Michael K. Amster
              First name        Middle name        Last name

Title         Partner

Company       Zipin, Amster & Greenberg, LLC
              Identify the corporate servicer as the company if the authorized agent is a servicer.

Address       8757 Georgia Avenue, Suite 400
              Number        Street
              Silver Spring                        MD      20910
              City                                 State   ZIP Code

Contact phone 301-587-9373              Email   mamster@zaggfirm.com

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Maryland

In re  Botanical Decorators, Inc.  ,  Case No.  22-16223

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Dilks & Knopik, LLC | Arturo Esquivel |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee Should be sent:

35308 SE Center Street
Snoqualmie WA 98065

Court Claim # (if known):  9
Amount of Claim:  $9,311.50
Date Claim Filed:  12/20/2022

Phone:  425-836-5728
Last Four Digits of Acct #:

Phone:  301-679-9856
Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Brian J Dilks - President   Date: 9/12/2025
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.