Entered: November 18th, 2025
Signed: November 17th, 2025
**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **22–16223 – MCR**   Chapter: **7**

**Botanical Decorators, Inc.**
Debtor

## ORDER STRIKING FILING FOR FAILURE
## TO COMPLY WITH REQUIRED PROCEDURES

Notice having been given of a deficient filing [98] Application for Payment of Unclaimed Funds in the amount of $2,914.24 filed by Dilks & Knopik, LLC. in the instant case, and said deficiency not having been corrected within the time prescribed in the notice; it is hereby

ORDERED, that the above–referenced filing is stricken from the official record of the instant case.

cc:   Debtor
      Attorney for Debtor – Maurice Belmont VerStandig
      Dilks & Knopik, LLC
      Case Trustee – Laura J. Margulies

**End of Order**

14x01 (rev. 02/02/2006) – LisaLAAlexander