United States Bankruptcy Court
District of Maryland

In re:                                                                                                    Case No. 22-16223-MCR
Botanical Decorators, Inc.                                                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0  User: admin  Page 1 of 2
Date Rcvd: Nov 18, 2025  Form ID: pdfparty  Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Botanical Decorators, Inc., P.O. Box 60833, Potomac, MD 20859-0833 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: cmecf@dilksknopik.com | Nov 18 2025 19:28:00 | Dilks & Knopik, LLC, Brian J. Dilks, 35308 SE Center St., Snoqualmie, WA 98065-9216 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 20, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Craig Palik | cpalik@mhlawyers.com<br>cpalik@ecf.inforuptcy.com,Palik.CraigR92003@notify.bestcase.com,mevans@mhlawyers.com,cmartin@mhlawyers.com |
| Daniel J. Pesachowitz | dpesacho@siwpc.com<br>rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 18, 2025 | Form ID: pdfparty | Total Noticed: 2 |

Diana Carolina Valle
    diana.valle@vallelawfirm.com  3517448420@filings.docketbird.com

Douglas Robert Gorius
    dgorius.esq@comcast.net  douglasgorius@gmail.com,jaworskilaw@comcast.net,r44444@notify.bestcase.com

James M. Hoffman
    jhoffman@offitkurman.com  mmargulies@offitkurman.com

John McKenna
    jackmckenna@asm-law.com

Justin Philip Fasano
    jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com

Kevin M. O'Donnell
    kmo@henrylaw.com  mbp@henrylaw.com,jtm@henrylaw.com,odonnell.kevinb@notify.bestcase.com

L. Jeanette Rice
    Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV

Laura J. Margulies
    ecf@law-margulies.com  r54647@notify.bestcase.com

Maurice Belmont VerStandig
    mac@mbvesq.com
    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

US Trustee - Greenbelt
    USTPRegion04.GB.ECF@USDOJ.GOV


TOTAL: 12

Entered: November 18th, 2025
Signed: November 17th, 2025
**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **22−16223 − MCR**    Chapter: **7**

**Botanical Decorators, Inc.**
Debtor

## ORDER STRIKING FILING FOR FAILURE
## TO COMPLY WITH REQUIRED PROCEDURES

Notice having been given of a deficient filing [98] Application for Payment of Unclaimed Funds in the amount of $2,914.24 filed by Dilks & Knopik, LLC. in the instant case, and said deficiency not having been corrected within the time prescribed in the notice; it is hereby

ORDERED, that the above−referenced filing is stricken from the official record of the instant case.

cc:   Debtor
      Attorney for Debtor − Maurice Belmont VerStandig
      Dilks & Knopik, LLC
      Case Trustee − Laura J. Margulies

### End of Order

14x01 (rev. 02/02/2006) − LisaLAAlexander