receipt # 44008096

USBC-MD B RECEIVED
29 DEC '25 PM 1:47

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Greenbelt

In re

BOTANICAL DECORATORS, INC.          Case No. 22-16223

                                    Chapter 7

Debtors

REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Stephen LaMontagne<br>1000 Murphy Drive<br>Great Falls, VA 22066 | $11.77 |

Dated: December 23, 2025

/s/ Laura J. Margulies
Laura J. Margulies, Trustee
7050 W. Palmetto Park Rd., Ste. 15-390
Boca Raton, FL 33433

(301) 483-9800

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Unclaimed Funds was electronically served or mailed to Office of the U.S. Trustee, on December 23, 2025.

/s/ Laura J. Margulies

1