## Explanation of Supporting Documentation
## for
## Application for Payment of Unclaimed Funds

The claimant did not receive the dividend check in the above case for the following reason:

The dividends referenced herein were not collected by the owner of record, Arturo Esquivel.

On September 25, 2025, Dilks and Knopik, LLC filed an Application for Payment of Unclaimed Funds in the amount of $2,914.24 at Docket No. 99. That Application was found to be deficient and later stricken for the following reasons:

1. The claimant must provide an affidavit for Arturo Esquivel, signed by Mr. Esquivel and notarized.
2. The claimant must provide proof of a Hyattsville, Maryland address.
3. The claimant must provide notice to the attorney who filed the Proof of Claim on behalf of Mr. Esquivel.

To cure the first deficiency, the claimant has included an affidavit for Arturo Esquivel that is signed by Mr. Esquivel and properly notarized.

To cure the second deficiency, the claimant provides the following explanation. The address of 21056 Guilford Road, Apartment 104, Hyattsville, Maryland 20783 was supplied by the debtor in the voluntary petition Schedule E/F, which is attached hereto as Exhibit A.

That address is not a valid address. As shown by the United States Postal Service address locator attached hereto as Exhibit B, the address of 21056 Guilford Road, Apt. 104, Hyattsville, Maryland 20783 is not valid. Further supporting that the address is invalid, notice sent to Arturo Esquivel on November 22, 2022 was returned as undeliverable, as shown in Exhibit C. It appears that the additional digit six at the end of the street number rendered the address incorrect.

The correct address for Mr. Esquivel is 2105 Guilford Road, Apt. 104, Hyattsville, Maryland 20783. As shown by the United States Postal Service address locator attached hereto as Exhibit D, this address is a valid address. Mr. Esquivel continues to reside at this address, as confirmed by a statement provided by Mr. Esquivel attached hereto as Exhibit E.

Because the address listed by the debtor is not a valid address, it is impossible to prove residency at that incorrect address. The claimant respectfully requests that the Court take this clerical error into consideration and accept the corrected address as sufficient proof of the Hyattsville, Maryland address.

To cure the third deficiency, the claimant has provided notice to the attorney who filed the Proof of Claim on behalf of Mr. Esquivel, as reflected in the attached Certificate of Service.

Arturo Esquivel has assigned the unclaimed funds and its claim to Dilks & Knopik LLC as evidenced by the attached Assignment Agreement and/or the Transfer of Claim filed on Sep 12, 2025 (docket #95).

Date: January 14, 2026

_____
Brian J Dilks - Member
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND

In re:                                        *   Case No. 22-16223
                                              *
Botanical Decorators, Inc.                    *
                                              *
                                              *   Chapter 7
Debtor(s)                                     *

## AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW UNCLAIMED FUNDS FROM THE COURT REGISTRY

I, Brian J Dilks, Member of Dilks & Knopik, LLC being duly sworn, state:

1. The trustee appointed by the Court in this case did deposit in the Court's Registry of Unclaimed Funds the amount of $2,914.24.

2. The funds are the property of Dilks & Knopik, LLC as assignee to Arturo Esquivel, creditor.

3. A brief history of the claim is: The dividends referenced herein were not collected by the owner of record, Arturo Esquivel. Arturo Esquivel has assigned the unclaimed funds and its claim to Dilks & Knopik LLC as evidenced by the attached Assignment Agreement and/or the Transfer of Claim filed on Sep 12, 2025 (docket #95).

4. The right to the funds has not been further purchased, sold, assigned, or transferred.

I declare under penalty of perjury that I have read the foregoing statements and that they are true and accurate to the best of my knowledge, information, and belief, and that the Court may rely on the truth of each statement.

