

USBC-MD B RECEIVED
22 JAN 26 AM 8:15

January 14, 2026

United State Bankruptcy Court
District of Maryland
Attn: Financial Administrator
101 W. Lombard Street
Baltimore, MD, 21201

RE: Application for the Release of Unclaimed Funds

Case No: 22-16223 - In re: Botanical Decorators, Inc.

Dear Friends:

Enclosed, please find an **Application for the Release of Unclaimed Funds** in the above-referenced matter. The funds were originally deposited in the name of **Arturo Esquivel** in the approximate amount of **$2,914.24**.

Kindly docket or review the enclosed Application at your earliest convenience

Thank you for your attention to this matter.

Sincerely,

Brian J Dilks
Member

35308 SE Center Street, Snoqualmie, WA 98065
Phone: 425-836-5728 | Email: admin@dkllc.com
www.dilksknopik.com

# Dilks & Knopik

**CERTIFICATE OF LLC RESOLUTION**

The undersigned Members of Dilks & Knopik, LLC, an LLC, duly organized under the laws of Washington (hereinafter "The LLC"), hereby certify that the following resolutions were duly adopted by said Members of The LLC on June 7th, 2002 and that such resolutions have not been modified or rescinded as of the date hereof:

RESOLVED, that Brian J Dilks, Caryn M Dilks f/k/a Caryn M Knopik, and Jeffrey Hudspeth, is hereby authorized and directed for and on behalf of The LLC to execute all legal documents as approved by him/her as being in the best interests of The LLC; and to take any and all further actions to include applying for and receiving unclaimed funds, which may be necessary or appropriate to commence and complete said construction in such a manner as being, in his/her opinion, in the best interests of the LLC.

RESOLVED, that this action may be executed in counterparts and by facsimile signatures, each of which shall be deemed an original and all of which together shall constitute one action.

IN WITNESS WHEREOF, the undersigned has executed this instrument as of this 29th day of April, 2025.

MATTHEW ZETTLEY
NOTARY PUBLIC #197679
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2026

Brian J Dilks – Member

Date: 4/29/25

Subscribed and sworn to me this 04/29/2025

Notary Signature

My Commission Expires: 02/19/2026

MATTHEW ZETTLEY
NOTARY PUBLIC #197679
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2026

Caryn M Dilks f/k/a Caryn M Knopik – Member

Date: 4-29-2025

Subscribed and sworn to me this 04/29/2025

Notary Signature

My Commission Expires: 02/19/2026

DILKS & KNOPIK LLC
LIMITED LIABILITY COMPANY
WASHINGTON 2002



WASHINGTON
Secretary of State
Corporations & Charities Division

Filed
Secretary of State
State of Washington
Date Filed: 05/09/2025
Effective Date: 05/09/2025
UBI #: 602 211 447

# EXPRESS ANNUAL REPORT WITHOUT CHANGES

## BUSINESS INFORMATION

Business Name:
**DILKS & KNOPIK, LLC**

UBI Number:
**602 211 447**

Business Type:
**WA LIMITED LIABILITY COMPANY**

Business Status:
**ACTIVE**

Principal Office Street Address:
**35308 SE CENTER ST, SNOQUALMIE, WA, 98065-9216, UNITED STATES**

Principal Office Mailing Address:

Expiration Date:
**06/30/2026**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/Registration Date:
**06/07/2002**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**OTHER SERVICES, ANY LAWFUL PURPOSE**

## REGISTERED AGENT RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| BRIAN DILKS | 28431 SE PRESTON WAY, ISSAQUAH, WA, 98027-0000, UNITED STATES | 28431 SE PRESTON WAY, ISSAQUAH, WA, 98027-0000, UNITED STATES |

## GOVERNORS

| Title | Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | BRIAN | DILKS |
| GOVERNOR | INDIVIDUAL | | CARYN | DILKS |

This document is a public record. For more information visit www.sos.wa.gov/corporations

**Work Order #: 2025050900345649 - 1**
**Received Date: 05/09/2025**
**Amount Received: $70.00**

## CONTROLLING INTEREST

1. Does this entity own (hold title) real property in Washington, such as land or buildings, including leasehold improvements?
**- No**
2. In the **past 12 months**, has there been a transfer of at least 16-2/3 percent of the ownership, stock, or other financial interest in the entity?
**- No**
   a. If "Yes", in the **past 36 months**, has there been a transfer of controlling interest (50 percent or greater) of the ownership, stock, or other financial interest in the entity?
**- No**
3. If you answered "Yes" to question 2a, has a controlling interest transfer return been filed with the Department of Revenue?
**- No**

You **must** submit a Controlling Interest Transfer Return form if you answered "yes" to questions 1 **and** 2a.

