# MOTION FILED BY AN INDIVIDUAL

| | |
|---|---|
| Motion to Release Funds (case number, debtor name, payee info., amount) | X |
| Certificate of Service served on US Attorney | X |
| Notarized Affidavit for reimbursement of funds | X |
| Evidence of right of ownership of the funds | X |
| Copy of drivers license, or proof of identification | X |
| Current Mailing Address | X |
| Telephone Number | X |
| Social Security #, last 4 digits redacted | X |
| Reason funds not deliverable at time of initial distribution | X |
| Proof of Claim Checked | X |

Application was previously filed on 9/25/2025, which was stricken for no response to the deficiency notice.

Deficiency notice issued indicated we needed an affidavit from Arturo Esquivel that was signed & notarized, proof of his MD address, and a certificate of service to the attorney that originally filed the proof of claim.

Affidavit signed by Arturo Esquivel and notarized is included.

The address the debtor listed for him in the case was incorrect. The debtor listed "21056 Guilford Road, Apt 104, Hyattsville, MD 20783." The correct address number is 2105. Print outs from USPS attached to indicate 21056 is an invalid address. Return mail from 21056 also docketed 11/28/22. A copy of junk mail addressed to Arturo E. Perez (name on passport) is included. It shows the 2105 address.

Certificate of service to original attorney that filed the claim included.

I cannot find this name in lexis.

1/23/2026 Hi Amanda, I think the supplemental documentation cures the deficiency. I am 90-95% confident this is the right guy. Please have check made payable to Arturo Esquivel but sent to c/o Dilkes Knopf at the Snoqualmie, WA address. Make sure order is sent to Esquivel's prior attorney (who filed POC) and Esquivel's latest address (in case they want to file an objection to the order). Thanks, Tom

**Fill in this information to identify the case:**

Debtor 1 Botanical Decorators, Inc.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: District of Maryland

Case number 22-16223 MCR

Official Form 410

# Proof of Claim

04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Arturo Esquivel
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Name: Michael K. Amster, Esq. | Name: |
| Number Street: 8757 Georgia Avenue, Suite 400 | Number Street: |
| City: Silver Spring State: MD ZIP Code: 20910 | City State ZIP Code |
| Contact phone: 301-587-9373 | Contact phone |
| Contact email: mamster@zagfirm.com | Contact email |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) ______ Filed on MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?**

$ 9,311.50. **Does this amount include interest or other charges?**

☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Unpaid wages, Statutory damages under the MD. CODE, LAB. & EMPL. §§ 3-507.2(b), and $1,000.00 in attorneys' fees

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: ____________________

**Basis for perfection:** ____________________

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $__________

**Amount of the claim that is secured:** $__________

**Amount of the claim that is unsecured:** $__________ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $__________

**Annual Interest Rate** (when case was filed) ______%

☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $__________

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: ____________________

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

- ☐ No
- ☐ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| ☑ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ 2,770.50 |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ |

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

- ☐ I am the creditor.
- ☑ I am the creditor's attorney or authorized agent.
- ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
- ☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 12/20/2022 (MM / DD / YYYY)

Signature

**Print the name of the person who is completing and signing this claim:**

Name: Michael K. Amster (First name / Middle name / Last name)

Title: Partner

Company: Zipin, Amster & Greenberg, LLC
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 8757 Georgia Avenue, Suite 400 (Number / Street)
Silver Spring (City) MD (State) 20910 (ZIP Code)

Contact phone: 301-587-9373 Email: mamster@zaggfirm.com

Unclaimed Funds

Advanced Search

View | Details

22-16223

Botanical Decorators, Inc.

Unpaid: $2952.65
Unallocated: $0.00
Unassociated: $0.00

| Fund | Allocated | Paid | Unpaid |
|---|---|---|---|
| 6047BK | $2,952.65 | $0.00 | $2,952.65 |

| Fund | Credit | Debit | Reference | Voucher | Code | Receipted/Posted | Entered | Notes |
|---|---|---|---|---|---|---|---|---|
| 6047BK | $2,770.50 | | 22004052 | | UC | 08/15/2025 | 08/18/2025 | |
| 6047BK | $143.74 | | 22004053 | | UC | 08/15/2025 | 08/18/2025 | |
| 6047BK | $26.64 | | 44006639 | | UC | 10/07/2025 | 10/08/2025 | |
| 6047BK | $11.77 | | 44008096 | | UC | 12/29/2025 | 12/30/2025 | |

