Entered: April 17th, 2026
Signed: April 16th, 2026

**SO ORDERED**

No opposition filed.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:      Case No.: **22–16223 – MCR**      Chapter: **7**

**Botanical Decorators, Inc.**
Debtor

## ORDER FOR WITHDRAWAL OF
## FUNDS PAID INTO COURT

Upon consideration of the application filed by Dilks & Knopik, LLC for withdrawal of funds paid into the Court under 11 U.S.C. § 347(a), and it appearing that the movant is entitled to the sum of $ 2,914.24 deposited, less registry fund fees properly chargeable, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the funds that are the subject of this order be disbursed after fourteen (14) calendar days from the date that this order is entered; and it is further

ORDERED, that pursuant to 28 U.S.C. § 2042, the Bankruptcy Clerk, District of Maryland, shall pay this unclaimed money to the order of:

Arturo Esquivel
c/o Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

cc:   Claimant –
      Dilks & Knopik, LLC
      35308 SE Center Street
      Snoqualmie, WA 98065

      Michael K. Amster, Esq.
      8757 Georgia Avenue, Suite 400
      Silver Spring, MD 20910

      Arturo Esquivel
      2105 Guilford Rd, Apt 104
      Hyattsville, MD 20783

## End of Order

42x03 (rev. 07/21/2021) – BusayoAduBakare