Signature of Deponent: _____   Date: 01/14/2026

Last 4 Digits of Claimants Social Security No./Tax Payer Identification No.: 74-3049851

Address of Deponent: 35308 SE Center Street, Snoqualmie, WA 98065

Telephone Number of Deponent: 425-836-5728

**SUBSCRIBED AND SWORN TO BEFORE ME** this 14th day of January, 2026, in the County of King, State of Washington

Signature of Notary Public
Date Commission Expires: 02/19/26

MATTHEW ZETTLEY
NOTARY PUBLIC #197079
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2026

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND

In re:                                              * Case No. 22-16223
                                                    *
Botanical Decorators, Inc.                          *
                                                    *
                                                    * Chapter 7
Debtor(s)                                           *

### AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW UNCLAIMED FUNDS
### FROM THE COURT REGISTRY

I, Arturo Esquivel being duly sworn, state:

1. The trustee appointed by the Court in this case did deposit in the Court's Registry of Unclaimed Funds the amount of $2,914.24.

2. The funds are the property of Dilks & Knopik, LLC as assignee to Arturo Esquivel, creditor.

3. A brief history of the claim is: The dividends referenced herein were not collected by the owner of record, myself, Arturo Esquivel. Arturo Esquivel has assigned the unclaimed funds and its claim to Dilks & Knopik, LLC as evidenced by the attached Assignment Agreement and/or the Transfer of Claim filed on September 12, 2025 (docket #95).

4. The right to the funds has not been further purchased, sold, assigned, or transferred.

I declare under penalty of perjury that I have read the foregoing statements and that they are true and accurate to the best of my knowledge, information, and belief, and that the Court may rely on the truth of each statement.

Signature of Deponent: _Arturo Esquivel Perez_    Date: 01/02/2026

Last 4 Digits of Claimants Social Security No./Tax Payer Identification No.: 7357

Address of Deponent: 2105 Guilford Road, Apt. 104, Hyattsville, MD 20783

Telephone Number of Deponent: 301-679-9856

**SUBSCRIBED AND SWORN TO BEFORE ME** this 02 day of JANUARY 2026, in the County of MONTGOMERY, State of MARYLAND.

Signature of Notary Public

Date Commission Expires:

ADNEN MATTAR
NOTARY PUBLIC
MONTGOMERY COUNTY
MARYLAND
MY COMMISSION EXPIRES 11/06/2027



| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Botanical Decorators, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | 0:22-bk-16223 |

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Arturo Esquivel<br>21056 Guilford Road,<br>Apt. 104<br>Hyattsville, MD 20783 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,625.00 | $2,625.00 |
| | Date or dates debt was incurred<br>Aug. 19 - Sept. 22, 2022 | Basis for the claim:<br>Unpaid wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>Brian Hahn<br>18515 Yarnbrooke Place<br>Olney, MD 20832 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
| | Date or dates debt was incurred | Basis for the claim:<br>Unpaid 401(k) Withholding | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.3 | Priority creditor's name and mailing address<br>Carlos Cardona<br>5826 Humblebee Road<br>Columbia, MD 21045 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,720.00 | $2,720.00 |
| | Date or dates debt was incurred<br>Aug. 19 - Sept. 22, 2022 | Basis for the claim:<br>Unpaid Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

Exhibit A

**USPS.COM®**

Enter a street address along with city and state OR enter a street address and ZIP Code™.

*Indicate a required field

Company

*Street Address
21056 Guilford Road, Apt. 104

Unfortunately, this information wasn't found. Please double-check it and try again.

Apt/Suite/Other

City
Hyattsville

State
MD - Maryland

ZIP Code™
Enter ZIP Code™

**USPS.COM®**

Copyright © 2026 USPS. All Rights Reserved.