Failure to report a Controlling Interest Transfer is subject to penalty provisions of RCW 82.45.220.

For more information on **Controlling Interest**, visit www.dor.wa.gov/REET.

## CONFIRMATION EMAIL ADDRESS

Note: Please enter in the email address you would like confirmation sent of this annual report and payment receipt.

Email Address:
**BRIAN.DILKS@DILKSKNOPIK.COM**

## EMAIL OPT-IN

By checking this box, I hereby opt into receiving all notifications from the Secretary of State for this entity via email only. I acknowledge that I will no longer receive paper notifications.

## AUTHORIZED PERSON

Person Type:
**INDIVIDUAL**

First Name:
**CARYN**

Last Name:
**DILKS**

Title:
**MANAGING MEMBER**

☑ This document is hereby executed under penalty of law and is to the best of my knowledge, true and correct.

This document is a public record. For more information visit www.sos.wa.gov/corporations

Work Order #: 2025050900345649 - 1
Received Date: 05/09/2025
Amount Received: $70.00

WA USA WASHINGTON ENHANCED DRIVER LICENSE

4d LIC# WDL47P87343B 9 CLASS DONOR

1 DILKS

2 BRIAN JACOB

3 DOB 11/18/1978 4a ISS 06/22/2023

8 28431 SE PRESTON WAY

ISSAQUAH WA 98027-8857

15 SEX M 18 EYES BLU

16 HGT 5'-07" 17 WGT 150 lb

12 RESTRICTIONS NONE 9a END NONE

4b EXP 11/18/2031

5 DD WDL47P87343BR062223980717

REV 11/12/2019

WA USA WASHINGTON ENHANCED DRIVER LICENSE

4d LIC# WDL1175F513B 9 CLASS DONOR

1 HUDSPETH

2 JEFFREY ALLEN

3 DOB 09/18/1979 4a ISS 07/23/2025

8 2828 E 35TH AVE

SPOKANE WA 99223-4633

15 SEX M 18 EYES BRO

16 HGT 5'-10" 17 WGT 170 lb

12 RESTRICTIONS J 9a END L

4b EXP 09/18/2032

5 DD WDL1175F513BP072325470941

REV 02/18/2025

WA USA WASHINGTON ENHANCED DRIVER LICENSE

4d LIC# WDLB1B72173B 9 CLASS DONOR

1 DILKS

2 CARYN MARIE

3 DOB 04/24/1980 4a ISS 06/18/2022

8 28431 SE PRESTON WAY

ISSAQUAH WA 98027-8857

15 SEX F 18 EYES BLU

16 HGT 5'-03" 17 WGT 115 lb

12 RESTRICTIONS B 9a END NONE

4b EXP 04/24/2030

5 DD WDLB1B72173BD061822981038

REV 11/12/2019

LICENSING 21 13373002021765305

CLASS

ENDORSEMENTS: NONE

RESTRICTIONS: NONE

11/18/1978

IDUSA10097EEE49<<<<<<<<<<<<<<<

7811182M3111183USA<<<<<<<<WA<4

DILKS<<BRIAN<JACOB<<<<<<<<<<<<

LICENSING 21 23983001140465305

CLASS

ENDORSEMENTS: L-Motorcycles

RESTRICTIONS: J-Two-Wheel Motorcycle Only

09/18/1979

IDUSA100141CE47<<<<<<<<<<<<<<<

7909180M3209181USA<<<<<<<<WA<0

HUDSPETH<<JEFFREY<ALLEN<<<<<<<

LICENSING 21 9659002002516305

CLASS

ENDORSEMENTS: NONE

RESTRICTIONS: B-Corrective Lenses must be worn

04/24/1980

IDUSA10090F858<<<<<<<<<<<<<<<

8004244F3004249USA<<<<<<<<WA<4

DILKS<<CARYN<MARIE<<<<<<<<<<<<

Dilks | & | Knopik

*When Success Matters*

**Brian J Dilks**
Member

35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x101
Fx. 877-209-8249
brian.dilks@dilksknopik.com
www.dilksknopik.com