(4) Claimants | Esquivel

| Fund | Credit | Debit | Claimant Last Name | Voucher | Disbursed | Entered | Notes |
|---|---|---|---|---|---|---|---|
| 6047BK | | $11.77 | LaMontagne | | | 12/30/2025 | |
| 6047BK | | $26.64 | Creditors Less Than $5.00 | | | 10/20/2025 | |
| 6047BK | | $143.74 | Esquivel | | | 08/18/2025 | |
| 6047BK | | $2,770.50 | Esquivel | | | 08/18/2025 | |

2914.24

Live 2026.4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

In re: Case No.: **22–16223 – MCR** Chapter: **7**

**Botanical Decorators, Inc.**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 98 – Application for Payment of Unclaimed Funds in the amount of $2914.24 Filed by Dilks & Knopik, LLC. (Attachments: # 1 Affidavit # 2 Support Document) (Alexander, Lisa)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 11/7/25.**

CURE: 1. Claimant must provide and Affidavit for Arturo Esquivel, signed by Mr. Esquivel and Notarized.
2. Claimant must provide proof of Hyattsville, MD address.
3. Claimant must notice the Attorney who filed the Proof of Claim for Mr. Esquivel.

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 10/24/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Lisa Alexander
301–344–3378

cc: Debtor
Attorney for Debtor – Maurice Belmont VerStandig
Dilks & Knopik, LLC.

defntc (rev. 09/01/2025)

ZIP Code™ by Address (/zip-code-lookup.htm?byaddress) (https://www.u faqs.htm)

ZIP Code™ by City and State (/zip-code-lookup.htm?bycitystate)

Cities by ZIP Code™ (/zip-code-lookup.htm?citybyzipcode)

FAQs (https://www faqs.htm)

# Look Up a ZIP Code™ FAQs

## ZIP Code™ by Address

Enter a street address along with city and state OR enter a street address and ZIP Code™.

*indicate a required field

Company

*Street Address

21056 Guilford Road

Apt/Suite/Other

Apt 104

Unfortunately, this information wasn't found. Please double-check it and try again.

City

Hyattsville

State

MD - Maryland

ZIP Code™

20783

Feedback

2105 GUILFORD RD APT 104
HYATTSVILLE MD 20783-4114

CARRIER ROUTE

C023

CHECK DIGIT

9

eLOT ASCENDING/DESCENDING INDICATOR

A

EWS FLAG

-

COUNTY

PRINCE GEORGES

COMMERCIAL MAIL RECEIVING AGENCY

N

RECORD TYPE CODE

H

PMB NUMBER

-

DELIVERY POINT CODE

29

LAC™

-

eLOT™

0128

PMB DESIGNATOR

-

DEFAULT FLAG

-

 Public Records

Client: -None- History Help More

## ⚠ No Documents Found

No documents were found for the search terms entered.

You can edit your search and try again. To edit it, you may want to try one or more of the following:

- Check for spelling errors.
- Remove some search terms.
- Check the "find similar-sounding last names" checkbox.

Locate a Person (Nationwide)

**Terms:** first-name(**Arturo**) last-name(**Esquivel**) state(**MD**) zip code(**20873**) radius(**30**)

Edit Search **New Search**

GPEBF - Riag.Framework.Web v - 199.107.16.123

 Public Records

Client: -None- History Help More

## No Documents Found

No documents were found for the search terms entered.

You can edit your search and try again. To edit it, you may want to try one or more of the following:

- Check for spelling errors.
- Remove some search terms.
- Check the "find similar-sounding last names" checkbox.

Locate a Person (Nationwide)

**Terms:** first-name(**Arturo**) last-name(**Esquivel Perez**) state(**MD**) zip code(**20873**) radius(**30**)

Edit Search **New Search**

GPEBF - Riag.Framework.Web v - 199.107.16.123

 Client: -None- History Help More

## No Documents Found

No documents were found for the search terms entered.

You can edit your search and try again. To edit it, you may want to try one or more of the following:

- Check for spelling errors.
- Remove some search terms.
- Check the "find similar-sounding last names" checkbox.