**Exhibit B**

# U.S. Bankruptcy Court
## District of Maryland (Greenbelt)
### Bankruptcy Petition #: 22-16223

*Assigned to:* Judge Maria Ellena Chavez-Ruark
Chapter 7
Voluntary
Asset

*Date filed:* 11/07/2022
*341 meeting:* 03/15/2023

*Case Administrator:* Busayo Adu-Bakare
*Team 1 Phone:* 301-344-3964

*Debtor*
**Botanical Decorators, Inc.**
P.O. Box 60833
Potomac, MD 20859
MONTGOMERY-MD
Tax ID / EIN: 45-3806831
*aka* **CJC & Associates Inc.**
*TERMINATED: 03/14/2023*
*aka* **Cahill Companies**
*aka* **Cahill Land Design**

represented by **Maurice Belmont VerStandig**
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854
301-444-4600
Email: mac@mbvesq.com

*Trustee*
**Laura J. Margulies**
Laura Margulies, Trustee
7050 W. Palmetto Park Road
Suite 15-390
33433
Boca Raton, FL 33433
301-483-9800
Email: trustee@law-margulies.com

represented by **James M. Hoffman**
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
(240) 507-1700
Fax : (240) 507-1735
Email: jhoffman@offitkurman.com

**Laura J. Margulies**
Laura Margulies, Trustee
7050 W. Palmetto Park Road
Suite 15-390
33433
Boca Raton, FL 33433
301-483-9800
Email: trustee@law-margulies.com

*U.S. Trustee*
**US Trustee - Greenbelt, 11**
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
Email: USTPRegion04.GB.ECF@USDOJ.GOV

represented by **Lynn A. Kohen**
U.S. Trustee Office
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
301-344-6221
*TERMINATED: 06/04/2025*

Exhibit C

L. Jeanette Rice
Office of the U. S. Trustee
6305 Ivy Lane
Suite 600
Greenbelt, MD 20770
301-344-6220
Email: Jeanette.Rice@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 11/28/2022 | | Returned Mail: mail sent via USPS was returned as undeliverable for the following: Mailed on 11/10/2022 a notice RE: Meeting of Creditors Chapter 7 TO Arturo Esquivel 21056 Guilford Road, Apt. 104 Hyattsville, MD 20783. (admin) (Entered: 11/28/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/13/2026 08:10:19 | | | |
| PACER Login: | dilkscourtdrive | Client Code: | |
| Description: | Docket Report | Search Criteria: | 22-16223 Fil or Ent: filed From: 11/28/2022 To: 11/28/2022 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| Billable Pages: | 1 | Cost: | 0.10 |

Exhibit C

USPS.COM®

2105 GUILFORD ROAD, APT. 104
HYATTSVILLE MD

If more than one address matches the information provided, try narrowing your search by entering a street address and, if applicable, a unit number.

2105 GUILFORD RD APT 104
HYATTSVILLE MD

USPS.COM®

Copyright © 2026 USPS. All Rights Reserved.

Exhibit D

# Good start. Greater opportunities.



ELECTRONIC SERVICE REQUESTED     0680

Arturo E. Perez
2105 Guilford Rd, Apt 104
Hyattsville MD 20783-4114

**You're preselected for the BankAmericard® Mastercard®**

Offer expires November 29, 2023

### Give yourself some credit. Take advantage of this offer.

One of the best ways to ensure you'll be ready for important financial moves tomorrow is to establish a good credit history today. To help you get there, you've been preselected for the BankAmericard® Mastercard®. With the card, you'll be ready to make everyday purchases conveniently, which can help you establish, strengthen or rebuild your credit.

### Get started today with the BankAmericard® Mastercard®

- No annual fee.†
- Take advantage of a **$500 credit line with no security deposit**.
- An opportunity for a credit limit increase. We'll periodically review your account and, based on your overall credit history (including your account and overall relationship with us, and other credit cards and loans), you may qualify to have your credit limit increased. Not all customers will qualify.
- Rely on protection from fraudulent purchases with our **$0 Liability Guarantee**.
- **Contactless** card lets you tap to pay at millions of locations where you see the Contactless Symbol. 
- Access your account anytime and from almost anywhere with **Online and Mobile Banking**.
- Set up **email and text alerts** to remind you of payment due dates, or when you're nearing your credit limit.
- See your **FICO® Score for free** within Online Banking or your Mobile Banking app, so you can view your credit score after using your card for a few months.
- Enjoy the **convenience of using it everywhere** credit cards are accepted, including online.