BBB accredited since 2003

BBB
ACCREDITED BUSINESS

Dilks | & | Knopik

*When Success Matters*

**Jeff Hudspeth**
Vice President - Accounts

35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x 104
Fx. 877-209-8249
jeff.hudspeth@dilksknopik.com

www.dilksknopik.com

Dilks | & | Knopik

*When Success Matters*

**Caryn Knopik**
Member

35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x 102
Fx. 877-209-8249
caryn.knopik@dilksknopik.com

www.dilksknopik.com

**Affidavit of Brian J Dilks**
**in support of the Application for Unclaimed Funds**

I, Brian J. Dilks, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct to the best of my knowledge:

1. I am over the age of 18 and competent to submit this affidavit in support of the Application for Payment of Unclaimed Funds filed by Dilks & Knopik, LLC;
2. I am aware of the recent nationwide increase in applications for unclaimed funds that include fraudulent documentation. As such, the identity and legitimacy of any filer is rightfully being scrutinized. I submit this affidavit to provide background on our company and its 23-year history;
3. Every submission made by Dilks & Knopik, LLC includes government-issued photo identification for our authorized signers. These authorized signers have remained unchanged for over 20 years;
4. Our company has operated from the same physical address for more than 12 years, and the phone and email information that was on our first applications, 23 years ago, will still reach us today. Dilks & Knopik does not operate from a P.O. Box or Mailbox type store address.
5. We maintain professional liability insurance to ensure that, in the event of an operational failure or collection error on our part, the rightful owner of the funds will still receive them;
6. Every application submitted by our firm reflects the culmination of extensive research to identify and verify the rightful claimant. We take pride in the quality of our work and strive to avoid wasting the time or resources of the Court;
7. Dilks & Knopik, LLC was founded in 2002 by myself and my then-fiancée, now wife, Caryn Knopik. From the outset, our vision was to establish an industry-leading standard in unclaimed funds recovery. In pursuit of that goal, we have committed ourselves and our employees to the following principles:

a. We will remain accessible to our clients and will collaborate with court administrators to provide prompt and accurate responses to any question;

b. Before entering into any agreement, we disclose the jurisdiction, case name and number, and the precise dollar amount of unclaimed funds involved. Unlike others in the industry who may withhold such details until an exclusivity agreement is signed, we believe clients deserve full transparency in order to make informed decisions;

c. All funds recovered on behalf of our clients are forwarded to them within 10 business days of receipt;

8. I am proud to affirm that Dilks & Knopik, LLC has successfully recovered funds for clients in all 93 federal bankruptcy jurisdictions, including Puerto Rico, the U.S. Virgin Islands, and Guam. We have submitted over 20,000 applications for unclaimed funds and maintain an A+ rating with the Better Business Bureau.

9. Should the Court have any questions regarding this application, we welcome the opportunity to respond promptly and thoroughly.

Signed at Snoqualmie, WA on August 8, 2025

Brian Dilks, Member
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065
(425) 333-2224 / (877) 836-5728 x 101
brian.dilks@dilksknopik.com

STATE OF WASHINGTON
COUNTY OF KING
This Affidavit of Brian Dilks, dated 08/08/2025 was subscribed and sworn to (or affirmed) before me on this 8th day of August, 2025 by Brian J. Dilks who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary – Mathew Zettley

MATTHEW ZETTLEY 197679 NOTARY PUBLIC COMMISSION EXPIRES 2-19-26 STATE OF WASHINGTON

MATTHEW ZETTLEY
NOTARY PUBLIC #197679
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2026

MATTHEW ZETTLEY
NOTARY PUBLIC #197679
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2026

Dilks & Knopik

On this 14th day of January, 2026. I certify that the preceding or attached document titled (Assignment Agreement), (2 pages) is a true, accurate and complete copy of the original being held at 35308 SE Center Street, Snoqualmie, WA 98065

Matthew Zettley – Notary Public
My commission expires: February 19, 2026

**Assignment Agreement**

This Assignment Agreement (the "Agreement") is entered into as of August 19, 2025 (the "Effective Date") by and between Dilks & Knopik, LLC, with a principal place of business at 35308 SE Center Street, Snoqualmie, WA 98065, (the "Assignee") and Arturo Esquivel with an address of 2105 Guilford Road, Apt 104, Hyattsville MD 20783 (the "Assignor").