Locate a Person (Nationwide)

**Terms:** ssn(**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**) state(**ALL**) radius(**30**)

Edit Search New Search

GPEBF - Riag.Framework.Web v - 199.107.16.123



Search: Public Records : Locate a Person (Nationwide)
Terms: first-name(Arturo) last-name(Perez) state(MD) zip code(20873) radius(30)

| No. | Full Name | Address/Phone | SSN |
|---|---|---|---|
| 1. | PEREZ, ARTURO M<br>PEREZ, ARTURO MAYA<br>(DOB: 08/1976)<br>(Age: 49) | 10019 MAPLE LEAF DR<br>MONTGOMERY VILLAGE, MD 20886-1131<br>MONTGOMERY COUNTY<br>(07/2012-Current)<br><br>218 APT NA<br>ROCKVILLE, MD<br>(08/2000-08/2000) | 613-08-XXXX<br>(CA:1998-1999)<br>SSN linked to multiple people<br><br>LexID(sm):00194891873 5 |
| 2. | PEREZ, ARTURO JR<br>PEREZ, VALENTIN ARTURO<br>PEREZVALENTIN, ARTURO<br>(Gender: Male)<br>(DOB: 11/1936)<br>(Age: 89) | PSC 2 BOX 41<br>APO, AA 34002<br>(03/1994-Current)<br><br>824 DIV ARTY<br>FORT BRAGG, NC<br>(04/1985-04/1985) | LexID(sm):00194894471 1 |
| 3. | PEREZ, ARTURO PASTOR<br>(Gender: Male)<br>Deceased<br>(DOB: 07/1916)<br>(DOD: 02/07/2008)<br>(Age at Death:91) | 600 EDGEHILL PL APT<br>APOPKA, FL 32703-8809<br>SEMINOLE COUNTY<br>(08/2002-Current)<br><br>Social Services Facility | 411-16-XXXX<br>(TN:1936-1951)<br>SSN associated with a Deceased Record<br><br>LexID(sm):00194788230 1 |
| 4. | PEREZ, ARTURO<br>PEREZ, ARTURO V JR<br>PEREZ, MICHAEL A JR<br>(Gender: Male)<br>(DOB: 08/1961)<br>(Age: 64) | 1325 PASSAGE DR<br>ODENTON, MD 21113-2124<br>ANNE ARUNDEL COUNTY<br>(02/1994-Current)<br><br>PSC 2 APT<br>DPO, AA 34002<br>(10/2005-10/2005) | 267-91-XXXX<br>(FL:1979-1980)<br><br>LexID(sm):00194788550 1 |
| 5. | PEREZ, ARTHUR C<br>PEREZ, ARTURO C<br>PEREZ, ARTURO CARLOS<br>PEREZ-ARTURO, ARTURO C<br>(Gender: Male)<br>(DOB: 06/1968)<br>(Age: 57) | 2054 SAINT PAULS CT<br>PRINCE FREDERICK, MD 20678-3591<br>CALVERT COUNTY<br>(12/2008-Current)<br><br>45260 CAL ACRES LN<br>CALIFORNIA, MD 20619-3217<br>ST. MARY'S COUNTY | 100-68-XXXX<br>(NY:1984-1986)<br><br>LexID(sm):00194813391 9 |

Arturo_Perez

| No. | Full Name | Address/Phone | SSN |
|---|---|---|---|
| | | (04/2000-12/2025)<br><br>UNIT 60557<br>FPO, AE 09504<br>(11/2003-11/2003)<br><br>PSC 1008 BOX 3038<br>FPO, AA 34051-3038<br>(05/1997-05/1997)<br><br>1008 VC 8<br>FPO, AA 34051<br>(10/1996-01/1997)<br><br>UNIT 60122<br>FPO, AE 09504<br>(12/1992-12/1992)<br><br>PSC 477 BOX 649<br>FPO, AP 96306-0007<br>(02/2002-04/2002)<br><br>USS ENGLAND FPO<br>FPO, AP 96664<br>(11/1989-11/1989) | |
| 6. | PEREZ, ALTORO<br>PEREZ, ARTURO P<br>PERREZ, ARTORA<br>(Gender: Male)<br>(DOB: 07/1963)<br>(Age: 62) | 203 SENECA WAY<br>HAVRE DE GRACE, MD 21078-2941<br>HARFORD COUNTY<br>(01/2025-Current)<br><br>2868 COLLEGE DR<br>ALLENTOWN, PA 18104-6102<br>LEHIGH COUNTY<br>(07/2018-12/2025)<br><br>29 OWEN ST<br>WALTHAM, MA 02154<br>(09/1993-09/1993) | 301-64-XXXX<br>(OH:1974-1975)<br><br>LexID(sm):00194805515<br>6 |

Key

- High Risk Indicator. These symbols may prompt you to investigate further
- Moderate Risk Indicator. These symbols may prompt you to investigate further
- General Information Indicator. These symbols inform you that additional information is provided
- ✓ The most recent telephone listing as reported by the EDA source

Terms: first-name(Arturo) last-name(Perez) state(MD) zip code(20873) radius(30)
Date/Time: Thursday, January 22, 2026 3:46 PM
Permissible Use: Your DPPA Permissible Use: Government Agency
Your Secondary DPPA Permissible Use: None

Arturo_Perez

Your GLBA Permissible Use: Legal Compliance

Copyright © 2025 LexisNexis, a division of Reed Elsevier Inc. All Rights Reserved.