See the Features section on Page 4 for additional program details.

This credit card is not eligible for a new account bonus offer, like a statement credit bonus offer, and Introductory APRs are not available.

**Don't wait! Apply securely and easily.**

## Scan this code or visit bofa.com/mynewcard



Use this Personal Secure Code: **8CAEJ3-001-507-097.**

Take advantage of this credit card offer and apply by November 29, 2023.

You can also apply by calling 888.224.8735.

(Applications are available in **English** or **Spanish**.)

Get a response in as little as



# Exhibit E

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Botanical Decorators, Inc. | § | Case No. 22-16223 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that LAURA J. MARGULIES, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    6500 Cherrywood Lane
    3rd Floor
    Greenbelt, MD 20770

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/24/2025        By: /s/ Laura J. Margulies
                              Trustee

*Laura J. Margulies*
*7050 W. Palmetto Park Rd., Ste. 15-390*
*Boca Raton, FL 33433*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| In Re: | § | |
| --- | --- | --- |
| | § | |
| Botanical Decorators, Inc. | § | Case No. 22-16223 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 323,414.00 |
| and approved disbursements of | $ | 6,022.83 |
| leaving a balance on hand of[1] | $ | 317,391.17 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- | --- |
| 42 | Sandy Spring Bank | $ 10,104.24 | $ 1,010,104.24 | $ 0.00 | $ 0.00 |

| | | |
| --- | --- | --- |
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 317,391.17 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: Laura Margulies Trustee PC | $ 19,420.70 | $ 0.00 | $ 19,420.70 |
| Trustee Expenses: Laura Margulies Trustee PC | $ 563.91 | $ 0.00 | $ 563.91 |
| Attorney for Trustee Fees: Offit Kurman P.A. | $ 90,758.00 | $ 0.00 | $ 90,758.00 |
| Accountant for Trustee Fees: Larry Strauss, CPA | $ 46,444.50 | $ 0.00 | $ 46,444.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Charges: Clerk, U.S. Bankruptcy Court | $ 2,100.00 | $ 0.00 | $ 2,100.00 |
| Other: Larry Strauss, CPA NA | $ 500.00 | $ 0.00 | $ 500.00 |
| Other: Offit Kurman P.A. | $ 692.02 | $ 0.00 | $ 692.02 |

Total to be paid for chapter 7 administrative expenses     $     160,479.13

Remaining Balance     $     156,912.04

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $99,168.56 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| auto | Internal Revenue Service | $ 4,505.86 | $ 0.00 | $ 4,505.86 |
| auto | Maryland Division of Unemployment Insurance | $ 4,096.22 | $ 0.00 | $ 4,096.22 |
| 9 | Arturo Esquivel * | $ 2,770.50 | $ 0.00 | $ 2,770.50 |
| 10 | Fidel A. Bruno | $ 5,350.00 | $ 0.00 | $ 5,350.00 |
| 11 | Carlos Roberto Cardona Palencia | $ 2,924.00 | $ 0.00 | $ 2,924.00 |
| 12 | Julio Cesar Portillo Hernadez | $ 4,232.00 | $ 0.00 | $ 4,232.00 |
| 13 | Duman H. Gonzalez Hernandez | $ 2,400.00 | $ 0.00 | $ 2,400.00 |
| 14 | Hugo Antonio Melgar | $ 6,080.00 | $ 0.00 | $ 6,080.00 |
| 15 | Juan Antonio Gonzalez-Hernandez | $ 2,898.50 | $ 0.00 | $ 2,898.50 |
| 16 | Juan Enrique Choc Max | $ 2,880.00 | $ 0.00 | $ 2,880.00 |