1. Assignor is/was a creditor in Botanical Decorators, Inc. (22-16223) as filed in the District of Maryland (the "Case"). As a creditor in the Case, Assignor was entitled to distribution of funds from the assets of the Debtor's Bankruptcy Estate in the approximate amount of $2,914.24 (the "Funds"). Remittance to Assignor was not successful, and pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Funds were deposited into the Registry of the Court. The Funds then being subject to withdrawal in accordance with 28 U.S.C. 2042.

2. Assignor not desirous of attempting collection of the Funds, nor wishing to incur the time and expense of such collection, does hereby wish and does assign, and convey to the Assignee, for good and valuable consideration, all of Assignor's rights, title and interest in the Funds, without the presence of undue influence or coercion.

NOW THEREFORE, in consideration of mutual obligations, covenants, representations, and warranties herein, the parties agree as follows:

3. Assets Assigned: The assets herein assigned to Assignee are those stated in paragraph 1 above, that collectively are the Funds held for the benefit of Assignor by the Clerk of the Court of the court identified in paragraph 1 in the Unclaimed Funds Registry.

4. Consideration: The consideration herein given by Assignee to Assignor shall be the sum **$1,748.54** which sum shall be remitted to Assignor. A check will be issue to the Assignor for the above stated amount once this claim is approved. In the event Assignee recovers an amount over and above the Funds then Assignor shall be entitled to 100% of the additional amount recovered.

5. This assignment shall be deemed an absolute and unconditional assignment of funds/claim for the purpose of collection and satisfaction, and shall not be deemed to create a security interest.

6. Assignor represents and warrants to Assignee that no payment or other distribution has been received by or on behalf of Assignor in full or partial satisfaction of the assigned rights; that Assignor has not previously sold or assigned the rights, in whole or in part, to any party.

7. Power of Attorney: To the extent necessary under applicable law, the Assignor does hereby appoint for the limited purpose of collection of the Funds and fulfillment of Assignor's obligation(s) under this Agreement, Dilks and Knopik, LLC as its attorney-in-fact.

8. This Agreement constitutes the entire agreement and understanding between the parties with respect to the subject matter above.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the day and year first written above.

Assignor: Arturo Esquivel Perez
Arturo Esquivel
08/25/25

Assignee: [signature]
Dilks & Knopik, LLC
Brian J Dilks – Member

Dilks & Knopik

**NOTICE OF ASSIGNMENT**

For good and valuable consideration, the undersigned, Arturo Esquivel ("Assignor"), hereby, assigns, conveys and transfers over and unto Dilks & Knopik, LLC ("Assignee"), any and all of right, title and interest in and to the below referenced funds/claim(s).

The Assigned funds/claim(s):

Debtor: Botanical Decorators, Inc.
Court: United States Bankruptcy Court - District of Maryland
Case Number: 22-16223
Chapter: 7
Claim: 9
Original Creditor: Arturo Esquivel

FUNDS/CLAIM(S) ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the Tuesday, August 19, 2025.

Arturo Esquivel

Arturo Esquivel Peret
Signature

08/25/25

# U.S. Courts Unclaimed Funds Locator

Home About

Court / MDB

Creditors | 2

Back To Search

| | Court | Case | Creditor Name* | Debtor Name* | Amount |
|---|---|---|---|---|---|
| ✉ | MDB | 22-16223 | Arturo Esquivel | Botanical Decorators, Inc. | $2,770.50 |
| ✉ | MDB | 22-16223 | Arturo Esquivel | Botanical Decorators, Inc | $143.74 |

First Prev Next Last