---

**End of Document**



Search: Public Records : Locate a Person (Nationwide)
Terms: state(ALL) radius(30) phone(301-679-9856)

No exact match found for search criteria.
Results may include 7-digit phone match within state.

| No. | Full Name | Address/Phone | SSN |
|---|---|---|---|
| 1. | GORSCH, MICHAEL<br>GORSCH, MICHAEL D<br>GORSCH, MICHAEL DEBORAH<br>GORSCH, MICHAEL W<br>GORSCH, MICHAEL WILLIAM<br>GORSCH, MIKE<br>GORSCH, MIKE WILLIAM<br>GORSCH GORSCH, MICHAEL DEBORAH<br>GORSUCH, MICHAEL<br>GORSUCH, MICHAEL W<br>(Gender: Male)<br>(DOB: 10/1950)<br>(Age: 75)<br>(DOB: 1951)<br>(Age: 75) | 306 BLUEBILL DR<br>FORT VALLEY, VA 22652<br>SHENANDOAH COUNTY<br>(2024-Current)<br><br>317 HUNTER CHASE CT<br>BEL AIR, MD 21015-8900<br>HARFORD COUNTY<br>(2012-2024)<br>410-569-5853<br>ERASO KIMBERLY M<br>(Current Listing Name)<br><br>527 S PARKE ST<br>ABERDEEN, MD 21001-3413<br>HARFORD COUNTY<br>(2012-2024)<br><br>411 LARKSPUR DR<br>JOPPA, MD 21085-4335<br>HARFORD COUNTY<br>(12/1994-Current)<br>410-679-9856<br>Phone may be disconnected<br><br>411 LARKSPUR DR<br>JOPPATOWNE, MD 21085-4335<br>HARFORD COUNTY<br>(10/2002-05/2006)<br>410-679-9856<br>Phone may be disconnected<br><br>610 NURSERY RD<br>LINTHICUM HEIGHTS, MD 21090-1407<br>ANNE ARUNDEL COUNTY<br>(01/2004-02/2004)<br><br>LARKSPUR DR<br>JOPPATOWNE, MD 21085<br>HARFORD COUNTY<br>(09/2003-09/2003)<br><br>1005 ENSOR DR<br>JOPPA, MD 21085-3720<br>HARFORD COUNTY<br>(1983-06/2003)<br>410-679-9856<br>Phone may be disconnected | 213-52-XXXX<br>(MD:1964-1965)<br><br>LexID(sm):00097293334<br>0 |

301-679-9856

| No. | Full Name | Address/Phone | SSN |
|---|---|---|---|
| | | 13 MOPEC CIR APT D<br>NOTTINGHAM, MD 21236-4525<br>BALTIMORE COUNTY<br>(01/1983-03/1991)<br>410-679-9856<br>Phone may be disconnected | |
| 2. | ACEVEDO, KEYLAR<br>ACEVEDO, KEYLAR IVON<br>ACEVEDOGOMEZ, KEYLAR<br>ACEVEDOGOMEZ, KEYLAR I<br>GOMEZ, KEYLAR IVON<br>(DOB: 12/2000)<br>(Age: 25) | 5400 DECATUR ST<br>HYATTSVILLE, MD 20781-2637<br>PRINCE GEORGE'S COUNTY<br>(07/2019-Current) | 783-65-XXXX<br><br>SSN potentially randomly issued by the SSA<br><br>LexID(sm):23855097193<br>9 |

Key

- High Risk Indicator. These symbols may prompt you to investigate further
- Moderate Risk Indicator. These symbols may prompt you to investigate further
- General Information Indicator. These symbols inform you that additional information is provided
- ✓ The most recent telephone listing as reported by the EDA source

Terms: state(ALL) radius(30) phone(301-679-9856)
Date/Time: Thursday, January 22, 2026 3:54 PM
Permissible Use: Your DPPA Permissible Use: Government Agency
Your Secondary DPPA Permissible Use: None
Your GLBA Permissible Use: Legal Compliance

Copyright © 2025 LexisNexis, a division of Reed Elsevier Inc. All Rights Reserved.

**End of Document**