* To be paid to the US Bankruptcy Court

UST Form 101-7-NFR (10/1/2010) (Page: 3)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 17 | Juan Salam Rax | $ 2,507.50 | $ 0.00 | $ 2,507.50 |
| 18 | Oscar Orlando Martinez Ortiz | $ 3,210.00 | $ 0.00 | $ 3,210.00 |
| 19 | Otto Rene Esquivel Perez | $ 4,000.00 | $ 0.00 | $ 4,000.00 |
| 20 | Sebastian Marvin Salam Chub | $ 2,180.00 | $ 0.00 | $ 2,180.00 |
| 21 | Servio Urrea Ochoa | $ 3,360.00 | $ 0.00 | $ 3,360.00 |
| 22 | Walter Alexander Granados Rodriguez | $ 3,210.00 | $ 0.00 | $ 3,210.00 |
| 23 | Edwin F. Salam Chub | $ 2,344.00 | $ 0.00 | $ 2,344.00 |
| 24 | Isai Vargas Castello | $ 1,666.00 | $ 0.00 | $ 1,666.00 |
| 26 | Cjc And Assoc. T/A Botanical Decor 401(K) Plan | $ 6,026.75 | $ 0.00 | $ 6,026.75 |
| 39 | Brian Hahn | $ 8,191.05 | $ 0.00 | $ 8,191.05 |
| 7 | Joseph And Julie Markoski | $ 3,350.00 | $ 0.00 | $ 3,350.00 |
| 33 | Vicki Star | $ 1,947.70 | $ 0.00 | $ 1,947.70 |
| 34 | Robert And Michelle Labelle | $ 3,350.00 | $ 0.00 | $ 3,350.00 |
| 35 | Stephen Lamontagne | $ 3,350.00 | $ 0.00 | $ 3,350.00 |
| 36 | Shannon And Scott Forchheimer | $ 3,350.00 | $ 0.00 | $ 3,350.00 |
| 41 | Kelly And Edward Donovan | $ 3,350.00 | $ 0.00 | $ 3,350.00 |
| 5 | State Of Maryland DLLR | $ 5,028.65 | $ 0.00 | $ 5,028.65 |
| 47 | Dc Gov"t Office Of Tax And Revenue | $ 609.83 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors     $   98,558.73

Remaining Balance     $   58,353.31

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,655,403.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Tropical Treehouse Inc. | $ 3,790.92 | $ 0.00 | $ 83.31 |
| 2 | Jack T. Irwin Supply Inc. | $ 33,010.89 | $ 0.00 | $ 725.42 |
| 3 | John And Liza Marshall | $ 875.00 | $ 0.00 | $ 19.23 |
| 4 | U.S. Small Business Administration | $ 512,766.02 | $ 0.00 | $ 11,268.19 |
| 6 | Patrick And Stacia Collins | $ 219,739.00 | $ 0.00 | $ 4,828.83 |
| 7 | Joseph And Julie Markoski | $ 69,279.34 | $ 0.00 | $ 1,522.43 |
| 8 | Johnson Family Enterprises Llc | $ 98,318.95 | $ 0.00 | $ 2,160.59 |
| 9 | Arturo Esquivel * | $ 6,541.00 | $ 0.00 | $ 143.74 |
| 10 | Fidel A. Bruno | $ 11,700.00 | $ 0.00 | $ 257.11 |
| 11 | Carlos Roberto Cardona Palencia | $ 6,848.00 | $ 0.00 | $ 150.49 |
| 12 | Julio Cesar Portillo Hernadez | $ 9,464.00 | $ 0.00 | $ 207.97 |
| 13 | Duman H. Gonzalez Hernandez | $ 5,800.00 | $ 0.00 | $ 127.46 |
| 14 | Hugo Antonio Melgar | $ 13,160.00 | $ 0.00 | $ 289.20 |
| 15 | Juan Antonio Gonzalez-Hernandez | $ 6,797.00 | $ 0.00 | $ 149.37 |
| 16 | Juan Enrique Choc Max | $ 6,760.00 | $ 0.00 | $ 148.55 |
| 17 | Juan Salam Rax | $ 6,015.00 | $ 0.00 | $ 132.18 |
| 18 | Oscar Orlando Martinez Ortiz | $ 7,420.00 | $ 0.00 | $ 163.06 |
| 19 | Otto Rene Esquivel Perez | $ 9,000.00 | $ 0.00 | $ 197.78 |

* To be paid to the Bankruptcy Court

UST Form 101-7-NFR (10/1/2010) (Page: 5)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 20 | Sebastian Marvin Salam Chub | $ 5,360.00 | $ 0.00 | $ 117.79 |
| 21 | Servio Urrea Ochoa | $ 7,720.00 | $ 0.00 | $ 169.65 |
| 22 | Walter Alexander Granados Rodriguez | $ 7,420.00 | $ 0.00 | $ 163.06 |
| 23 | Edwin F. Salam Chub | $ 5,688.00 | $ 0.00 | $ 125.00 |
| 24 | Isai Vargas Castello | $ 4,332.00 | $ 0.00 | $ 95.20 |
| 25 | Nick And Stephanie Nucci | $ 2,418.58 | $ 0.00 | $ 53.15 |
| 26 | Cjc And Assoc. T/A Botanical Decor 401(K) Plan | $ 2,800.16 | $ 0.00 | $ 61.53 |
| 27 | Alan Kirschenbaum | $ 3,802.44 | $ 0.00 | $ 83.56 |
| 28 | Missy And Marc Isakowitz | $ 6,176.48 | $ 0.00 | $ 135.73 |
| 29 | Menda Fife | $ 1,851.91 | $ 0.00 | $ 40.70 |
| 30 | Bob And Jessica Cronin | $ 69,002.00 | $ 0.00 | $ 1,516.34 |
| 31 | Tnt Environmental, Inc. | $ 4,350.00 | $ 0.00 | $ 95.59 |
| 32 | U.S. Bank Na Dba Elan Financial Services | $ 32,022.63 | $ 0.00 | $ 703.71 |
| 34 | Robert And Michelle Labelle | $ 1,133,390.00 | $ 0.00 | $ 24,906.59 |
| 35 | Stephen Lamontagne | $ 163,182.00 | $ 0.00 | $ 3,585.97 |
| 36 | Shannon And Scott Forchheimer | $ 149,546.05 | $ 0.00 | $ 3,286.32 |
| 37 | Teri A. Manolio | $ 11,962.50 | $ 0.00 | $ 262.88 |
| 38 | Stadler Garden Centers, Inc. | $ 3,505.22 | $ 0.00 | $ 77.03 |
| 40 | Dede And Jim Schumacher | $ 2,401.34 | $ 0.00 | $ 52.77 |
| 41 | Kelly And Edward Donovan | $ 1,091.43 | $ 0.00 | $ 23.98 |
| 42 | Sandy Spring Bank | $ 8,895.76 | $ 0.00 | $ 195.49 |
| 43 | Lucy Tschetter | $ 1,200.00 | $ 0.00 | $ 26.36 |

UST Form 101-7-NFR (10/1/2010) *(Page: 6)*

|  | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 58,353.31 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $144,451.28 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 44 | Thomas And Dana Lawson | $ 133,240.48 | $ 0.00 | $ 0.00 |
| 45 | Acme Biomass Reduction Inc. D/B/A Pogo T | $ 11,210.80 | $ 0.00 | $ 0.00 |

|  | |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Laura J. Margulies
                                    Trustee

*Laura J. Margulies*
*7050 W. Palmetto Park Rd., Ste. 15-390*
*Boca Raton, FL 33433*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 7)*

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Maryland

In re   Botanical Decorators, Inc.   ,   Case No.   22-16223

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Dilks & Knopik, LLC | Arturo Esquivel |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
Should be sent:

35308 SE Center Street
Snoqualmie WA 98065

Court Claim # (if known):   9
Amount of Claim:   $9,311.50
Date Claim Filed:   12/20/2022

Phone:   425-836-5728
Last Four Digits of Acct #:  

Phone:   301-679-9856
Last Four Digits of Acct #:  

Name and Address where transferee payments
should be sent (if different from above):

Phone:  
Last Four Digits of Acct #:  

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Brian J Dilks - President   Date:   9/12/2025
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| Form **W-8BEN** (Rev. October 2021) Department of the Treasury Internal Revenue Service | **Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding and Reporting (Individuals)** ▶ For use by individuals. Entities must use Form W-8BEN-E. ▶ Go to *www.irs.gov/FormW8BEN* for instructions and the latest information. ▶ Give this form to the withholding agent or payer. Do not send to the IRS. | OMB No. 1545-1621 |

| Do NOT use this form if: | Instead, use Form: |
|---|---|
| • You are NOT an individual | W-8BEN-E |
| • You are a U.S. citizen or other U.S. person, including a resident alien individual | W-9 |
| • You are a beneficial owner claiming that income is effectively connected with the conduct of trade or business within the United States (other than personal services) | W-8ECI |
| • You are a beneficial owner who is receiving compensation for personal services performed in the United States | 8233 or W-4 |
| • You are a person acting as an intermediary | W-8IMY |

**Note:** If you are resident in a FATCA partner jurisdiction (that is, a Model 1 IGA jurisdiction with reciprocity), certain tax account information may be provided to your jurisdiction of residence.

### Part I — Identification of Beneficial Owner (see instructions)

**1** Name of individual who is the beneficial owner
Arturo Esquivel

**2** Country of citizenship

**3** Permanent residence address (street, apt. or suite no., or rural route). Do not use a P.O. box or in-care-of address.
2105 Guilford Road, Apt 104

City or town, state or province. Include postal code where appropriate.
Hyattsville, MD 20783

Country
USA

**4** Mailing address (if different from above)

City or town, state or province. Include postal code where appropriate.

Country

**5** U.S. taxpayer identification number (SSN or ITIN), if required (see instructions)
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

**6a** Foreign tax identifying number (see instructions)

**6b** Check if FTIN not legally required . . . . . . . . . . . . . ☐

**7** Reference number(s) (see instructions)

**8** Date of birth (MM-DD-YYYY) (see instructions)

### Part II — Claim of Tax Treaty Benefits (for chapter 3 purposes only) (see instructions)

**9** I certify that the beneficial owner is a resident of _____ within the meaning of the income tax treaty between the United States and that country.

**10** **Special rates and conditions** (if applicable – see instructions): The beneficial owner is claiming the provisions of Article and paragraph _____ of the treaty identified on line 9 above to claim a _____ % rate of withholding on (specify type of income): _____

Explain the additional conditions in the Article and paragraph the beneficial owner meets to be eligible for the rate of withholding: _____

### Part III — Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:
• I am the individual that is the beneficial owner (or am authorized to sign for the individual that is the beneficial owner) of all the income or proceeds to which this form relates or am using this form to document myself for chapter 4 purposes;
• The person named on line 1 of this form is not a U.S. person;
• This form relates to:
 (a) income not effectively connected with the conduct of a trade or business in the United States;
 (b) income effectively connected with the conduct of a trade or business in the United States but is not subject to tax under an applicable income tax treaty;
 (c) the partner's share of a partnership's effectively connected taxable income; or
 (d) the partner's amount realized from the transfer of a partnership interest subject to withholding under section 1446(f);
• The person named on line 1 of this form is a resident of the treaty country listed on line 9 of the form (if any) within the meaning of the income tax treaty between the United States and that country; and
• For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.

Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner. I agree that I will submit a new form within 30 days if any certification made on this form becomes incorrect.

☐ I certify that I have the capacity to sign for the person identified on line 1 of this form.

**Sign Here** ▶
*Arturo Esquivel Perez*
Signature of beneficial owner (or individual authorized to sign for beneficial owner)

ARTURO ESQUIVEL
Print name of signer

Date (MM-DD-YYYY): 01/02/2026

For Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 25047Z    Form **W-8BEN** (Rev. 10-2021)